# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s) Chevron U.S.A. Inc. **04-1365C**

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Donald B. Craven

Firm Name: Akin, Gump, Strauss, Hauer & Feld, LLP

Post Office Box:

Street Address: 1333 New Hampshire Ave., NW

City-State-Zip: Washington, DC 20036

Telephone & Facsimile Numbers: Tel.: 202-887-4000 Fax: 202-887-4288

E-mail address: dcraven@akingump.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Contract - Equity Finalization for Naval Petroleum Reserve No. 1

Government Agency Involved: D O E

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003