04-1365C

**PRAYER FOR RELIEF**

WHEREFORE, plaintiff prays for judgment against the defendant as follows:

1. For damages according to proof;
2. For interest, costs, and attorneys fees; and for
3. Such other further relief as the Court may deem just and appropriate.

DATED: August 20, 2004

FILED
AUG 2 0 2004
U.S. COURT OF
FEDERAL CLAIMS

Respectfully submitted,

Donald B Craven, by Daniel Joseph

Donald B. Craven
Daniel Joseph
C. Fairley Spillman
Merrill C. Godfrey
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 Fax

Attorneys for Chevron USA Inc.