ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CHEVRON U.S.A. INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

FILED
AUG 20 2004
U.S. COURT OF FEDERAL CLAIMS

04-1365C

**DISCLOSURE OF CORPORATE INTEREST**

With reference to United States Court of Federal Claims Rule 7.1(a), this disclosure certifies that Chevron U.S.A. Inc. is a wholly owned subsidiary of ChevronTexaco Corp., a public corporation incorporated under the laws of Delaware.

DATED: August 20, 2004

Respectfully submitted,

*Donald B. Craven, by Daniel Joseph*

Donald B. Craven
Daniel Joseph
C. Fairley Spillman
Merrill C. Godfrey
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 Fax

Attorneys for Chevron U.S.A. Inc.