IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-1365C |
| | ) | (Judge Braden) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Robert E. Kirschman, Jr. as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

ROBERT E. KIRSCHMAN, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street

Dated: September 20, 2004

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6289

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 20th day SEPTEMBER, 2004, I caused to be placed in the United States mail (first-class mail, postage prepaid) copies of "NOTICE OF APPEARANCE" addressed as follows:

Donald B. Craven
Daniel Joseph
C. Fairley Spillman
Merrill C. Godfrey
Akin Gump Strauss Hauer
& Feld, L.L.P.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

s/ Robert E. Kirschman, Jr.