IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1365C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 31 days, to and including November 19, 2004, within which to file its response to plaintiff's complaint. Defendant's response currently is due to be filed on October 19, 2004. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff Chevron has informed us that Chevron does not oppose our request for an enlargement of time for this purpose.

Upon receipt of the complaint, defendant's counsel promptly sent a copy to the Department of Energy with a request for a litigation report and suggested response to the complaint, pursuant to 28 U.S.C. § 520.[1] Counsel for the Department of

[1] Section 520 provides that, "[i]n suits against the United States in the United States Court of Federal Claims . . . founded on a contract, agreement, or transaction with an executive department . . . the Attorney General shall send to the department . . . a printed copy of the petition filed by the claimant, with a request that the department . . . furnish to the Attorney General all facts, circumstances, and evidence concerning the claim in the possession or knowledge of

Energy has contacted defendant's counsel and has begun providing the undersigned with relevant documents, but additional time is necessary for the agency to continue to gather and review information necessary for preparation of the agency's litigation report and suggested response to the complaint.

Consequently, defendant's counsel has been unable to familiarize himself with this matter sufficiently to prepare the Government's response. This requested enlargement of time is required so that agency counsel may have sufficient time to complete efforts to obtain the relevant information needed to prepare the requested litigation report and suggested response to the complaint, and to prepare and deliver to defendant's counsel the litigation report and suggested response to the complaint.

Once the litigation report is received, additional time is necessary so that defendant's counsel may have a sufficient opportunity to review the litigation report and suggested response to the complaint, obtain any additional information or clarification from the agency, and prepare and file the Government's response to the complaint. In this regard, defendant's counsel is scheduled be out of the office on October 26-27, 2004, to defend a deposition in SGS-92-X003 v. United

---

the department," and that, "[w]ithin a reasonable time after receipt of the request of the Attorney General, the executive department . . . shall furnish the Attorney General with a written statement of all facts, information, and proofs." 28 U.S.C. § 520.

States, Fed. Cl. No. 97-579C. Also, defendant's counsel will be out of the office on previously scheduled leave from November 1 through November 5, 2004.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., NW
Washington, D.C. 20585

October 14, 2004

CERTIFICATE OF FILING

I hereby certify that on this 14th day of October 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Kirschman, Jr.