FILED ELECTRONICALLY ON DECEMBER 3, 2004

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CHEVRON U.S.A. INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 1:04cv1365

Judge Susan G. Braden

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, Plaintiff respectfully requests an enlargement of time to February 1, 2005 to respond to Defendant's Motion to Dismiss (filed November 19, 2004). Under Rules 6(e) and 7.2(c), Plaintiff's response is currently due on December 20, 2004; this motion requests an extension of 43 days. Counsel for Defendant has consented to this motion.

This is Plaintiff's first request for an enlargement of time for this purpose. This motion is occasioned by unanticipated delays in the schedule of an ongoing administrative trial in an unrelated matter before the Federal Trade Commission in which three of the counsel for Plaintiff herein are actively participating.

DATED: December 3, 2004

Respectfully submitted,

/s/ Donald Baxter Craven

Donald B. Craven
Daniel Joseph
C. Fairley Spillman
Merrill C. Godfrey
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 Fax