# In the United States Court of Federal Claims

No. 04-1365
Filed December 6, 2004

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Plaintiff's December 6, 2004 unopposed motion for enlargement of time of 43 days, through February 1, 2005, within which to file a response to Defendant's motion to dismiss, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge