IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1365C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of seven days, to and including February 25, 2005, within which to file its reply to plaintiff's February 1, 2005 response to our motion to dismiss. Defendant's reply currently is due to be filed on February 18, 2005. This is defendant's first request for an enlargement of time for this purpose. Counsel for plaintiff Chevron has informed us that Chevron does not oppose our request for an enlargement of time for this purpose.

This brief enlargement of time is required because, despite diligent efforts to timely complete the brief, a significant amount of research and analysis has been required to provide the Court with a thorough reply to Chevron's opposition brief, and that work precluded meeting the existing deadline. The additional time will ensure that the matters raised by Chevron in response to our motion will be fully addressed by the United States.

Although the undersigned counsel anticipates that a draft of

the reply brief will be nearly completed by February 18, additional time will be required to allow the client agency an opportunity to review the draft and address it with the undersigned. In addition, because February 21 is a Federal holiday, that day will likely not be available to discuss the draft. Time will also be required for the undersigned counsel to incorporate any changes that result from consultation with the agency, as well as for supervisory review of the brief and final editing.

Finally, we note that we have filed this motion as soon as it became apparent that, despite the substantial work done on preparing the Government's reply brief, additional time would be required to finish that effort.

For these reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

OF COUNSEL:

PAUL T. MICHAEL
Office of General Counsel
U.S. Department of Energy
1000 Independence Ave., NW
Washington, D.C. 20585

s/ Robert E. Kirschman, Jr.
ROBERT E. KIRSCHMAN, JR.
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, NW
Washington, D.C. 20530
Tele: (202) 307-6289
Fax: (202) 514-7969

Attorneys for Defendant

February 17, 2005

CERTIFICATE OF FILING

I hereby certify that on this 17th day of February 2005, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Robert E. Kirschman, Jr.