# In the United States Court of Federal Claims

No. 04-1365
Filed February 22, 2005

| | |
|---|---|
| *********************************** | |
| | * |
| CHEVRON U.S.A., INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Defendant's February 17, 2005 unopposed motion for enlargement of time of 7 days, through February 25, 2005, within which to file a reply to plaintiff's response to defendant's motion to dismiss, is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge