IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A., INC. , | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-1365C |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of JANE W. VANNEMAN, Senior Trial Counsel, as attorney of record, for the United States, replacing Robert E. Kirschman. Service of all papers by opposing parties should be addressed as follows:

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Washington D.C. 20530

Attention: Classification Unit
8th Floor

s/ Jane W. Vanneman

JANE W. VANNEMAN
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 307-1011
Fa x: (202) 514-8624

Dated: July 1, 2005

CERTIFICATE OF FILING

I hereby certify that on this 1st day of July, 2005, a copy of the foregoing "Notice of Appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Jane W. Vanneman