# In the United States Court of Federal Claims

No. 04-1365C
Filed July 1, 2005

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

The court will hear oral argument on **July 21, 2005, at 10:00 a.m., e.s.t, at the National Courts Building in Washington, D.C.**

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge