**Electronically Filed on July 29, 2005**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CHEVRON U.S.A. INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 1:04cv1365

Judge Susan G. Braden

**NOTICE OF FILING**

Plaintiff Chevron U.S.A. Inc. hereby submits copies of the two charts used by Chevron counsel at the oral argument held on July 21, 2005.

DATED: July 29, 2005

Respectfully submitted,

/s/ Donald Baxter Craven

Donald B. Craven
Daniel Joseph
C. Fairley Spillman
Merrill C. Godfrey
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 Fax

Counsel for Chevron U.S.A. Inc.

# ATTACHMENT 1

# Contracts Governing Finalization

## as Related to the NDAA of 1996




**1944**
**Unit Plan Contract**
- Termination must be followed by a "fair and equitable" adjustment
- Secretary's decision subject to judicial review

**1976**
Declaratory judgment action under UPC decided by 9th Circuit

**1982**
Action for breach of UPC decided by Court of Claims

**1990**
Action for breach of UPC decided by Claims Court

**1995**
**NDAA**
- DOE ordered to sell U.S. interest
- Secretary may accept IPE recommendation or use other "appropriate" method
- Nothing adversely affects Chevron's UPC rights

**1996**
**Protocols**
- Govern IPE process

**1997**
**Agreement** in two parts
- No ex parte contacts
- Impartial ASFE decision

**1998**
**UPC Termination Agreement**
- Perpetuates UPC rights

# ATTACHMENT 2


Legal Issues and/or Issues Decided Against Both the IPE Report and Chevron
Legal Issues
$
Decoupling Agreement Calculation
OHA
OHA
?
OHA
ASFE
ASFE
ASFE
ASFE
ILA
ILA
ILA
IPE
IPE
IPE
IPE
Dry Gas Zone
Carneros Zone
Stevens Zone
(Not Completed)
Shallow Oil Zone
(Not Completed)