# In the United States Court of Federal Claims

No. 04-1365C
Filed August 22, 2005

| | |
|---|---|
| CHEVRON U.S.A., INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Pursuant to the parties' request, the Government's supplemental brief is due **August 31, 2005** and plaintiff's response is due **September 30, 2005.**

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge