APPENDIX

# INDEX TO APPENDIX

Page

Defendant's Chart of Pertinent Statutes and Contracts ........................................................... 1

Decision of Assistant Secretary Fossil Energy (ASFE), June 18, 2002 ........................................ 6

Letter, January 28, 2004, from Chevron to ASFE ......................................................................... 40

Letter, April 1, 2004, from DOE, General Counsel, to Chevron ........................................... ...... 48

Reply Brief, April 2, 2004, from Akin Gump, counsel for Chevron, to OHA ................................ 53

Letter, June 14, 2004, from attorney for Chevron to DOE, Office of General Counsel ................ 89

Letter, June 16, 2004, from Chevron attorney to Director, OHA ................................................... 91

Letter, June 21, 2004, from O'Melveny & Myers (attorney for DOE) to OHA ............................. 92

Letter, July 23, 2004, from attorney for Chevron to OHA ............................................................ 94

Letter, July 28, 2004, from DOE, OHA, to attorneys for Chevron and DOE ................................ 96

Letter August 6, 2004, from O'Melveny & Myers to OHA ............................................................ 98

Letter, August 10, 2004, from OHA, to attorneys for Chevron and DOE ..................................... 106

Letter, August 10, 2004, from attorney for Chevron to OHA ........................................................ 107

Letter, August 12, 2004, from OHA to attorneys for Chevron and DOE ...................................... 109

Memorandum, June 10, 1997, from Secretary, DOE, for Director, OHA
"Authority to Formulate and Conduct Adjudicative Proceedings Under
"Agreement Regarding Equity Redetermination Process" Between
The Department of Energy and Chevron U.S.A. Production Company ............................ 110

Letter, February 2, 1999, from DOE, Office of General Counsel, to OHA,
with DOE Opposition to Chevron's Request to Include Documents
in Administrative Record .................................................................................................. 118

Letter, February 19, 1999, from counsel for Chevron to OHA ..................................................... 130

Letter, February 26, 1999, from OHA to counsel for Chevron and
counsel for DOE ................................................................................................................ 134

Letter, March 4, 1999, from counsel for Chevron to OHA ........................................................... 138

Memorandum, April 21, 1998, from Charles J. Roy,
Financial Systems Officer, Office of Fossil Energy,
to Jean Morgan, Director, Capital Accounting Center,
re Transfer of Sales Proceeds from the Sale of Elk Hills....................................................141

Samish Indian Nation v. United States, No. 04-5042 (August 19, 2005, Fed. Cir.)....................146

Department of Energy, Delegation Order, No. 00-016.00, December 6, 2001,
from Secretary of Energy to Director of The Office of Hearings and Appeals......