**Electronically Filed on September 26, 2005**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| CHEVRON U.S.A. INC.,<br>Plaintiff,<br>v.<br>UNITED STATES,<br>Defendant. | No. 1:04cv1365<br>Judge Susan G. Braden |

**PLAINTIFF'S MOTION TO CORRECT HEARING TRANSCRIPT**

Plaintiff Chevron U.S.A. Inc. ("Chevron") respectfully requests that the Court order correction of the transcript of the hearing held in the above-captioned proceeding on July 21, 2005. As detailed below, some portions of the transcript do not reflect what Chevron counsel actually said at the hearing, and, accordingly, Chevron seeks to have the transcript revised so that the record is accurate.

On August 12, 2005, counsel for Chevron spoke with counsel for the United States, provided the United States with a draft of this motion, and requested the United States' consent to this motion. On September 14, 2005, the United States indicated that it would not consent to this motion. On September 21, 2005, counsel for Chevron asked counsel for the United States to specify which of the corrections requested in this motion are opposed by the United States, and counsel for the United States declined to do so.

The specific corrections requested by Chevron are as follows:

| **Page** | **Line** | **Text as it Appears in Transcript** | **Corrected Text** |
|---|---|---|---|
| 31 | 8-9 | Gary Henderson, house counsel at Chevron | Gary Henderson, in-house counsel at Chevron |
| 34 | 1 | alleged that those are two of the remaining parts. | alleged that those are one agreement in two parts. |
| 34 | 4 | is the provision in the equity process agreement. | is a provision in the equity process agreement. |
| 34 | 10 | And so this first part | And so this first chart |
| 34 | 11 | this is a breach about one agreement generated to the 1997 | this is about a breach of the 1997 Agreement |
| 34 | 25 | So we start out with the 1994 units | So we start out with the 1994 unit |
| 35 | 1 | planning contract. | plan contract. |
| 35 | 4 | interest in this oil field in California for the South Elk | interest in this oil field in California known as Elk Hills |
| 35 | 17 | had been, as reported to the Court, alleged breach of contract of that | have been, as recorded on this chart, several cases alleging breaches of that |
| 37 | 17-18 | But we'll begin just as a background. | But we'll begin with just a little background. |
| 39 | 7 | would be able to pay each other. | would be able to pay the other. |
| 39 | 15 | agreement for purposes to perpetuate | agreement perpetuates |
| 40 | 17-18 | are certainly relying on that in deposing some of the resident agents | are certainly relying on that in opposing some of the arguments |
| 40 | 19-20 | regarding the availability use under the availability scheme. | regarding the availability of review under the statutory scheme. |
| 41 | 22 | presentation to the IPE. | presentations to the IPE. |
| 42 | 2-3 | he made recommendation base to the Assistant Secretary | he made recommendations to the Assistant Secretary |
| 42 | 16 | DOE had no right to go to the law. | DOE had no right to go to OHA. |

| **Page** | **Line** | **Text as it Appears in Transcript** | **Corrected Text** |
|---|---|---|---|
| 42 | 19 | And at this time you have to sneak back here, | And at this time I have to sneak back here, |
| 43 | 10 | has to do with the 25 area in the Carneros | has to do with the “25Z” area in the Carneros |
| 43 | 23 | in addition to all of these – in the | in addition to all of these engineering |
| 44 | 5-9 | The Court: Is this somebody outside the Government or inside DOE?<br><br>Ms. Spillman: Yes, this is a, like an arbitrator. I mean the process itself is mediation followed by an arbitration. | The Court: Is this somebody outside the Government<br><br>Ms. Spillman: Yes, this is a -<br><br>The Court: - or inside DOE?<br><br>Ms. Spillman: like an arbitrator. I mean the process itself is mediation followed by an arbitration. |
| 44 | 13 | goes first through the gate because the parties agreed on | goes first through the mediation because if the parties agreed to |
| 45 | 2 | the Dry Gas Zone is an overflow | the Dry Gas Zone is over |
| 45 | 12 | but there was also at least one issue of some significant to | but there was also at least one issue of some significance to |
| 45 | 17 | It was, that the A.S.F.E’s was | It was, that the ASFE’s decision was |
| 48 | 1 | And with the U.S. Treasury Department, a non-interfering | And with the U.S. Treasury Department, a non-interest bearing |
| 48 | 21 | 1996. | 1997. |
| 50 | 5-6 | profits | process |
| 50 | 14 | In the reliance damage | And the reliance damage |
| 50 | 19 | One element is the O.H.A. | One element is the legal costs. |

| **Page** | **Line** | **Text as it Appears in Transcript** | **Corrected Text** |
|---|---|---|---|
| 50 | 20 | enormous expenditure of resources | enormous expenditure of its own resources |
| 51 | 2 | injected | invested |
| 51 | 15 | We're all talking | We're also talking |
| 51 | 22 | DOE has told Congress is supposed to under the equity | DOE has told Congress that the ASFE is supposed to under the equity |
| 54 | 25 | contract attached to the complaint, | contract is attached to the complaint, |
| 57 | 3 | And O.H.A. is the Carneros Zone decision | And O.H.A. in a Carneros Zone decision |
| 61 | 2 | Secretary to finalize activity. | Secretary to finalize equity. |
| 61 | 6 | And so it's just sort of a wash. | And so it's just sort of a gloss. |
| 63 | 13 | one, the first one just outlines out the IPE was going to | one, the first one just outlines how the IPE was going to |
| 64 | 9-10 | is that counsel for the DOE presented arguments to the A.S.F.E. | is that counsel for the DOE who presented arguments to the A.S.F.E. . . . |
| 67 | 14 | Court's decision was Spooling the money mandating analysis | Court's decision was Schooling, the money mandating analysis |
| 67 | 20 | contract doesn't directly apply | concept doesn't directly apply |
| 69 | 19-20 | 1997 agreement itself which I think which I think has to do with the Carneros Zone. So we also tried | 1997 agreement itself as OHA found in an order which I think has to do with the Carneros Zone. So we also cited |
| 69 | 23 | the other is a specific law provision. | the other is a choice of law provision. |
| 70 | 2 | government contract means | government contract context means |
| 84 | 16 | Court in Winstar recently are reiterated | Court in Winstar and recently reiterated |
| 85 | 7 | including a case arising under the plan contract | including a case arising under the unit plan contract |

DATED: September 26, 2005

Respectfully submitted,

/s/ Donald Baxter Craven

Donald B. Craven
Daniel Joseph
C. Fairley Spillman
Merrill C. Godfrey
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4000
(202) 887-4288 Fax

Attorneys for Chevron U.S.A. Inc.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

CHEVRON U.S.A. INC.,

Plaintiff,

v.

UNITED STATES,

Defendant.

No. 1:04cv1365

Judge Susan G. Braden

**[PROPOSED] ORDER TO CORRECT HEARING TRANSCRIPT**

On September 26, 2005, counsel for Plaintiff Chevron U.S.A. Inc. ("Chevron") filed with this Court a Motion to Correct Hearing Transcript for the hearing held July 21, 2005. The Motion to Correct Hearing Transcript is hereby granted. It is ordered that the transcript of the hearing held in the above-captioned proceeding on July 21, 2005, shall be corrected as follows:

| Page | Line | Text as it Appears in Transcript | Corrected Text |
|---|---|---|---|
| 31 | 8-9 | Gary Henderson, house counsel at Chevron | Gary Henderson, in-house counsel at Chevron |
| 34 | 1 | alleged that those are two of the remaining parts. | alleged that those are one agreement in two parts. |
| 34 | 4 | is the provision in the equity process agreement. | is a provision in the equity process agreement. |
| 34 | 10 | And so this first part | And so this first chart |
| 34 | 11 | this is a breach about one agreement generated to the 1997 | this is about a breach of the 1997 Agreement |

| **Page** | **Line** | **Text as it Appears in Transcript** | **Corrected Text** |
|---|---|---|---|
| 34 | 25 | So we start out with the 1994 units | So we start out with the 1994 unit |
| 35 | 1 | planning contract. | plan contract. |
| 35 | 4 | interest in this oil field in California for the South Elk | interest in this oil field in California known as Elk Hills |
| 35 | 17 | had been, as reported to the Court, alleged breach of contract of that | have been, as recorded on this chart, several cases alleging breaches of that |
| 37 | 17-18 | But we'll begin just as a background. | But we'll begin with just a little background. |
| 39 | 7 | would be able to pay each other. | would be able to pay the other. |
| 39 | 15 | agreement for purposes to perpetuate | agreement perpetuates |
| 40 | 17-18 | are certainly relying on that in deposing some of the resident agents. | are certainly relying on that in opposing some of the arguments. |
| 40 | 19-20 | regarding the availability use under the availability scheme. | regarding the availability of review under the statutory scheme. |
| 41 | 22 | presentation to the IPE. | presentations to the IPE. |
| 42 | 2-3 | he made recommendation base to the Assistant Secretary | he made recommendations to the Assistant Secretary |
| 42 | 16 | DOE had no right to go to the law. | DOE had no right to go to OHA. |
| 42 | 19 | And at this time you have to sneak back here, | And at this time I have to sneak back here, |
| 43 | 10 | has to do with the 25 area in the Carneros | has to do with the "25Z" area in the Carneros |
| 43 | 23 | in addition to all of these – in the | in addition to all of these engineering |

| **Page** | **Line** | **Text as it Appears in Transcript** | **Corrected Text** |
|---|---|---|---|
| 44 | 5-9 | The Court: Is this somebody outside the Government or inside DOE?<br><br>Ms. Spillman: Yes, this is a, like an arbitrator. I mean the process itself is mediation followed by an arbitration. | The Court: Is this somebody outside the Government<br><br>Ms. Spillman: Yes, this is a -<br><br>The Court: - or inside DOE?<br><br>Ms. Spillman: like an arbitrator. I mean the process itself is mediation followed by an arbitration. |
| 44 | 13 | goes first through the gate because the parties agreed on | goes first through the mediation because if the parties agreed to |
| 45 | 2 | the Dry Gas Zone is an overflow | the Dry Gas Zone is over |
| 45 | 12 | but there was also at least one issue of some significant to | but there was also at least one issue of some significance to |
| 45 | 17 | It was, that the A.S.F.E's was | It was, that the ASFE's decision was |
| 48 | 1 | And with the U.S. Treasury Department, a non-interfering | And with the U.S. Treasury Department, a non-interest bearing |
| 48 | 21 | 1996. | 1997. |
| 50 | 5-6 | profits | process |
| 50 | 14 | In the reliance damage | And the reliance damage |
| 50 | 19 | One element is the O.H.A. | One element is the legal costs. |
| 50 | 20 | enormous expenditure of resources | enormous expenditure of its own resources |
| 51 | 2 | injected | invested |
| 51 | 15 | We're all talking | We're also talking |
| 51 | 22 | DOE has told Congress is supposed to under the equity | DOE has told Congress that the ASFE is supposed to under the equity |

| **Page** | **Line** | **Text as it Appears in Transcript** | **Corrected Text** |
|---|---|---|---|
| 54 | 25 | contract attached to the complaint, | contract is attached to the complaint, |
| 57 | 3 | And O.H.A. is the Carneros Zone decision | And O.H.A. in a Carneros Zone decision |
| 61 | 2 | Secretary to finalize activity. | Secretary to finalize equity. |
| 61 | 6 | And so it’s just sort of a wash. | And so it’s just sort of a gloss. |
| 63 | 13 | one, the first one just outlines out the IPE was going to | one, the first one just outlines how the IPE was going to |
| 64 | 9-10 | is that counsel for the DOE presented arguments to the A.S.F.E. | is that counsel for the DOE who presented arguments to the A.S.F.E. . . . |
| 67 | 14 | Court’s decision was Spooling the money mandating analysis | Court’s decision was Schooling, the money mandating analysis |
| 67 | 20 | contract doesn’t directly apply | concept doesn’t directly apply |
| 69 | 19-20 | 1997 agreement itself which I think which I think has to do with the Carneros Zone. So we also tried | 1997 agreement itself as OHA found in an order which I think has to do with the Carneros Zone. So we also cited |
| 69 | 23 | the other is a specific law provision. | the other is a choice of law provision. |
| 70 | 2 | government contract means | government contract context means |
| 84 | 16 | Court in Winstar recently are reiterated | Court in Winstar and recently reiterated |
| 85 | 7 | including a case arising under the plan contract | including a case arising under the unit plan contract |

So ordered, this __ day of ___________, 2005.

_________________________________

Judge Susan G. Braden