**Electronically Filed on September 29, 2005**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:04cv1365 |
| vs. | ) | |
| | ) | Judge Susan G. Braden |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CHEVRON U.S.A. INC.'S MOTION TO CHANGE ATTORNEY**

Pursuant to RCFC 83.1(c)(4), Chevron U.S.A. Inc., hereby moves for leave of Court to change its attorney in this case. Because of an unforeseen conflict entirely unrelated to this case, Chevron U.S.A. Inc. has appointed Jones Day (Lawrence D. Rosenberg, Attorney of Record) to replace Akin Gump Strauss Hauer & Feld, L.L.P. (Donald B. Craven, Attorney of Record) as its attorney in this case. As required by RCFC 83.1(c)(4), this motion is signed by the newly designated attorney, is accompanied by an affidavit of appointment executed by such attorney, and is endorsed by the previous attorney.

Dated: September 29, 2005

Respectfully submitted,

s/ Donald B. Craven by s/ Louis K. Fisher
Donald B. Craven
Daniel Joseph
C. Fairley Spillman
Merrill C. Godfrey
Akin Gump Strauss Hauer & Feld, L.L.P.
1333 New Hampshire Avenue, NW
Washington, DC 20036
Tel.: 202-887-4000
Fax: 202-887-4288

*Previous Counsel for Chevron U.S.A. Inc.*

s/ Lawrence D. Rosenberg by s/ Louis K. Fisher
Donald B. Ayer
Lawrence D. Rosenberg
Louis K. Fisher
Victoria Dorfman
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Tel.: 202-879-3939
Fax: 202-626-1700

*New Counsel for Chevron U.S.A. Inc.*