**Electronically Filed on September 29, 2005**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, | ) | No. 1:04cv1365 |
| vs. | ) | Judge Susan G. Braden |
| UNITED STATES, Defendant. | ) | |

**AFFIDAVIT OF APPOINTMENT**

1. My name is Lawrence David Rosenberg. I am a partner at Jones Day, 51 Louisiana Avenue, N.W., Washington DC 20001.

2. I have personal knowledge of the facts set forth in this affidavit. I am over the age of 21, under no disability, and am competent to testify to the matters contained in this affidavit.

3. Because of an unforeseen conflict entirely unrelated to this case, Chevron U.S.A. Inc. has appointed Jones Day (Lawrence D. Rosenberg, Attorney of Record) to replace Akin Gump Strauss Hauer & Feld, L.L.P. (Donald B. Craven, Attorney of Record) as its attorney in this case.

4. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

s/ Lawrence D. Rosenberg by s/ Louis K. Fisher

Dated: September 29, 2005

Lawrence D. Rosenberg