# In the United States Court of Federal Claims

No. 04-1365
Filed September 30, 2005

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Plaintiff's September 29, 2005 Motion to Change Counsel is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge