# In the United States Court of Federal Claims

No. 04-1365
Filed October 12, 2005

************************************
CHEVRON U.S.A., INC., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
************************************

## ORDER

The Government's October 7, 2005 Motion for an Enlargement of Time is hereby **GRANTED**. The Government will file its reply to Chevron's response to the Government's Supplemental Motion to Dismiss and its response to Plaintiff's Motion to Amend/Correct the Transcript of the July 21, 2005 Oral Argument by October 31, 2005.

**IT IS SO ORDERED.**

s/Susan G. Braden
SUSAN G. BRADEN
Judge