# In the United States Court of Federal Claims

No. 04-1365C
Filed November 1, 2005

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

The Government's October 28, 2005 unopposed, second Motion for an Enlargement of Time is hereby **GRANTED**. The Government will file its reply to Chevron's response to the Government's Supplemental Motion to Dismiss and its response to Plaintiff's Motion to Amend/Correct the Transcript of the July 21, 2005 Oral Argument on or before November 16, 2005.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**