# In the United States Court of Federal Claims

No. 04-1365C
Filed November 23, 2005

```
***********************************
                                  *
CHEVRON U.S.A., INC.,             *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

On September 26, 2005, Plaintiff filed a Motion to Correct Hearing Transcript, petitioning the court make 47 changes the transcript of the July 21, 2005 Oral Argument ("the Transcript"). *See* Mot. at 2-4 (listing the changes). On November 16, 2005, the Government filed a Response. The Government concedes that "many of the proposed changes are relatively non-controversial . . . because the transcript recorded the argument of counsel, not witness testimony, and most of the entries appear to be more in the nature of simple clerical errors." Gov't Resp. at 2

The Government, however, objects to seven of the requested changes that are alleged to concern proposed substantive changes, not simply clerical errors. *Id.* at 3. Specifically, the Government objects to the requested changes on: page 34, line 1; page 35, line 17; page 39, line 15; page 44, line 13; page 50, line 20; and page 69, lines 19-20 & line 23. *Id.* The court concurs. Accordingly, the court **GRANTS IN-PART**, and **DENIES IN-PART**, Plaintiff's September 26, 2005 Motion.

Upon the approval of the official reporter, Ms. Erica Fouche of the Heritage Reporting Corp., the Clerk is **DIRECTED** to change the Transcript to conform with Plaintiff's September 26, 2005 Motion, with the exception of the seven specific changes subject to objection by the Government.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**