# In the United States Court of Federal Claims

No. 04-1365C
Filed December 1, 2005

****************************************
CHEVRON U.S.A., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
****************************************

## ORDER

On September 26, 2005, Plaintiff filed a Motion to Correct Hearing Transcript, petitioning the court to make 47 changes to the transcript of the July 21, 2005 Oral Argument ("the Transcript"). *See* Mot. at 2-4 (listing the changes). On November 16, 2005, the Government filed a Response. The Government concedes that "many of the proposed changes are relatively non-controversial . . . because the [T]ranscript recorded the argument of counsel, not witness testimony, and most of the entries appear to be more in the nature of simple clerical errors." Gov't Resp. at 2

The Government, however, objects to seven of the requested changes that are alleged to concern proposed substantive changes, not simply clerical errors. *Id.* at 3. Specifically, the Government objects to the requested changes on: page 34, line 1; page 35, line 17; page 39, line 15; page 44, line 13; page 50, line 20; and page 69, lines 19-20 & line 23. *Id.* The court concurs. Accordingly, the court **GRANTS IN-PART**, and **DENIES IN-PART**, Plaintiff's September 26, 2005 Motion.

Heritage Reporting is **DIRECTED**, subject to the approval of the official reporter, Ms. Erica Fouche, to change the Transcript to conform with Plaintiff's September 26, 2005 Motion, with the exception of the seven specific changes subject to objection by the Government. Heritage Reporting will then deliver a copy of the Corrected Transcript to the clerk of the court.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**