# In the United States Court of Federal Claims

No. 04-1365
Filed December 2, 2005

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

A telephone status conference will be held on Wednesday, December 7, 2005 at 2pm E.S.T.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**