# In the United States Court of Federal Claims

No. 04-1365
Filed December 7, 2005

```
***********************************
                                  *
CHEVRON U.S.A., INC.,             *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

Oral Argument will be held on Friday, December 16, 2005 at 10:00am at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**