# In the United States Court of Federal Claims

No. 04-1365
Filed June 2, 2006

```
***********************************
                                  *
CHEVRON U.S.A., INC.,             *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

The court will convene a telephone status conference **on Wednesday, June 14, 2006 at 2:00pm, E.D.T.**

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**