IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits the following status report:

During the July 5, 2006 telephone conference call between the Court, counsel for the parties, and the Director of the Commercial Litigation Branch, Civil Division, Department of Justice, the Court requested that defendant reflect upon the amount of time the Government requires to evaluate and, if we elect to do so, formally assert a deliberative process privilege claim with respect to documents concerning a Department of Energy (DOE) legislative proposal that are the subject of a document production request by plaintiff, Chevron U.S.A. Inc. (Chevron), contained in a June 13, 2006 Rule 30(b)(6) deposition notice to DOE, including the submission of such documents to the Court for an *in camera* review by the Court. Upon consultation with DOE, we would need three weeks, to and including, July 28, 2006, within which to do so.

During the July 5, 2006 telephone conference, the Director of the Commercial Litigation Branch was not able to identify the source of the requirement that, prior to its formal assertion, a claim of deliberative process privilege be approved by the Deputy Assistant Attorney General for the Civil Division, in this case the Deputy Assistant Attorney General for Commercial Litigation.

We have since identified the source of that requirement, however. It is a memorandum that was issued by the Assistant Attorney General for the Civil Division addressed to all Civil Division attorneys. The memorandum is privileged, but, if the Court desires, the Government is prepared to submit a copy of the document to the Court for the limited purpose of an *in camera* inspection by the Court only, in order that the Court may satisfy itself of the existence of the requirement within the Department of Justice for approval by the Deputy Assistant Attorney General for the Civil Division of a claim of deliberative process privilege prior to its formal assertion by the Government.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
Trial Attorney
Office of General Counsel
Department of Energy
Washington, D.C.

JULY 10, 2006