IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
PROPOSED PRETRIAL AND TRIAL SCHEDULE

Defendant, the United States, respectfully requests leave of the Court to file the proposed pretrial and trial schedule appended to this motion. Counsel for plaintiff and defendant have conferred upon this proposed pretrial and trial schedule and it is acceptable to counsel for plaintiff and defendant. The Court has set a telephone conference in the above-captioned action at 3:30 p.m. on Thursday, August 13, 2006, to discuss a pretrial and trial schedule. For the convenience of the Court and to facilitate discussion of a pretrial and trial schedule for this action, the Government submits the proposed pretrial and trial schedule appended to this motion discussed and agreed upon by counsel for the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
Trial Attorney
Office of General Counsel
Department of Energy
Washington, D.C.

JULY 13, 2006