# DEFENDANT'S PROPOSED PRETRIAL AND TRIAL SCHEDULE

Chevron U.S.A. Inc. v. United States, No. 04-1365C (Fed. Cl.)

1. **Fact Discovery**

(a) The initial disclosures required by RCFC 26(a)(1)(A), (B), & (C) shall be served on or before August 21, 2006.

(i) For the damages disclosure required by RCFC 26(a)(1)(C), any and all items and figures from books of account or other records, which are to be introduced into evidence in this matter, and any calculations or estimates derived therefrom, shall be set forth on separate schedules or summaries and disclosed to defendant on or before September 18, 2006.

(ii) Any schedule or summary disclosed pursuant to subparagraph (a)(i) shall be accompanied by a statement describing the source(s) for the items or figures listed (ledgers, journals, payrolls, invoices, billing statements, checks, time cards, etc.), the location(s) of the source(s), the time (no later than October 16, 2006) when the source(s) may be examined or audited by defendant (including any consultant(s) retained by defendant for that purpose), and the name, address, and telephone number of the person who prepared each schedule or summary and who shall be made available to defendant during an examination or audit of the source material to provide information and explanations required for verification of the listed items or figures.

(b) All fact discovery, including, but not limited to, requests for production of documents, interrogatories, requests for admissions, and depositions of fact witnesses shall be completed on or before February 20, 2007.

(c) Interrogatories. Plaintiff and defendant each shall be limited to fifty (50) interrogatories (including all discrete subparts) and twenty-five (25) supplemental interrogatories pursuant to RCFC 33.

(d) Requests for Admission. Plaintiff and defendant each shall be limited to fifty (50) requests for admission and twenty-five (25) supplemental requests for admission pursuant to RCFC 36.

(e) Depositions. Without leave of court, plaintiff and defendant each shall be limited to twenty-five (25) depositions of fact witnesses.

2. **Expert Discovery**

(a) Designation of Experts. The disclosures of experts required by RCFC 26(a)(2)(A) shall be made on or before February 12, 2007.

(b) Expert Testimony Disclosures. The disclosures of expert testimony required by RCFC 26(a)(2)(B) shall be made on or before February 20, 2007.

(c) Rebuttal Reports. The disclosure required by RCFC 26(a)(2)(C) of any evidence intended solely to contradict or rebut evidence on the same subject matter identified by plaintiff or defendant pursuant to RCFC 26(a)(2)(B) shall be made on or before March 12, 2007.

(d) Depositions of Experts. Depositions of any person(s) identified by plaintiff or defendant pursuant to RCFC 26(a)(2)(A) shall be completed on or before March 23, 2007.

3. **Meeting of Counsel**

Plaintiff's counsel and defendant's counsel shall meet to satisfy the requirements of Appendix A, ¶ 13, including the exchange of exhibit and witness lists, on or before March 30, 2007.

4. **Dispositive Motions**

Any motion(s) pursuant to RCFC 12 and/or 56 or other pretrial motions shall be filed on or before April 6, 2007. Oral argument upon any such motions shall be heard on May 18, 2006.

5. **Pretrial Submissions**

(a) Plaintiff and defendant shall file their pre-trial memoranda, witness list, exhibit list, and any motion to present substantive evidence by way of deposition testimony (other than as provided in Fed.R.Evid. 801(d)) pursuant to Appendix A, ¶¶ 14(a), 15(a), 15(b), and 16 on or before May 25, 2007.

(b) Plaintiff and defendant shall file any responses to the documents enumerated in subparagraph (a) on or before June 4, 2007.

6. **Pretrial Conference**

A pretrial conference will be held in Washington, D.C., at 2:00 p.m. on June 6, 2007.

7. **Trial**

A trial will be held in Washington, D.C., beginning at 10:00 a.m. on Monday, June 11, 2007, and concluding no later than Thursday, June 21, 2007.