IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits the following status report:

During one of the telephone conferences on July 10, 2006, between the Court and counsel for the parties, the Court inquired of the Government as to the availability of Mary Egger, Deputy General Counsel for Technology Transfer and Procurement, Office of General Counsel Department of Energy (DOE), for a deposition by plaintiff during the week of August 7-11, 2006, relative to the DOE legislative proposal concerning the Independent Petroleum Engineer for the Elk Hills Field final equity redetermination. Ms. Egger is available for such a deposition on Thursday, August 10, 2006, or on Friday, August 11, 2006. Either of those dates would be convenient for defendant's counsel.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
Trial Attorney
Office of General Counsel
Department of Energy
Washington, D.C.

JULY 13, 2006