IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE
PROPOSED SCHEDULING ALTERNATIVES

Defendant, the United States, respectfully requests leave of the Court to file the proposed alternative pretrial and trial schedules appended to this motion. One schedule is based upon a trial that would begin on April 10, 2007, and the other schedule is based upon a trial that would begin on March 26, 2007. Both schedules are predicated upon a bifurcation of proceedings upon liability and damages, including discovery and trial, and that the parties would not offer expert witnesses upon matters relating to liability issues. Under the schedule with the more aggressive March 26, 2007 trial date, the parties also would not file any dispositive motions upon liability issues, including motions pursuant to RCFC 12 and/or 56. Defendant's counsel has conferred with plaintiff's counsel about these scheduling alternatives and neither is acceptable to plaintiff.

Plaintiff's counsel has indicated to defendant's counsel that a bifurcation of liability and damages proceedings with a trial of liability issues scheduled for May 2007 would be acceptable to plaintiff. However, a schedule with a trial beginning in May or June 2007 is not acceptable to the Government because Ms. Leslie Ohta of the Department of Justice Commercial Litigation Branch, recently assigned to work with defendant's counsel of record upon the above-captioned

action, is also counsel of record in Environmental Techtonics Corp. v. United States, No. 05-746 (Fed. Cl.) (Braden, J.), which presently is set for a two-week trial beginning on July 10, 2007.

If the Court were to determine that neither of the scheduling alternatives proposed by the Government is feasible, then we respectfully suggest that a trial of the above-captioned action be scheduled for a date no earlier than October 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
Trial Attorney
Office of General Counsel
Department of Energy
Washington, D.C.

JULY 21, 2006