IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, | ) | No. 04-1365C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO ADOPT PRETRIAL AND TRIAL SCHEDULE

Plaintiff, Chevron U.S.A. Inc., and defendant, the United States, respectfully request that the Court adopt the pretrial and trial schedule appended to this motion. This proposed schedule incorporates the April 30, 2007 trial date agreed to by the parties and adopted by the Court during the July 21, 2006 telephone conference between the Court and counsel for the parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tele: (202) 879-3939
(fax) (202) 626-1700

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

JULY 28, 2006