# In the United States Court of Federal Claims

No. 04-1365C
Filed August 22, 2006

| | |
|---|---|
| CHEVRON U.S.A., INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## PRETRIAL AND TRIAL SCHEDULE

The July 28, 2006 Joint Motion to Adopt Pretrial and Trial Schedule is hereby **GRANTED**. By agreement of the parties, the court enters the following schedule:

1. Bifurcation of Liability and Damages Proceedings

   The proceedings upon liability and damages, including discovery and trial, shall be bifurcated.

2. Fact Discovery (Liability Issues)

   (a) The initial disclosures required by RCFC 26(a)(1)(A) & (B) shall be served on or before August 21, 2006.

   (b) All fact discovery, including, but not limited to, requests for production of documents, interrogatories, and depositions of fact witnesses shall be completed on or before February 16, 2007.

   (c) Interrogatories. Without leave of the court, Plaintiff and Defendant each shall be limited to fifty (50) interrogatories (including all discrete subparts) and twenty-five (25) supplemental interrogatories pursuant to RCFC 33.

   (d) Requests for Admission. Without leave of the court, Plaintiff and Defendant each shall be limited to fifty (50) requests for admission and twenty-five (25) supplemental requests for admission pursuant to RCFC 36.

(e) Depositions. Without leave of the court, Plaintiff and Defendant each shall be limited to twenty-five (25) depositions of fact witnesses.

3. Expert Discovery (Liability Issues)

(a) Designation of Experts. The parties shall identify each expert, as required by RCFC 26(a)(2)(A), and, for each expert, shall provide the expert's qualifications, the expert's field of expertise, and the subject matter of the expert's testimony on or before November 22, 2006.

(b) Reports. The disclosures of expert testimony required by RCFC 26(a)(2)(B) shall be made on or before December 15, 2006.

(c) Rebuttal Reports. The disclosure required by RCFC 26(a)(2)(C) of any evidence intended solely to contradict or rebut evidence on the same subject matter identified be Plaintiff or Defendant pursuant to RCFC 26(a)(2)(B) shall be made on or before January 26, 2007.

(d) Depositions of Experts. Depositions of any person(s) identified by Plaintiff or Defendant pursuant to RCFC 26(a)(2)(A) shall be completed on or before February 16, 2007.

4. Meeting of Counsel

Plaintiff's counsel and Defendant's counsel shall meet to satisfy the requirements of Appendix A, ¶ 13, including the exchange of exhibit and witness lists, on or before February 23, 2007.

5. Dispositive Motions (Liability Only)

Any motion(s) pursuant to RCFC 12 and/or 56 shall be filed on or before February 23, 2007.

6. Pretrial Submissions

(a) Plaintiff and Defendant shall file their pretrial memoranda with respect to liability issues, witness lists, exhibit lists, any motions to present substantive evidence by way of deposition testimony (other than as provided in Fed.R.Evid. 801(d)) pursuant to Appendix A, ¶¶ 14(a), 15(a), and 16, and any other pretrial motions on or before March 30, 2007.

(b) Plaintiff and Defendant shall file any responses to the documents and motions enumerated in subparagraph (a) on or before April 10, 2007.

7. Pretrial Conference

A pretrial conference will be held in Washington, D.C., at 2:00 p.m. on Tuesday April 24, 2007.

8. Trial of Libility

A trial of liability issues shall be held during the week of April 30-May 4, 2007, beginning at 10:00 a.m. on Monday, April 30, 2007. The trial will be held at the National Courts Building, 717 Madison Place N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**