IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, | ) | No. 04-1365C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO ADOPT PROTECTIVE ORDER
REGARDING DEPOSITION OF MARY EGGER

Plaintiff, Chevron U.S.A. Inc., and defendant, the United States, respectfully request that the Court adopt the Protective Order Regarding Deposition of Mary Egger appended to this motion. During the August 17, 2006 telephone conference between the Court and counsel for the parties, the Court stated that plaintiff's deposition of Mary Egger scheduled for Thursday, August 24, 2006, would be conducted pursuant to a protective order to be entered by the Court.

Counsel for plaintiff and defendant have conferred with respect to the language of a protective order for the deposition of Mary Egger and we respectfully request that the Court adopt the Protective Order Regarding Deposition of Mary Egger appended to this motion. The terms of the proposed Protective Order Regarding Deposition of Mary Egger are identical to the terms of the Protective Order Regarding Deposition of Mary Ann Masterson filed by the Court on July 5, 2006, except that additional language has been added to the first paragraph and the third paragraph has been modified to add an employee of plaintiff – Ms. Veronica Roa, Senior Counsel, Chevron Corporate Law Litigation Management Group – to the list of employees present at the deposition.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tele: (202) 879-3939
(fax) (202) 626-1700

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

AUGUST 23, 2006