# In the United States Court of Federal Claims

No. 04-1365C
Filed August 23, 2006

***********************************
CHEVRON U.S.A., INC.,
Plaintiff,
v.
THE UNITED STATES,
Defendant.
***********************************

## PROTECTIVE ORDER REGARDING DEPOSITION OF MARY EGGER

The court enters this Protective Order to govern access to information disclosed during the deposition of Ms. Mary Egger, Deputy General Counsel for Technology Transfer and Procurement, Department of Energy, on August 24, 2006.

1. The scope of the deposition shall be confined to the "Areas of Designation and Inquiry" set forth in the "Notice of Deposition of Mary Egger" dated July 7, 2006. The Government may raise all appropriate objections, including those based on privilege. Notwithstanding such objections, including those based on privilege, Ms. Egger will answer fully all questions asked by Plaintiff's counsel. When examining Ms. Egger, however, Plaintiff's counsel shall make a good-faith effort to comply with the spirit and letter of the court's rulings upon the privileges asserted by the Government with respect to the documents listed in the Government's revised Privileged Documents Log dated August 16, 2006, including the deliberative process privilege, the attorney-client privilege, and the attorney work product doctrine.

2. Plaintiff's outside counsel present at the deposition of Ms. Egger will be limited to: Lawrence D. Rosenberg, Donald B. Ayer, and Louis K. Fisher, all of whom practice law with the law firm of Jones Day and are counsel of record in this case. None of the aforementioned attorneys is a registered lobbyist. Nevertheless, none will use any information obtained during the deposition of Ms. Egger, or communicate with members of Congress and/or their staff or with any other attorney, other than counsel of record in this case, or lobbyist about the deposition of Ms. Egger and/or pending Senate Bill 2766, Senate Amendment 4516, and/or House Bill 5122, unless and until the court orders otherwise.

3. Plaintiff's employees present at the deposition of Ms. Egger will be limited to: Gary Henderson, Senior Counsel, Chevron Global Gas; Veronica Roa, Senior Counsel, Chevron Corporate Law Litigation Management Group and Norman Stone, Elk Hills Equity Finalization Team Manager, Chevron USA, Inc., San Joaquin Valley Business Unit. Mr. Henderson, Ms. Roa, and Mr. Stone are not registered lobbyists. Nevertheless, none will use any information obtained during the deposition of Ms. Egger, or communicate with members of Congress and/or their staff or with any other attorney, other than counsel of record in this case, or lobbyist about the deposition of Ms. Egger and/or pending Senate Bill 2766, Senate Amendment 4516, and/or House Bill 5122, unless and until the court orders otherwise.

4 Notwithstanding the provisions of this Protective Order, individuals referenced herein (¶¶2-3) may provide general legal and/or business advice to Chevron executives, employees, and attorneys, so long as that advice does not concern any information ascertained in the deposition of Ms. Egger, unless and until the court orders otherwise.

5. The deposition transcript of Ms. Egger is subject to this protective order and will be placed under seal, unless and until the court orders otherwise.

6. The court, however, reserves the right, after reviewing the record and other information submitted by the parties, to modify the order in the event such information is not business confidential, privileged, proprietary, or would adversely affect national defense and/or national security upon public disclosure.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**