IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| Plaintiff, | ) | No. 04-1365C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION TO ADOPT PROTECTIVE ORDER
REGARDING CONFIDENTIAL NSA MATERIALS

Plaintiff, Chevron U.S.A. Inc. ("Chevron"), and defendant, the United States, jointly request that the Court adopt the Agreed Protective Order appended to this motion. On October 18-19, 2006, Chevron's lawyers and employees are scheduled to review documents produced by Netherland, Sewell & Associates, Inc. ("NSA"). The attached Agreed Protective Order is intended to govern Chevron's review of NSA documents and to prevent non-attorney Chevron employees from reviewing or examining any confidential business information, as defined in the Agreed Protective Order and as identified by NSA. Counsel for plaintiff, defendant and NSA have all conferred with respect to the order's language, and all have agreed to the terms of the order. NSA has agreed to produce documents subject to the Court's adoption of this order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tele: (202) 879-3939
(fax) (202) 626-1700

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-0282
(fax) (202) 514-8624

Attorneys for Defendant

OCTOBER 17, 2006