IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, | ) | No. 04-1365C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO ADOPT PROTECTIVE ORDER
REGARDING DISCOVERY OF CONFIDENTIAL NSA MATERIALS
CONTAINED IN DEPARTMENT OF ENERGY FILES

Plaintiff, Chevron U.S.A. Inc. ("Chevron"), and defendant, the United States, jointly request that the Court adopt the Protective Order appended to this motion. Chevron has served defendant with discovery requests that, among other things, request production of documents which contain business information deemed confidential and proprietary by Netherland, Sewell & Associates, Inc. ("NSA") of the kind that is the subject of the Protective Order Regarding Confidential NSA Materials filed on October 17, 2006, in this case. The attached Protective Order, which would govern Chevron's review of such documents, is intended to prevent non-attorney Chevron employees from reviewing or examining any confidential business information, as defined in the Protective Order and identified by defendant. The attached Protective Order is consistent with the Protective Order Regarding Confidential NSA Materials filed on October 17, 2006. Counsel for plaintiff, defendant, and NSA have conferred about the order's language, and all have agreed to the terms of the order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tele: (202) 879-3939
(fax) (202) 626-1700

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

OCTOBER 30, 2006