IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, | ) | No. 04-1365C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

JOINT MOTION TO ADOPT DISCOVERY ORDER

Plaintiff, Chevron U.S.A. Inc. ("Chevron"), and defendant, the United States, jointly request that the Court adopt the Discovery Order appended to this motion. Chevron and the Government have served discovery requests upon each other that will require review of numerous documents and other information to determine whether they are protected from discovery by various privileges or other protections. The attached Discovery Order is intended to permit discovery to proceed in an expeditious and efficient manner in this case without waiver of any privilege or other applicable protection.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tele: (202) 879-3939
(fax) (202) 626-1700

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

NOVEMBER 3, 2006