# In the United States Court of Federal Claims

No. 04-1365C
Filed: February 5, 2007

***********************************
CHEVRON U.S.A., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**REVISED PRETRIAL AND TRIAL SCHEDULE**

Defendant's December 12, 2006 Motion to Modify Pretrial and Trial Schedule is hereby GRANTED. The court enters the following revised schedule:

1. **Bifurcation of Liability and Damages Proceedings**

   The proceedings upon liability and damages, including discovery and trial, shall be bifurcated.

2. **Fact Discovery (Liability Issues)**

   (a) The initial disclosures required by RCFC 26(a)(1)(A) & (B) shall be served on or before August 21, 2006.

   (b) All fact discovery, including, but not limited to, requests for production of documents, interrogatories, and depositions of fact witnesses shall be completed on or before June 29, 2007.

   (c) Interrogatories. Without leave of court, plaintiff and defendant each shall be limited to fifty (50) interrogatories (including all discrete subparts) and twenty-five (25) supplemental interrogatories pursuant to RCFC 33.

   (d) Regarding Defendant's First Set of Interrogatories dated September 8, 2006, plaintiff shall provide complete responses to interrogatories to which plaintiff objected upon the ground that such interrogatories are premature, i.e.,

Interrogatories Nos. 4 through 18, within thirty (30) days of the date of defendant's responses to Plaintiff's First Request for Production of Documents dated September 22, 2006, and Plaintiff's First Set of Interrogatories dated September 22, 2006, or, if plaintiff contests any privilege claims in the log to be produced by defendant, within thirty (30) days of the date of any supplemental production by defendant of documents subject to privilege claims following the court's resolution of such claims, whichever is later.

(e) Requests for Admission. Without leave of court, plaintiff and defendant each shall be limited to fifty (50) requests for admission and twenty-five (25) supplemental requests for admission pursuant to RCFC 36.

(f) Depositions. Without leave of court, plaintiff and defendant each shall be limited to twenty-five (25) depositions of fact witnesses.

3. **Expert Discovery (Liability Issues)**

(a) Designation of Experts. The parties shall identify each expert, as required by RCFC 26(a)(2)(A), and, for each expert, shall provide the expert's qualifications, the expert's field of expertise, and the subject matter of the expert's testimony on or before November 22, 2006.

(b) Reports. The disclosures of expert testimony required by RCFC 26(a)(2)(B) shall be made on or before June 15, 2007.

(c) Rebuttal Reports. The disclosure required by RCFC 26(a)(2)(C) of any evidence intended solely to contradict or rebut evidence on the same subject matter identified by plaintiff or defendant pursuant to RCFC 26(a)(2)(B) shall be made on or before July 6, 2007.

(d) Depositions of Experts. Depositions of any person(s) identified by plaintiff or defendant pursuant to RCFC 26(a)(2)(A) shall be completed on or before July 20, 2007.

4. **Meeting of Counsel**

Plaintiff's counsel and defendant's counsel shall meet to satisfy the requirements of Appendix A, ¶ 13, including the exchange of exhibit and witness lists, on or before August 3, 2007.

5. **Dispositive Motions (Liability Only)**

Any motion(s) pursuant to RCFC 12 and/or 56 shall be filed on or before July 23, 2007.

6. **Pretrial Submissions**

(a) Plaintiff and defendant shall file their pretrial memoranda with respect to liability issues, witness lists, exhibit lists, any motions to present substantive evidence by way of deposition testimony (other than as provided in Fed.R.Evid. 801(d)) pursuant to Appendix A, ¶¶ 14(a), 15(a), 15(b), and 16, and any other pretrial motions on or before August 17, 2007.

(b) Plaintiff and defendant shall file any responses to the documents and motions enumerated in subparagraph (a) on or before August 31, 2007.

7. **Pretrial Conference**

A pretrial conference will be held in Washington, D.C., at 2:00 p.m. on Friday, September 7, 2007.

8. **Trial of Liability**

A trial of liability issues shall be held in Washington, D.C., during October 1-12, 2007, beginning at 10:00 a.m. on Monday, October 1, 2007.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**