# EXHIBIT 24A

EXHIBIT 24A

**EXAMPLES OF PRIVILEGE LOG ENTRIES REFLECTING**
**EX PARTE COMMUNICATIONS BETWEEN MARY EGGER AND THE ASFE AN/OR ASFE STAFF**

| DOE's Document ID | Date | Author | Privilege asserted | Description | Redacted Document? |
|---|---|---|---|---|---|
| 845 | 9/29/97 | Egger, Mary | AC, DP | Note from Mary Egger (DOE counsel) to Pat Godley (ASFE) with attached to it draft memorandum by Greg Thorpe (DOE outside counsel) regarding the Carneros Zone | Y [not produced to Chevron] |
| 912 | 3/9/98 | Egger, Mary | AC, DP | 3/9/98 email from DOE attorney (Egger) to Deputy Assistant Secretary (Langenkamp) and DOE employee (Latham) providing advice that contains pre-decisional, deliberative information re: opportunity for DOE and Chevron EFTs to reply to EFT rebuttals for Stevens Zone equity finalization. 3/9/98 email from Langenkamp to Latham and Egger containing pre-decisional, deliberative information re: same topic and requesting Egger's advice. | Y [not produced to Chevron] |
| 960 | 5/11/98 | Egger, Mary | AC | 5/11/98 email from DOE attorney (Egger) to ASFE (Godley) re: suggested changes to draft of Godley letter | N |
| 1009 | 7/27/98 | Egger, Mary | AC, DP | Memorandum from DOE GC (Egger) to ASFE (Godley, Kripowicz) re: Communications Protocol w/ Chevron, including comments on Chevron's draft | N |

EXHIBIT 24A

| | | | | | |
|---|---|---|---|---|---|
| | | | | communication protocol | |
| 1106 | 10/23/98 | Egger, Mary | AC, WP | 10/2398 email from DOE attorney (Egger) to OMM attorney (Thorpe), DOE employee (Kauffman), and DOE consultants (Schuessler, Burzlaff) re: data cutoff date proposal for Stevens Zone and Shallow Oil Zone equity finalization. 10/22/98 email from Burzlaff to Egger, Thorpe, Kauffman, and Schuessler re: same topic | Y [not produced to Chevron] |
| 1140 | 11/18/98 | Egger, Mary | AC | 11/18/98 email from DOE attorney (Egger) to PDASFE Kripowicz and DOE employee (Latham) re: DOE response to Chevron letter regarding attendance of HQ technical staff at equity finalization meetings between Chevron and DOE EFTs. 11/18/98 email from Kripowicz to Egger re: same topic. | Y [not produced to Chevron] |
| 1319 | 5/7/99 | Egger, Mary | AC | Email from Egger to the EFT members (Kauffman, Burzlaff, Schuessler) and outside counsel (Suh, Olpin) on Stevens Zone settlement | Y [see attached] |
| 1343 | 6/2/99 | Egger, Mary | AC, WP | Email from DOE attorney (Egger) to OMM attorney (Thorpe) re: comments upon draft of response to Chevron regarding data cutoff date issue in Stevens Zone equity finalization process | N |
| 1356 | 6/22/99 | Egger, Mary | AC | Emails from to and from [sic] DOE GC (Egger) to PDASFE and DOE HQ advisory team regarding Elk Hills issues | Y [not produced to Chevron] |

EXHIBIT 24A

| | | | | | |
|---|---|---|---|---|---|
| 1388 | 7/29/99 | Egger, Mary | AC | 7/29/99 email from DOE attorney (Egger) to PDASFE Kripowicz re: draft letter re: admissibility of data in Stevens Zone equity finalization proceeding | Y [not produced to Chevron] |
| 1434 | 8/26/99 | Egger, Mary | AC | 8/26/99 email from DOE attorney (Egger) to PDASFE Kripowicz re: comment upon draft request to Chevron and DOE EFTs for responses to NSAI questions regarding 43 wells in connection with Stevens Zone equity finalization. 8/26/99 email from Kripowicz to Egger re: same topic. | Y [not produced to Chevron] |
| 1445 | 8/30/99 | Egger, Mary | AC, WP | 8/30/99 email from DOE attorney (Egger) to OMM attorney (Thorpe) re: IPE conversion calculations for Stevens Zone equity finalization | Y [not produced to Chevron] |
| 1463 | 9/13/99 | Egger, Mary | AC | Communications between DOE HQ advisory team and DOE attorney (Egger) regarding NSAI critique of the Stevens Shale studies by DOE and Chevron. Substantive attorney-client communications redacted. | Y [not produced to Chevron] |
| 1695 | 4/10/00 | Egger, Mary | WP | 4/10/00 email from DOE employee (Gangle) to DOE attorney (Egger) and OMM attorney (Thorpe) re: EFT presentations to IPE for Shallow Oil Zone equity finalization | Y [not produced to Chevron] |
| 1775 | 8/4/00 | Egger, Mary | AC, DP | 8/4/00 email from DOE attorney (Egger) to PDASFE Kripowicz and DOE employee (Latham) containing advice and pre- | Y [not produced to |

EXHIBIT 24A

| | | | | | |
|---|---|---|---|---|---|
| | | | | decisional, deliberative information re: whether to permit changes by IPE to Final Recommendation for Stevens Zone equity finalization. 8/4/00 email from Latham to PDASFE Kripowicz and Egger that contains pre-decisional, deliberative information and request for legal advice re: same topic. | Chevron] |
| 1784 | 8/10/00 | Latham, Gary | AC, DP | Email from Latham to the ASFE, cc to Egger (counsel), with attached Equity Fact Sheet | Y [not produced to Chevron] |
| 1803 | 8/22/00 | Egger, Mary | AC | Communications from [DOE] attorney (egger) to Capitanio re Stevens Zone equity decision | Y [not produced to Chevron] |
| 1830 | 8/29/00 | Egger, Mary | AC | Emails to and from Egger to DOE HQ advisory team regarding finalization process and protocols for EFT communications with IPE | N |
| 2111 | 3/13/01 | Latham, Gary | AC | Email communication with attorney [Egger] about preparation of preliminary and final equity decisions | Y [not produced to Chevron] |
| 2237 | 3/6/02 | Latham, Gary | AC | Mail between [ASFE] staff and attorneys Egger and Cadieux re equity process | N |

EXHIBIT 24A

EXHIBIT 24A

Author: MARY EGGER at GC-02
Date: 5/7/1999 10:39 AM
Priority: Urgent
TO: aburzlaf@staped.com at INTERNET, csuh@OMM.com at INTERNET, kschuess@staped.com at INTERNET, oolpin@internet.omm.com at INTERNET, wkauffman@nprc.doe.gov at INTERNET
Subject: Stevens Zone Settlement

--------------------------- Message Contents ------------------------------

I am faxing out this morning a revised draft sent by Roberts last night. It identifies or brackets alternative/controversial language. I just spoke again with Roberts and have added a couple of additional changes that he inadvertently omitted.

Roberts is scheduled to talk again with Chevron this morning, but then has appointments this afternoon. He and I are not scheduled to talk again until Monday morning, but I told him I would try to give him an update on our team's thoughts this afternoon. He said he would share with me any additional thoughts by Chevron, but it might not be until late today, so I don't know how soon I will be able to get them to you all.

A couple of things to pass along in anticipation of a call later today. The most controversial items haven't changed much:

[redacted]

[redacted]

Best regards, Mary

# EXHIBIT 24B

EXHIBIT 24B

**EXAMPLES OF PRIVILEGE LOG ENTRIES REFLECTING MARY EGGER'S OR HER STAFF'S PARTICIPATION IN DRAFTING DECISIONS OF THE ASFE**

| DOE's Document ID | Date | Author | Privilege asserted | Description | Redacted Document? |
|---|---|---|---|---|---|
| 815 | 07/23/97 | Godley, Patricia | AC, WP, DP | The draft preliminary decision is marked AC and DP. It is the product of DOE HQ attorneys and other Advisory team personnel. There are handwritten notations in the margins. The cover memo indicates the breadth of circulation [to Cadieux, Capitanio, Egger, Latham, & Smits]. There are handwritten marginal notes from L. Capitanio. | Y [not produced to Chevron] |
| 1451 | 09/07/99 | None identified | DP | The hard copy is an early outline of portion of a draft decision for the PDASFE | Y [not produced to Chevron] |
| 1459 | 09/10/99 | Kripowicz, Robert | AC, DP | 9/10/99 draft of PDASFE decision for Stevens Zone equity finalization prepared by DOE attorney (Cadieux) | N |
| 1486 | 09/16/99 | Egger, Mary | AC | Communications between DOE attorney (Egger) and HQ advisory team regarding ASFE Stevens Zone draft decision | N |
| 1487 | 09/16/99 | Capitanio, Louis | AC | Communications between DOE attorney (Egger) and DOE HQ advisory team regarding ASFE Stevens Zone draft decision | N |
| 1488 | 09/16/99 | Capitanio, Louis | AC, DP | The email includes a draft decision for the PDASFE and includes a discussion between DOE attorneys [including Mary Egger] and reactive feedback from | Y [not produced to Chevron] |

| | | | | | |
|---|---|---|---|---|---|
| | | | | HQ Advisory team member L. Capitanio | |
| 1489 | 09/16/99 | Egger, Mary | AC, DP | The email includes a draft decision for the PDASFE and includes a discussion between DOE attorneys [including Mary Egger] and reactive feedback from HQ Advisory team member L. Capitanio | Y [not produced to Chevron] |
| 1491 | 09/17/99 | Kripowicz, Robert | AC, DP | First indication that the draft decision of the PDASFE was prepared with involvement (and apparent legal advice) of HQ attorney Mary Egger. There are handwritten marginal notes that appear to be from L. Capitanio | Y [not produced to Chevron] |
| 1508 | 09/21/99 | Egger, Mary | AC | Communications between DOE attorney (Egger) and DOE HQ advisory team reagarding ASFE draft Stevens Zone decision | N |
| 1509 | 09/21/99 | Smits, Arnold | AC | Communications between DOE attorney (Egger) and DOE HQ advisory team reagarding ASFE draft Stevens Zone decision | N |
| 2111 | 03/13/01 | Latham, Gary | AC | Email communication with attorney about preparation of preliminary and final equity decisions [addressed to Mary Egger and cc'd to Arnold Smits] | Y [see attached - produced as blacked-out blank page] |
| 2187 | 10/25/01 | Egger, Mary | AC, DP | Memo from DOE counsel (Egger) to PDASFE regarding Draft Preliminary Decision Finalizing Elk Hills Stevens Zone Equity | N |
| 2189 | 10/25/01 | Egger, Mary | DP | Draft of preliminary decision in the Stevens zone [addressed to PDASFE Kripowicz] | N |

| | | | | | |
|---|---|---|---|---|---|
| 2197 | 11/09/01 | Cadieux, Gena | AC, DP | Draft of preliminary decision in the Stevens zone [addressed to PDASFE Kripowicz, cc'd to Egger, Latham, and Smits] | Y [see attached] |
| 2198 | 11/090/01 | Cadieux, Gena | DP | Draft of preliminary decision in the Stevens [Z]one, attached to a note from Gena Cadieux to the ASFE [addressed to Kripowicz; cc'd to Egger, Latham, and Smits] | N |
| 2206 | 11/01 | Egger, Mary | AC, DP | Draft of preliminary decision in Stevens Zone, with note from Egger to Cadieux (counsel) | Y [see attached] |
| 2207-2212 | 11/01 | None identified | DP | Draft of preliminary decision in Stevens zone [multiple entries] | N |
| 2286 | 06/04/02 | Latham, Gary | AC | Email to and from attorney Cadieux re: draft stevens final decision [cc'd to Smits] | N |
| 2287 | 06/04/02 | Latham, Gary | AC | Email to and from attorney Cadieux re revisions to "stevens final" [cc'd to Smits] | N |
| 2291 | 06/18/02 | Latham, Gary | DP | Email revisions on final decision on ownership of oil and gas in Stevens Zone [cc'd to R. Porter, Kripowicz, Cadieux, & Smits] | Y [see attached] |
| 3734 | 02/27/06 | Latham, Gary | AC | Email to attorney Cadieux re: input to the Stevens equity redermination document | Y [not produced to Chevron] |

[redacted]

EXHIBIT 24B

**Department of Energy**
Washington, DC 20585

November 9, 20001

NOTE TO: Robert S. Kripowicz, FE-1

FROM: Gena E. Cadieux, GC-61 *GEC*

SUBJECT: Preliminary Stevens Zone Decision Revisions

Enclosed is the preliminary Stevens Zone decision with the revisions we discussed, for your issuance. Please call me if you have any questions.

Enclosure

cc: Mary Egger
Gary Latham
Arnold Smits

TAB 42

EXHIBIT 24B

**Department of Energy**
Washington, DC 20585

November 9, 20001

NOTE TO: Robert S. Kripowicz, FE-1

FROM: Gena E. Cadieux, GC-61

SUBJECT: Preliminary Stevens Zone Decision Revisions

Enclosed is the preliminary Stevens Zone decision with the revisions we discussed, for your issuance. Please call me if you have any questions.

Enclosure

cc: Mary Egger
Gary Latham
Arnold Smits

EXHIBIT 24B

# PRELIMINARY DECISION FINALIZING PARTICIPATION PERCENTAGES IN PRODUCTION FROM THE STEVENS ZONE, NAVAL PETROLEUM RESERVE NO. 1

United States Department of Energy
November 2001

EXHIBIT 24B

TABLE OF CONTENTS

[redacted]



CFO001 01177

EXHIBIT 24B

**PRELIMINARY DECISION FINALIZING PARTICIPATION PERCENTAGES IN PRODUCTION FROM THE STEVENS ZONE**
**NAVAL PETROLEUM RESERVE NO. 1**

[redacted]



CFO001 01178

[redacted]

EXHIBIT 24B

[redacted]



CFO001 01180

REMAINDER OF DOCUMENT (PP 4-33) FULLY REDACTED

EXHIBIT 24B

[redacted]

TAB 41

PRIVILEGED AND CONFIDENTIAL PREDECISIONAL ANALYSIS
NOT FOR DISTRIBUTION OR RELEASE

# PRELIMINARY DECISION FINALIZING PARTICIPATION PERCENTAGES IN PRODUCTION FROM THE STEVENS ZONE, NAVAL PETROLEUM RESERVE NO. 1

United States Department of Energy
November 2001

[redacted]

# DRAFT

PRIVILEGED AND CONFIDENTIAL PREDECISIONAL ANALYSIS
NOT FOR DISTRIBUTION OR RELEASE

# PRELIMINARY DECISION FINALIZING PARTICIPATION PERCENTAGES IN PRODUCTION FROM THE STEVENS ZONE, NAVAL PETROLEUM RESERVE NO. 1

United States Department of Energy
November 2001

page numbers as of 5/11/2001

**TABLE OF CONTENTS**

**(TO BE REVISED)**

[redacted]

EXHIBIT 24B

**PRELIMINARY DECISION FINALIZING PARTICIPATION PERCENTAGES IN PRODUCTION FROM THE STEVENS ZONE NAVAL PETROLEUM RESERVE NO. 1**

[redacted]

[redacted]

EXHIBIT 24B

[redacted]



CFO001 01172

PAGE iii AND REMAINDER OF DOCUMENT (PP 4-33) FULLY REDACTED

EXHIBIT 24B

EXHIBIT 24B

**From:** Latham, Gary
**Sent:** Tuesday, June 18, 2002 3:20 PM
**To:** Porter, Robert
**Cc:** Kripowicz, Robert; Cadieux, Gena; Smits, Arnold
**Subject:** Signing of Final Decision on ownership of oil and gas in the Stevens Zone of the Elk Hills oil field

[redacted]

# EXHIBIT 24C

EXHIBIT 24C

## EXAMPLES OF PRIVILEGE LOG ENTRIES REFLECTING DRAFTS OF THE EQUITY PROCESS AND RELATED AGREEMENTS

| DOE's Document ID | Date | Author | Privilege asserted | Description | Redacted Document? |
|---|---|---|---|---|---|
| 136 | 05/08/96 | STA (Burzlaff et al.) | AC, WP | Draft of proposed equity finalization process – individual zones, by STA, 5-8-96, provided to DOE counsel | Y [see attached] |
| 138 | 05/10/96 | Egger, Mary | AC, WP | Draft of objective for discussion with Chevron for seeking agreement on process for finalization of equity, prepared by Egger for discussion with DOE personnel, May 1996 | Y [see attached] |
| 146 | 05/15/96 | Kelly, Beth | AC, WP | Draft of equity finalization plan by STA (EFT member), with notes by Kelly (counsel) and reviewed by Cadieux | Y [not produced to Chevron] |
| 202 | 07/08/96 | None identified | WP | Copy of the Equity Process Agreement with highlighted portions by Egger that are attorney work-product | N |
| 203 | 07/08/96 | Thorpe, Gregory; Godley, Patricia | WP | Copy of the Equity Process Agreement transmitted by fax from O'Melveny to DOE counsel office on 3-30-99 [sic] with handwritten notes by Egger and O'Melveny attorney | N |
| 337 | 09/18/96 | Stay, Michael | AC, DP | Draft of protocol on equity finalization (9-16-96) with notes by Egger | N |

| | | | | | |
|---|---|---|---|---|---|
| 545 | 02/08/97 | O'Melveny & Myers | AC | 2/8/97 outline of agreement between DOE and Chevron re: "Equity Finalization Alternative: Decoupling of Sale and Finalization" prepared by OMM | N |
| 565 | 02/25/97 | None identified | DP | Draft of agreement to terminate UPC, DOE red-line 2/25/97 | N |
| 568 | 02/25/97 | Thorpe, Gregory | AC | 2/25/97 memo from OMM attorney (Thorpe) to DOE attorney (Egger) re: Decoupling Agreement Proposal and Surface Facility Ownership Proposal with attached chart re: DOE's current equity interest | N |
| 609 | 03/17/97 | Egger, Mary | AC, WP | 3/17/97 email from DOE attorney (Egger) to OMM attorney (Thorpe) re: issue for Decoupling Agreement raised by DOE employee (Kauffman); 3/17/97 email from OMM attorney (Thorpe) to DOE attorney (Egger) re: draft of Unit/Operating Agreement | Y [see attached] |
| 678 | 04/20/97 | Thorpe, Gregory | AC | 4/20/97 fax from OMM attorney (Thorpe) to DOE attorney (Egger) with enclosures (4/20/97 memo from Thorpe to Egger re: Decoupling Agreement; 4/20/97 draft of Decoupling Agreement prepared by Thorpe) | N |
| 683 | 4/21/97 | Thorpe, Gregory | AC | 4/21/97 fax from OMM attorney (Thorpe) to DOE attorney (Egger) with enclosure (4/21/97 draft of Decoupling Agreement | N |

| | | | | | |
|---|---|---|---|---|---|
| | | | | prepared by Thorpe) | |
| 711 | 04/28/97 | Williams, O. | AC, DP | Memo from O.J. Williams (director NPR) to Dobie Lagenkamp (Deputy Ass. Secr. NPOSR), copy to Mary Egger (DOE counsel) and Gary Latham (HQ team) regarding decoupling of equity and indicating the deliberative process on how to handle equity finalization | Y [not produced to Chevron] |
| 727 | 05/05/97 | Thorpe, Gregory | AC | 5/5/97 fax from OMM attorney (Thorpe) to ASFE (Godley) and DOE attorney (Egger) with enclosure (5/5/97 draft of Equity Process Agreement prepared by Thorpe) | N |
| 730 | 05/08/97 | Thorpe, Gregory | AC, WP | Fax dated 5/8/97 (sent on 5/12/97) from OMM attorney (Thorpe) to DOE attorney (Egger) with enclosure (5/12/97 draft of Equity Process Agreement with handwritten note by Thorpe) | N |
| 733 | 05/12/97 | Thorpe, Gregory | AC, WP | Fax from Thorpe (outside counsel) to Egger, Kauffman and Ken Meeks with attached draft of equity finalization agreement, on 5/13/97 | N |
| 737 | 05/13/97 | Thrope, Gregory | AC | 5/13/97 fax from OMM attorney (Thorpe) to DOE attorney (Egger) with enclsoure ("redline" preliminary working draft of Equity Process Agreement prepared by Thorpe) | N |

| | | | | | |
|---|---|---|---|---|---|
| 739 | 05/14/97 | Egger, Mary | AC, WP | Memo from Egger to DOE officials [including ASFE Godley] transmitting a draft of the equity and decoupling agreement | Y [not produced to Chevron] |
| 744 | 05/16/97 | Thorpe, Gregory | AC, WP | 5/16/97 letter from OMM attorney (Thorpe) to ASFE (Godley) and DOE attorney (Egger) with enclosures for their review (clean and "redline" drafts of Decoupling Agreement and Equity Processing [six] Agreement) | N |
| 746 | 05/16/97 | Thorpe, Gregory | AC, WP | 5/16/97 fax from OMM attorney (Thorpe) to DOE attorney (Egger) with enclosures (clean and "redline" drafts of Equity Process Agreement) | N |
| 748 | 05/19/97 | Kauffman, Wayne | DP | Agreement Regarding Equity Redetermination Process with marginal notes by Wayne Kauffman | Y [not produced to Chevron] |
| 1336 | 05/25/99 | Thorpe, Gregory | AC | Fax from Thorpe (outside counsel) to the DOE EFT and Egger, regarding a draft of a revised Equity process agreement | Y [not produced to Chevron] |

EXHIBIT 24C

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

REVISED DRAFT May 8, 1996

# NAVAL PETROLEUM RESERVE NO. 1 (ELK HILLS)

***Equity Finalization Process - Individual Zone Plans***

**DGZ Equity Finalization Process**

[redacted]

EXHIBIT 24C

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

REVISED DRAFT May 8, 1996

[redacted]

EXHIBIT 24C

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

REVISED DRAFT May 8, 1996

# NAVAL PETROLEUM RESERVE NO. 1 (ELK HILLS)

*Equity Finalization Process - Individual Zone Plans*

**Stevens Equity Finalization Process**

[redacted]

EXHIBIT 24C

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

REVISED DRAFT May 8, 1996

*Equity Finalization Process - Individual Zone Plans*

**Stevens Equity Finalization Process**

[redacted]

EXHIBIT 24C

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

REVISED DRAFT May 8, 1996

[redacted]

EXHIBIT 24C

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

REVISED DRAFT May 8, 1996

# NAVAL PETROLEUM RESERVE NO. 1 (ELK HILLS)

*Equity Finalization Process - Individual Zone Plans*

**Carneros Equity Finalization Process**

[redacted]

EXHIBIT 24C

PRIVILEGED & CONFIDENTIAL
ATTORNEY-CLIENT COMMUNICATION

REVISED DRAFT May 8, 1996

[redacted]

EXHIBIT 24C

**Objective:** Seek agreement on process by which owners will present equity finalization positions to the Independent Petroleum Engineer (IPE) under section 3412(b)(2) of the National Defense Authorization Act for Fiscal Year 1996 (Pub.L. 104-106). Seek agreement on role and selection process of IPE.

**When:** Friday, May 10, 1996

**Where:** DOE Headquarters, Forrestal Bldg., Rm 3E-069, Washington, D.C.

**Attendees:** **DOE:** Captain Hunter, Mary Egger, Gary Latham, Wayne Kauffman, Alan Burslaff, and Audrey Johnson (recorder)
**CUSA:** Mike Stay, Cynthia Giumarra, Jim Brady, Norm Stone, and Jack Schmid (not confirmed)

**DOE POC:** Captain Hunter (202-586-4685)

**CUSA POC:** Mike Stay (540-341-7834)

**DISCUSSION AGENDA:**

1. Chevron's advance input for agenda
2. Public Law 104-106 as it applies to Final Equity and task for the day.
3. Assumptions in regard to the proposed process.
4. Proposed assumptions and Guiding Principles for the process.
5. Tentative Individual zone plans.
6. Make adjustment to process and zone plans as appropriate.
7. Make team assignments.

**Public Law 104-106**

(b) EQUITY FINALIZATION. -- (1) Not later than eight months ***[October 10, 1996]*** of the effective date, the Secretary shall finalize equity interests of the known oil and gas zones in Naval Petroleum Reserves Numbered 1.

(2) The Secretary shall retain the services of an independent petroleum engineer, mutually acceptable to the equity owners, who shall prepare a recommendation on final equity figures. The Secretary may accept the recommendation of the independent petroleum engineer for final equity in each known oil and gas zone and establish final equity interest in Naval Petroleum Reserve Numbered 1 in accordance with the recommendation, or the Secretary may use such other method to establish final equity interest in the reserve as the Secretary considers appropriate.

(3) If, on the effective date, there is an ongoing equity redetermination dispute between the equity owners under 9(b) of the unit plan contract, the dispute shall be resolved in the manner provided in the unit plan contract within eight months after the effective date. The resolution shall be considered final for all purposes under this section. ***[Shallow Oil Zone (SOZ)].***

**Assumptions for the Equity Finalization Process Team (EFPT):**

[redacted]

the purpose of sale.

**GUIDING PRINCIPLES FOR PROCESS**

[redacted]

EXHIBIT 24C

From: MARY EGGER [MARY EGGER at GC-02]
Sent: Monday, March 17, 1997 3:21 PM
To: gthorpe@Internet.omm.com_at_INTERNET
Subject: Re: Stevens Legal Issues

I did get the STA comments on Stevens Zone issues. Let's try for a Thursday call with just the DOE team --- Mike Stay has called me to see if he could schedule a teleconference for Tuesday, but that won't work. Perhaps Friday with Chevron -- are you available Friday?

I'm looking at the press release now, and got your additional voicemail comments from Owen -- I spoke briefly with Pat on it, and I think she leans toward CSFB's view on the UO/UOA.

We also need to talk on the decoupling agreement -- I trust you received Alan's calculations that I sent? Wayne also has a new issue [redacted] I may try to set up a conference call tomorrow afternoon. Are you available?

I'll talk to you later. Mary

_______________ Reply Separator _______________
Subject: Stevens Legal Issues
Author: gthorpe@Internet.omm.com_at_INTERNET at X400PO
Date: 3/17/97 1:20 PM

Did you get Alan's fax of comments and Ken's e-mail? I can't tell if you did. If not, I'll send them along.

I've faxed comments on the revised press release to you, Owen and Jon. Owen and I have not talked so my comments may not reflect his thinking, especially on the Unit/Operating Agreement issue. [redacted]

On Friday I left Cynthia a message asking for info on Chevron's corporate structure. Specifically, what entity owns its Elk Hills interest and what legal entity do they propose to have sign contracts with DOE and/or purchasers. I got a somewhat garbled voice-mail response that the legal entity is Chevron U.S.A. Inc. (Chevron U.S.A. Production Company is an unincorporated division of Chevron U.S.A. Inc.). I left her another message in reply asking if financial info is publically available on Chevron U.S.A. I'll let you know if I hear anything. Greg.