IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Defendant, the United States, respectfully requests an enlargement of time of seven days, to and including April 5, 2007, within which to file our response to "Chevron U.S.A. Inc.'s Motion to Compel" dated March 15, 2007, and that plaintiff, Chevron U.S.A. Inc. (Chevron), be allowed until April 23, 2007, within which to file a reply to the Government's response to Chevron's motion to compel. Defendant's response to Chevron's motion to compel presently is due on March 29, 2007. This is defendant's first request for an enlargement of time for this purpose. Chevron does not oppose this request for an enlargement of time.

Chevron's motion to compel, which is 39 pages in length, seeks to compel the production of four categories of documents appearing on the Government's privileged documents log in this case upon the grounds that documents within such categories are the subject of "misconduct" exceptions to the deliberative process, attorney-client, and work product privileges claimed by the Government for such documents. This modest seven-day enlargement of time, to and including April 5, 2007, is needed in order that defendant's counsel may have sufficient time to prepare and file the Government's response to Chevron's motion to compel, including time for consultation with the Department of Energy about the response to the motion to compel.

Chevron's counsel has advised defendant's counsel that, if the date for the Government's response to Chevron's motion to compel is enlarged to April 5, 2007, Chevron will need a modest seven-day enlargement, to and including April 23, 2007, of the due date for its reply because of travel plans and other schedule commitments that Chevron's counsel has during the April 5-16, 2007 period.

For the foregoing reasons, defendant's unopposed motion for an enlargement of time should be granted and the date for defendant's response to Chevron's motion to compel should be enlarged to April 5, 2007, and the date for Chevron's reply to defendant's response should be enlarged to April 23, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624
Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

MARCH 23, 2007