# In the United States Court of Federal Claims

No. 04-1365C
Filed: March 29, 2007

| | |
|---|---|
| CHEVRON U.S.A., INC., | |
| Plaintiff, | |
| v. | |
| THE UNITED STATES, | |
| Defendant. | |

## ORDER

Defendant's March 23, 2007 Unopposed Motion For an Enlargement of Time is, hereby, granted. Defendant will have an additional three days, through April 5, 2007, to respond to Plaintiff's March 15, 2007 Motion to Compel. Plaintiff will have until April 23, 2007 to file any Reply.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**