IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to RCFC 5.2(b)(1),[1/] defendant, the United States, respectfully requests leave of the Court to file "Defendant's Opposition to Plaintiff's Motion to Compel" dated April 5, 2007, which exceeds by 12 pages the 40-page limit specified by RCFC 5.2(b)(1).[2/] This brief contains the Government's response to "Chevron U.S.A. Inc.'s Motion to Compel" and related Memorandum dated March 15, 2007. Chevron's motion to compel and accompanying 39-page memorandum request that the Court adopt a novel procedure for the resolution of this discovery dispute with respect to privileged documents and raises novel applications of the so-called "government misconduct" exception to the deliberative process privilege and the crime-fraud exception to the attorney-client privilege and work- product doctrine. The Government has made a diligent effort to limit the length of our response to Chevron's motion. However, in order that we may have a fair opportunity to respond Chevron's arguments, including Chevron's discussion of and reliance

---

[1] Rule 5.2(b)(1) provides that, "[e]xcept by leave of the court on motion, a party's initial brief or memorandum shall not exceed 40 pages . . . ."

[2] In the interest of expediting the briefing and resolution of Chevron's motion to compel, we are filing simultaneously with this motion for leave "Defendant's Opposition to Plaintiff's Motion to Compel" dated April 5, 2007.

upon numerous decisions of courts other than the Court of Federal Claims or the Court of Appeals for the Federal Circuit, we need the additional 12 pages of space in our brief.

For the foregoing reasons, defendant's motion for leave to file "Defendant's Opposition to Plaintiff's Motion to Compel" dated April 5, 2007, a 52-page brief, should be granted and the brief should be accepted for filing.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

APRIL 5, 2007

CERTIFICATE OF FILING

I hereby certify that on this 5th day of APRIL, 2007, a copy of "DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 40 PAGES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske