# DEFENDANT'S APPENDIX

# INDEX TO DEFENDANT'S APPENDIX


| Document | Page |
| --- | --- |
| Letter dated February 28, 2007, from plaintiff's counsel to defendant's counsel .......... | 1 |
| Letter dated March 1, 2007, from defendant's counsel to plaintiff's counsel ............... | 3 |
| Document No. 13 on Government's privilege log (redacted version) ........................... | 4 |
| Document No. 27 on Government's privilege log (redacted version) ........................... | 8 |
| Document No. 28 on Government's privilege log (redacted version) .......................... | 13 |
| Document No. 1613 on Government's privilege log (redacted version) ...................... | 16 |
| Document No. 66 on Government's privilege log (redacted version) .......................... | 18 |
| Document No. 1777 on Government's privilege log (redacted version) ...................... | 19 |
| ASFE Administrative Order No. 96-01 (7/8/96) ("Protocol on Naval Petroleum Reserve Numbered 1 Equity Finalization Implementation Process") ............. | 21 |

JONES DAY

51 LOUISIANA AVENUE, N.W. • WASHINGTON, D.C. 20001-2113
TELEPHONE: 202-879-3939 • FACSIMILE: 202-626-1700

Direct Number: (202) 879-7622
ldrosenberg@jonesday.com

February 28, 2007

VIA FACSIMILE AND FIRST-CLASS MAIL

John E. Kosloske, Esq.
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 12052
Washington, DC 20005

Re: *Chevron U.S.A. Inc. v. United States*, No. 1:04cv1365

Dear John:

I write to follow up on your letter of February 26, 2007 and our communications from the past few days about certain drafts of the Equity Process Agreement. After a more thorough review of the documents that the Government has provided, it has become clear that we have received several fax cover sheets to Chevron personnel that indicate attached drafts of the Equity Process Agreement and for which there appear to be bates numbers that correspond to such drafts, but for which we have not in fact been provided with the drafts. Thus bates number COM00401754 is such a cover sheet, and we are missing pages 1755-1760 (draft of 5/13/97; 3:58 p.m.). Bates number COM00401761 is another such cover sheet, and we are missing pages 1762-1768 (draft of 5/13/97; 6:35 p.m). Bates number COM00401771 is another such cover sheet, and we are missing pages 1772-1777 (draft of 5/15/97; 12:20 p.m.). Bates number COM00401778 is another such cover sheet, and we are missing pages 1779-1792 (draft of 5/16/97) (the cover sheet indicates that both clean and redlined copies were attached). Bates number COM00300824 is another such cover sheet, and we are missing pages 0825-0838 (draft of 5/16/97) (again the cover sheet indicates that both clean and redlined copies were attached).

Since these drafts were exchanged with Chevron employees (including Cynthia Giumarra and outside counsel William Taft), there can be no basis to assert privilege over them. Moreover, since there is a missing bates range after each of the cover sheets, it would appear that the drafts have been located and marked. We ask that copies of these drafts be produced as soon as possible.



ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG
HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MUNICH • NEW DELHI • NEW YORK
PARIS • PITTSBURGH • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

Please contact me if you have any questions about this issue or if our suppositions about these missing drafts are in any way inaccurate.

Sincerely,

Lawrence D. Rosenberg

U.S. Department of Justice

Civil Division

JKosloske
DJ No. 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

Telephone: (202) 307-1438
Telecopy: (202) 514-8624

*Washington, D.C. 20530*

By Hand Delivery

March 1, 2007

Lawrence D. Rosenberg, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
(Tele: (202) 879-3939)

Re: Chevron U.S.A. Inc. v. United States,
No. 04-1365C (Fed. Cl.)

Dear Mr. Rosenberg:

This is in response to your February 28, 2007 letter. The pages of the documents that you state are "missing" appear on the CD "Defendant's Partial Document Production (February 16, 2007)" that was delivered to you on February 16, 2007. For your convenience, I am enclosing a hard copy of those documents.

Very truly yours,

JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch

Enclosures

477

1601 New Stine Road, Suite 240
Bakersfield, California 93309
661-283-5002
661-283-5089

**Department of Energy**
**Naval Reserves in California**

# Fax

| | | | |
|---|---|---|---|
| **To:** | DOE SOZ Equity Team | **From:** | Butch Gangle |
| **Fax:** | 661-283-5089 | **Pages:** | 3 Including Cover Sheet |
| **Phone:** | 661-283-5002 | **Date:** | 10/20/99 |
| **Re:** | EHEC Minutes – 1956 Objection | **CC:** | Mary Egger, Greg Thorpe, Alan Burzlaff |

☐ **Urgent** ☑ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

[redacted]

AIR MAIL

RECEIVED
APR 2 1956
Naval Petroleum Reserve No. 1
Tupman, California

Serial: 115

30 MAR 1956

Mr. J. E. Gosline
Standard Oil Company of California
225 Bush Street
San Francisco 20, California

Dear Mr. Gosline:

As you are aware, the minutes of the Engineering Committee do not reflect completely what transpires at each meeting. It appears that the "minutes" are merely a general statement of what subjects were discussed and the results. Evidently such a procedure has been satisfactory to your company. However, it is my thought that, for the sake of a proper record, more detailed minutes should be prepared. Such a detailed record will keep the parties to the UnitPlan Contract more fully informed on the engineering problems of the Unit Operation.

Accordingly, I have prepared a letter to the Chairman of the Engineering Committee requesting that a more detailed record of meetings be taken. It is deemed proper that such a request should come from both parties. Should you agree with this procedure and further agree with the contents of the attached letter, it is requested that you sign for your company, and forward the letter to the Chairman of the Engineering Committee.

Sincerely yours,

A. S. MILLER
Captain, U. S. Navy
Director, Naval Petroleum Reserves

Encl:
(1) Proposed ltr to Chairman, Elk Hills Engineering Committee

Blind Copy to:
INPRC w/copy of encl (1)

Date: _______________

Chairman
Elk Hills Engineering Committee
P. O. Box 77
Tupman, California

Dear Sir:

It has been the practice in the past for the Engineering Committee to submit brief "minutes" of Committee meetings to the participants to the Unit Plan Contract for the operation of the Elk Hills field. These "minutes" do not properly reflect the business conducted by the Committee nor do they provide an accurate record for future use. In addition, the participants are not fully informed by the minutes regarding the Engineering problems discussed at the meetings.

It is requested that a more accurate record be made when meetings are held. Such record should include the identity of members when introducing items on the agenda, the objections raised to recommendations, how members vote on issues, and a brief account of the general discussion that takes place regarding the business which comes before the Committee.

It is recognized that a complete transcription would produce a rather voluminous document. However, by exercising your prerogative as Chairman as to what discussion should be "on" or "off" the record, you can reduce the transcription to those items you believe would be of interest to the undersigned.

Any method you select for making the record outlined above is acceptable. However, it is suggested that a tape recorder would be of practical use and permit transcription at such time as to prevent delay during your meetings.

Very truly yours,

NAVY DEPARTMENT

By: A.S. MILLER
Captain, U. S. Navy
Director, Naval Petroleum Reserves

STANDARD OIL COMPANY OF CALIF.

By:

WESTERN OPERATING DIVISION
225 BUSH STREET · SAN FRANCISCO 20 · CALIFORNIA

April 17, 1956

PRODUCING DEPARTMENT
J. E. GOSLINE
GENERAL MANAGER

Captain A. S. Miller
Director, Naval Petroleum Reserves
Department of the Navy
Naval Petroleum Reserves
Washington 25, D. C.

Dear Captain Miller:

I am in receipt of your letter of March 30, 1956 and the enclosure thereto* with respect to the form and content of the minutes of the Engineering Committee which functions under the provisions of the Unit Plan Contract for Naval Petroleum Reserve #1.

As I see it, the point which you raised is essentially a matter of adequate communication between the Members of the Engineering Committee and their respective principals. We have handled the problem which you outlined by having the Senior Member of the Engineering Committee (usually the member from our San Francisco Office) prepare and forward to me with the minutes a brief discussion of the various highlights of the particular meeting. This together with the Staff Exhibits, which I understand are available to you, have provided us with what we consider adequate information. Therefore, in my opinion no particular benefit would accrue to the parties of the contract by expansion of the minutes of the Engineering Committee in the manner which you suggest. In fact, it is my feeling that a complete tape recording of the deliberations of the Committee, even though subsequently edited, would tend to stifle the free exchange of ideas in the Committee's deliberations on any particular engineering problem. It is my feeling that the present procedure encourages free discussions on the basis of sound engineering practices and in conformance with the responsibilities of the Committee as set forth in the contract.

I shall hold your letter addressed to the Chairman of the Engineering Committee in my files. If you desire to further discuss this matter, I shall be happy to do so at the time of your next trip to California.

Very truly yours,

J E Gosline

ENCLOSURE (1)



CBG0030626

SENT BY:DOE-NPRC ENGINEERING ;10- 3- 0 ; 7:07AM ; DOE NPRC→ 912025860325;# 1/ 4

Department of Energy
Naval Petroleum Reserve in California
1601 New Stine Road, Suite 240
P.O. Box 12041
Bakersfield, CA 93389-2041

DATE: 10/3/00

# FACSIMILE TRANSMITTAL SHEET

To: Mary Egger — GC-51 (Company/Location) — 202-586-0325 (FAX)

202-586-5246 (Phone)

From: Butch Gangle — DOE-NPRC (Company/Location) — 661-283-5089 (FAX)

661-283-5002 (Phone)

RE: STEVENS LETTER OF AGREEMENT ON 1980 INCLUSION

- [x] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply

[redacted]

[redacted]



Def. App. 11

*********************
*** RX REPORT ***
*********************

RECEPTION OK

| | |
|---|---|
| TX/RX NO | 9434 |
| CONNECTION TEL | |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 10/03 10:09 |
| USAGE T | 01'09 |
| PGS. | 4 |
| RESULT | OK |

Department of Energy
Naval Petroleum Reserve in California
1601 New Stine Road, Suite 240
P.O. Box 12041
Bakersfield, CA 93389-2041

DATE: 10/3/00

# FACSIMILE TRANSMITTAL SHEET

To: Mary Egger | GC-51 (Company/Location) | 202-586-0325 (FAX)

202-586-5246 (Phone)

From: Butch Gangle | DOE-NPRC (Company/Location) | 661-283-5089 (FAX)

661-283-5002 (Phone)

[redacted]

- [x] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply

[redacted]

10/03/00 TUE 10:22 FAX 001

*********************
*** RX REPORT ***
*********************

RECEPTION OK

| | |
|---|---|
| TX/RX NO | 9437 |
| CONNECTION TEL | |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 10/03 10:21 |
| USAGE T | 00'33 |
| PGS. | 2 |
| RESULT | OK |