# In the United States Court of Federal Claims

No. 04-1365C
Filed: April 9, 2007

```
***********************************
                                  *
CHEVRON U.S.A., INC.,             *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

Defendant's April 5, 2007 Motion For Leave to File Brief In Excess of 40 Pages is, hereby, granted.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**