**Electronically Filed on April 23, 2007**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, | ) | No. 1:04cv1365 |
| vs. | ) | Judge Susan G. Braden |
| UNITED STATES, Defendant. | ) | |

**CHEVRON U.S.A. INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF IN EXCESS OF 20 PAGES**

Pursuant to Rule 5.2(b)(2) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff Chevron U.S.A. Inc. respectfully requests leave of this Court to file its "Reply in Support of Motion to Compel," dated April 23, 2007, which exceeds by eight pages the 20-page limit established by RCFC 5.2(b)(2).[1] The Reply contains Chevron's response to the Government's April 5, 2007 Opposition to the motion to compel filed by Chevron on March 15, 2007. By leave of Court, the Government's Opposition exceeded the 40-page limit set by the Rules by 12 pages. Chevron has made a diligent effort to limit the length of its reply, but seeks a modest extension of the page limit in order to address fully the arguments made and authorities cited in the Government's Opposition.

For the foregoing reasons, Chevron's motion for leave to file its Reply in Support of Motion to Compel, a 28-page brief, should be granted and the reply brief accepted for filing.

[1] In the interest of expediting the briefing on Chevron's motion, the Reply in Support of Motion to Compel is being filed simultaneously with this motion.

Dated: April 23, 2007

Respectfully submitted,

/s/ Lawrence D. Rosenberg

Donald B. Ayer
Lawrence D. Rosenberg
*Counsel of Record*
Louis K. Fisher
Julia C. Ambrose
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Tel.: 202-879-3939
Fax: 202-626-1700

*Counsel for Chevron U.S.A. Inc.*