# In the United States Court of Federal Claims

No. 04-1365C
Filed: April 23, 2007

| | |
|---|---|
| CHEVRON U.S.A., INC., | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

## ORDER

Plaintiff's April 23, 2007 Motion For Leave to File Reply Brief In Excess of 20 Pages is, hereby, granted.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**