# EXHIBIT 1

IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 04-1365C
Filed May ____, 2007

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | **DRAFT** |
| Plaintiff, | ) | |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**REVISED PRETRIAL AND TRIAL SCHEDULE**

The Joint Motion to Modify Pretrial and Trial Schedule is hereby **GRANTED**. The court enters the following revised schedule:

1. **Bifurcation of Liability and Damages Proceedings**

The proceedings upon liability and damages, including discovery and trial, shall be bifurcated.

2. **Fact Discovery (Liability Issues)**

(a) The initial disclosures required by RCFC 26(a)(1)(A) & (B) shall be served on or before August 21, 2006.

(b) Interrogatories. Without leave of court, plaintiff and defendant each shall be limited to fifty (50) interrogatories (including all discrete subparts) and twenty-five (25) supplemental interrogatories pursuant to RCFC 33.

(c) Regarding Defendant's First Set of Interrogatories dated September 8, 2006, plaintiff shall provide complete responses to interrogatories to which plaintiff objected upon the ground that such interrogatories are premature, i.e., Interrogatories Nos. 4 through 18, within thirty (30) days of the date of defendant's responses to Plaintiff's First Request for Production of Documents dated September 22, 2006, and Plaintiff's First Set of Interrogatories dated September 22, 2006, or, if plaintiff contests any privilege claims in the log to be produced by defendant, within thirty (30) days of the date of any supplemental production by defendant of documents subject to privilege claims following the court's resolution of such claims, whichever is later.

(d) Requests for Admission. Without leave of court, plaintiff and defendant each shall be limited to fifty (50) requests for admission and twenty-five (25) supplemental requests for admission pursuant to RCFC 36.

(e) Depositions. Without leave of court, plaintiff and defendant each shall be limited to twenty-five (25) depositions of fact witnesses.

(f) Requests for production of documents, interrogatories, and requests for admission shall be *served* no later than July 16, 2007.

(g) All fact discovery, including, but not limited to, depositions of fact witnesses shall be *completed* on or before August 31, 2007.

3. **Expert Discovery (Liability Issues)**

(a) Designation of Experts. The parties shall identify each expert, as required by RCFC 26(a)(2)(A), and, for each expert, shall provide the expert's qualifications, the expert's field of expertise, and the subject matter of the expert's testimony on or before November 22, 2006.

(b) Reports. The disclosures of expert testimony required by RCFC 26(a)(2)(B) shall be made on or before August 3, 2007.

(c) Rebuttal Reports. The disclosure required by RCFC 26(a)(2)(C) of any evidence intended solely to contradict or rebut evidence on the same subject matter identified by plaintiff or defendant pursuant to RCFC 26(a)(2)(B) shall be made on or before August 24, 2007.

(d) Depositions of Experts. Depositions of any person(s) identified by plaintiff or defendant pursuant to RCFC 26(a)(2)(A) shall be completed on or before August 31, 2007.

4. **Dispositive Motions (Liability Only)**

Any motion(s) pursuant to RCFC 12 and/or 56 shall be filed on or before August 31, 2007.

5. **Meeting of Counsel**

Plaintiff's counsel and defendant's counsel shall meet to satisfy the requirements of Appendix A, ¶ 13, including the exchange of exhibit and witness lists, on or before September 7, 2007.

6. **Pretrial Submissions**

(a) Plaintiff and defendant shall file their pretrial memoranda with respect to liability issues, witness lists, exhibit lists, any motions to present substantive evidence by way of deposition testimony (other than as provided in Fed.R.Evid. 801(d)) pursuant to Appendix A, ¶¶ 14(a), 15(a), 15(b), and 16, and any other pretrial motions on or before October 5, 2007.

(b) Plaintiff and defendant shall file any responses to the documents and motions enumerated in subparagraph (a) on or before October 19, 2007.

7. **Pretrial Conference**

A pretrial conference will be held in Washington, D.C., at 2:00 p.m. on Monday, October 22, 2007.

8. **Trial of Liability**

A two-week trial of liability issues shall be held in Washington, D.C., beginning at 10:00 a.m. on Monday, October 29, 2007, and continuing through Friday, November 9, 2007.

**IT IS SO ORDERED.**

**SUSAN G. BRADEN**
**Judge**

# EXHIBIT 2

***Chevron USA, Inc. v. United States*, No. 04-1365C (Fed. Cl.)**

Redacted Attorney-Client Privilege and Work Product Entries
Selected From
Defendant's Master Privileged Documents Log, February 16, 2007

| | | | |
|---|---|---|---|
| 13 | 1094 | 1380 | 1667 |
| 27 | 1105 | 1384 | 1676 |
| 28 | 1108 | 1388 | 1677 |
| 66 | 1123 | 1389 | 1682 |
| 759 | 1134 | 1390 | 1686 |
| 782 | 1140 | 1401 | 1694 |
| 803 | 1142 | 1405 | 1695 |
| 843 | 1147 | 1406 | 1700 |
| 859 | 1170 | 1434 | 1705 |
| 889* | 1181 | 1445 | 1725 |
| 926 | 1184 | 1458 | 1736 |
| 931 | 1185 | 1460 | 1779 |
| 935 | 1187 | 1468 | 1809 |
| 952 | 1188 | 1503 | 1811 |
| 960 | 1192 | 1518 | 1813 |
| 966 | 1195 | 1524 | 1818 |
| 968 | 1210 | 1526 | 1819 |
| 970 | 1237 | 1528 | 1832 |
| 975 | 1239 | 1529 | 1833 |
| 976 | 1263 | 1530 | 1835 |
| 977 | 1270 | 1543 | 1842 |
| 978 | 1285 | 1549 | 1848 |
| 988 | 1286 | 1553 | 1849 |
| 989 | 1294 | 1557 | 1867 |
| 992 | 1299 | 1570 | 1873 |
| 993 | 1306 | 1574 | 1881 |
| 994 | 1325 | 1579 | 1894 |
| 996 | 1336 | 1583 | 1895 |
| 999 | 1344 | 1585 | 1897 |
| 1011 | 1347 | 1589 | 1899 |
| 1014 | 1356** | 1592 | 1902 |
| 1017 | 1359 | 1594 | 1905 |
| 1018 | 1367 | 1595 | 1919 |
| 1023 | 1370 | 1602*** | 1920 |
| 1042 | 1371 | 1624 | 2049 |
| 1057 | 1372 | 1626 | 2058 |
| 1059 | 1373 | 1627 | 2066 |
| 1078 | 1377 | 1640 | 2108 |
| 1092 | 1379 | 1666 | 2111 |

| | | | |
|---|---|---|---|
| 2130 | 3128 | 3791 | 3976 |
| 2132 | 3182 | 3792 | 3977 |
| 2142 | 3201 | 3794 | 4013 |
| 2151 | 3244 | 3797 | 4115 |
| 2152 | 3310 | 3810 | 4352 |
| 2169 | 3314 | 3811 | 4353 |
| 2178 | 3330 | 3829 | 4357 |
| 2193 | 3417 | 3843 | 4364 |
| 2265 | 3420 | 3844 | 4366 |
| 2292 | 3424 | 3886 | 4368 |
| 2319 | 3670 | 3928 | 4369 |
| 2320 | 3680 | 3929 | 4382 |
| 2323 | 3681 | 3930 | 4384 |
| 2327 | 3683 | 3933 | 4385 |
| 2340 | 3685 | 3942 | 4403 |
| 2341 | 3686 | 3943 | 4647 |
| 2351 | 3687 | 3953 | 4661 |
| 2352 | 3700 | 3960 | 4707 |
| 2356 | 3701 | 3962 | 4725 |
| 2391 | 3718 | 3965 | 4766 |
| 2398 | 3722 | 3966 | 4865 |
| 2682 | 3734 | 3968 | 4957 |
| 2711 | 3763 | 3969 | 4964 |
| 2852 | 3766 | 3971 | 4965 |
| 2994 | 3778 | 3973 | 5010 |
| 3069 | 3782 | 3974 | 5052 |
| 3120 | 3787 | 3975 | |

*This entry contains 691 pages of emails that appear to relate to a wide variety of different topics, and that are authored by and/or addressed to many different persons. Accordingly, Chevron has identified for review only the following redacted pages: CBG01101864-67; -1877; -1879-84; -1888; -1894; -1907-08; -1910; -1914; -1919-21; -1923; -1925-27; -1931-36; -1941-48; -1954-55; -1957-61; -1982-85; -2037; -2048; -2161-62; -2199-2201; -2208-09; -2218-19; -2221; -2234-36; -2258; -2272-75; -2483-90; -2493-94.

**This entry includes more than one document. Chevron requests review of the redacted material on pages CAS0021163-64 only.

***This entry contains 208 pages of emails that appear to relate to a wide variety of different topics, and that are authored by and/or addressed to many different persons. Accordingly, Chevron has identified for review only the following redacted pages: CBG01100272; -275; -283-84; -288-89; -367-68; -371-73; -388-91; -468; -471-72; -474; -479.

# EXHIBIT 3

***Chevron USA, Inc. v. United States*, No. 04-1365C (Fed. Cl.)**

Non-Redacted Attorney-Client Privilege and Work Product Entries
Selected From
Defendant's Master Privileged Documents Log, February 16, 2007

| | | | |
|---|---|---|---|
| 14 | 1006 | 1255 | 1565 |
| 20 | 1025 | 1312 | 1575 |
| 65 | 1027 | 1316 | 1580 |
| 202 | 1060 | 1317 | 1582 |
| 203 | 1071 | 1330 | 1586 |
| 262 | 1072 | 1337 | 1590 |
| 570 | 1073 | 1341 | 1593 |
| 626 | 1074 | 1342 | 1596 |
| 631 | 1075 | 1343 | 1625 |
| 634 | 1076 | 1345 | 1639 |
| 726 | 1077 | 1355 | 1681 |
| 727 | 1079 | 1397 | 1699 |
| 730 | 1080 | 1402 | 1717 |
| 733 | 1081 | 1431 | 1721 |
| 735 | 1082 | 1464 | 1723 |
| 737 | 1083 | 1470 | 1724 |
| 742 | 1084 | 1471 | 1727 |
| 744 | 1085 | 1472 | 1729 |
| 746 | 1086 | 1486 | 1745 |
| 747 | 1087 | 1487 | 1746 |
| 755 | 1090 | 1497 | 1808 |
| 757 | 1129 | 1505 | 1826 |
| 758 | 1131 | 1507 | 1830 |
| 760 | 1133 | 1508 | 1836 |
| 765 | 1143 | 1509 | 1839 |
| 770 | 1145 | 1512 | 1844 |
| 811 | 1154 | 1513 | 1864 |
| 933 | 1166 | 1525 | 1877 |
| 934 | 1167 | 1540 | 1884 |
| 937 | 1175 | 1550 | 1889 |
| 947 | 1180 | 1551 | 1898 |
| 953 | 1182 | 1552 | 1901 |
| 954 | 1183 | 1555 | 1933 |
| 963 | 1189 | 1556 | 1944 |
| 964 | 1241 | 1561 | 2104 |
| 987 | 1242 | 1562 | 2171 |
| 991 | 1243 | 1563 | 2184 |
| 1000 | 1248 | 1564 | 2195 |

| | | |
|---|---|---|
| 2196 | 2987 | 3961 |
| 2217 | 3126 | 3964 |
| 2236 | 3127 | 3970 |
| 2237 | 3129 | 3978 |
| 2238 | 3339 | 4347 |
| 2239 | 3364 | 4348 |
| 2240 | 3423 | 4349 |
| 2241 | 3461 | 4350 |
| 2242 | 3462 | 4354 |
| 2243 | 3512 | 4361 |
| 2258 | 3682 | 4378 |
| 2259 | 3688 | 4477 |
| 2260 | 3692 | 4589 |
| 2261 | 3694 | 4613 |
| 2266 | 3695 | 4614 |
| 2267 | 3696 | 4619 |
| 2268 | 3698 | 4636 |
| 2281 | 3699 | 4651 |
| 2285 | 3702 | 4652 |
| 2286 | 3703 | 4655 |
| 2287 | 3706 | 4656 |
| 2328 | 3709 | 4657 |
| 2339 | 3710 | 4658 |
| 2392 | 3713 | 4659 |
| 2526 | 3715 | 4660 |
| 2527 | 3767 | 4667 |
| 2530 | 3779 | 4675 |
| 2545 | 3780 | 4676 |
| 2609 | 3789 | 4681 |
| 2627 | 3801 | 4688 |
| 2730 | 3803 | 4689 |
| 2731 | 3812 | 4690 |
| 2732 | 3815 | 4718 |
| 2733 | 3819 | 4758 |
| 2734 | 3820 | 4760 |
| 2735 | 3836 | 4773 |
| 2736 | 3880 | 4779 |
| 2737 | 3932 | 4780 |
| 2738 | 3946 | 4806 |
| 2739 | 3950 | 4820 |
| 2740 | 3951 | 4826 |
| 2741 | 3954 | 5007 |
| 2742 | 3955 | 5017 |
| 2743 | 3956 | 5082 |
| 2883 | 3957 | 5095* |
| 2884 | 3959 | 5101* |

*Indicates entry is from Defendant's Supplemental Privileged Documents Log, dated March 1, 2007