IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT
OF RESPONSE TO THE COURT'S MAY 21, 2007 FILINGS

Defendant, the United States, respectfully requests leave of the Court to file "Defendant's Status Report of Response to the Court's May 21, 2007 Filings" dated May 25, 2007, a copy of which is appended to this application. This status report was initially was filed on May 24, 2007, as part of a motion for leave to file and presented to the Court during a telephone conference on that same day. Pursuant to the Court's instruction, we are refiling it here as an attachment to our application for leave to file.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 8012
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

May 25, 2007

CERTIFICATE OF SERVICE

I hereby certify that, on this 25th day of MAY, 2007, a copy of the foregoing "DEFENDANT'S MOTION FOR LEAVE TO FILE STATUS REPORT OF RESPONSE TO THE COURT'S MAY 21, 2007 FILINGS" and attachment were filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice