# In the United States Court of Federal Claims

No. 04-1365C
Filed: May 25, 2007

***********************************
CHEVRON U.S.A., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

Defendant's May 25, 2007 Motion For Leave to File Defendant's Status Report of Response to the Court's May 21, 2007 Filings is, hereby, granted.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**