# In the United States Court of Federal Claims

No. 04-1365C
Filed: June 14, 2007

************************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**ORDER**

The Government is hereby ordered to provide the court and Plaintiff with all employment performance evaluations or reviews for Mary Egger during her employment at the Department of Energy, including any awards, by June 28, 2007.

The documents produced by the Government should be filed under seal with the court. These documents are confidential and any documents filed by Plaintiff that include references or citations to these documents should be filed under seal.

For the reasons discussed in the June 14, 2007 telephone discovery conference, the Government's June 12, 2007 Motion for Clarification is denied.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**