# In the United States Court of Federal Claims

No. 04-1365C
Filed: July 3, 2007

| | |
|---|---|
| CHEVRON U.S.A., INC., Plaintiff, | * |
| v. | * |
| THE UNITED STATES, Defendant. | * |

## REVISED TRIAL SCHEDULE

The February 5, 2007 Scheduling Order is hereby revised as follows:

**Trial of Liability**

A trial of liability issues shall be held in Washington, D.C., during October 29-November 9, 2007, beginning at 10:00 a.m. on Monday, October 29, 2007.

The pretrial and trial schedule may be further amended as necessary.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**