# In the United States Court of Federal Claims

No. 04-1365C

Filed: July 19, 2007

************************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************

**SCHEDULING ORDER**

The February 5, 2007 Scheduling Order is hereby amended as follows:

Plaintiff will file a status report in response to Court Appendices Nos. 1-20 by July 24, 2007.

The Government will file a status report in response to Court Appendices Nos. 5-20, along with any briefing in support of its attorney-client or work product privilege designations by August 3, 2007.

The Government will file notice of those documents for which it formally asserts the deliberative process privilege, and any briefing in support of that designation, by September 4, 2007.

The parties will confer with respect to the selecting a new date for the trial on liability and provide the court with a proposed schedule by July 27, 2007. Because the court anticipates again moving the date of the trial on liability from its current schedule–October 29, 2007 through November 9, 2007–the Government's May 17, 2007 Motion to Vacate the trial schedule is denied, as moot.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**