IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Plaintiff, Chevron U.S.A. Inc., and defendant, the United States, respectfully submit the following status report:

The Court's July 19, 2007 Scheduling Order provides, among other things, that "[t]he parties will confer with respect to the selecting a new date for the trial on liability and provide the court with a proposed schedule by July 27, 2007." In light of the Court's request to identify December or January trial dates, both parties have diligently explored such dates and conferred regarding those dates; unfortunately, all such dates involve significant conflicts with central witnesses in the case. All such witnesses, however, appear to be available during February 4-15, 2008. Therefore, the parties propose that the trial be scheduled for February 4-15, 2008.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

s/Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tele: (202) 879-3939
(fax) (202) 626-1700

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

JULY 27, 2007

CERTIFICATE OF FILING

I hereby certify that on this 27th day of JULY, 2007, a copy of "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske