IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT IN RESPONSE TO COURT APPENDICES NOS. 5-20

Defendant, the United States, pursuant to the Court's July 19, 2007 Scheduling Order, respectfully files this Status Report in Response to Court Appendices Nos. 5-20. Court Appendices Nos. 5-19 provide the Court's preliminary assessment of our attorney-client and/or work-product privilege assertions over documents the Court has reviewed, *in camera*, at plaintiff's Chevron U.S.A. Inc.'s ("Chevron") request.[1] In this status report, we identify, for each Appendix, those documents where we agree with the Court's assessment that a document is not privileged and are withdrawing the assertion, those documents where we agree with the Court's assessment that the document is privileged and are maintaining that assertion, and those documents where we disagree with the Court's assessment that the document is not privileged and are maintaining our privilege assertions.[2] Where we agree in part and disagree in part with the Court's assessment of a document, we will provide Chevron with a redacted version (or newly redacted version) of the document, and have so indicated.

[1] Court Appendix No. 20 provides the Court's review of certain attachments to documents that were provided to the Court after its in camera review had already begun, and is described in more detail below.

[2] We are not asserting the deliberative process privilege over any document reviewed by the Court in Appendices Nos. 5-19. We are asserting the deliberative process privilege for certain attachments reviewed by the Court in its Appendix No. 20.

I. Appendix No. 5

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

20, 747, 755, 757, 758, 760, 770, 933, 934, 937

**Documents for Which the Court Agrees With Our Privilege Assertions**

726, 727, 730, 735, 737, 742, 744, 746, 767, 947, 963, 964, 987, 991, 1000

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

14, 626, 631, 634, 733, 953, 954

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

65, 202, 570, 626, 631, 634, 811, 953, 954

II. Appendix No. 6

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

1131, 1166, 1175

**Documents for Which the Court Agrees With Our Privilege Assertions**

1006,[3] 1129, 1143, 1167, 1180,[4] 1182, 1183, 1189, 1241, 1242, 1248

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

1025, 1027, 1071-77, 1079-87, 1090, 1133, 1145, 1154, 1243

---

[3] The Court found that this document was subject to the attorney-client privilege. We maintain our original work-product privilege assertion as well.

[4] The Court found that this document was subject to the attorney-client privilege. We maintain our original work-product privilege assertion as well.

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

1025, 1027, 1060, 1071-77, 1079-87, 1090, 1145, 1154, 1243

III. Appendix No. 7

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

1397, 1472, 1505, 1507, 1508, 1509, 1512, 1513

**Documents for Which the Court Agrees With Our Privilege Assertions**

1316, 1317, 1330, 1337, 1341, 1342, 1343, 1345, 1355, 1402, 1431[5], 1497, 1540, 1561

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

1255, 1312, 1555, 1562, 1563, 1564

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

1255, 1525, 1550, 1551, 1552, 1555, 1556, 1562, 1563, 1564

**Documents That We Are Re-Redacting**

1464, 1470, 1471, 1486, 1487

IV. Appendix No. 8

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

1580, 1625, 1717, 1836, 2104

**Documents for Which the Court Agrees With Our Privilege Assertions**

1681, 1723, 1724, 1729, 1746, 1826, 1830, 1839, 1844, 1864, 1877, 1901, 2171, 2184

[5] The privilege log entry for this document is incorrect. The document was not drafted by Mary Egger, but by the DOE HQ advisory team.

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

1565, 1575, 1582, 1586, 1593, 1596, 1699, 1721, 1727, 1884, 1889, 1898, 2195

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

1565, 1575, 1582, 1586, 1593, 1596, 1639, 1721, 1884, 1898, 1933, 1944

**Documents That We Are Re-Redacting**

1590, 1727, 1745, 1808

V. Appendix No. 9

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

2236, 2237, 2238, 2241

**Documents for Which the Court Agrees With Our Privilege Assertions**

2258, 2259, 2268, 2285, 2526, 2527, 2530, 2545, 2609, 2627

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

2196, 2260, 2261, 2266, 2267, 2392

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

2196, 2730-42, 2743

**Documents That We Are Re-Redacting**

2217, 2239, 2240, 2242, 2243, 2286, 2281, 2286, 2287, 2339

**Documents the Court has Identified as Not Relevant**

2883, 2884

VI. Appendix No. 10

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

3126, 3127, 3129, 3462, 3706, 3709, 3710, 3713, 3780, 3789, 3946, 3950, 3951, 3954, 3956, 3957, 3959, 3461, 3692

**Documents for Which the Court Agrees With Our Privilege Assertions**

2987, 3364, 3682, 3688, 3695, 3698, 3699, 3702, 3703, 3803, 3812, 3815, 3819, 3836, 3880, 270

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

3339, 3423, 3715, 3767, 3779, 3820

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

3339, 3512, 993

**Documents That We Are Re-Redacting**

3512, 3767, 3779, 3694, 3696, 3801, 3932

VII. Appendix No. 11

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

3961, 3964, 3970, 3978, 4477, 4589

**Documents for Which the Court Agrees With Our Privilege Assertions**

4779, 4780, 4806, 4820, 5007, 5017, 5095

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

4347, 4348, 4349, 4350, 4354, 4361, 4636, 4651, 4652, 4655, 4656, 4657, 4658, 4659, 4660, 4676, 4681, 4688, 4689, 4690, 4760, 4773, 4826, 5082

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

4347, 4348, 4349, 4350, 4354, 4361, 4378, 4613, 4614, 4619, 4636, 4651, 4652, 4655, 4656, 4657, 4658, 4659, 4660, 4667, 4675, 4676, 4681, 4688, 4689, 4690, 4718, 4758, 5082

**Documents That We Are Re-Redacting**

5101

VIII. Appendix No. 12

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

968

**Documents for Which the Court Agrees With Our Privilege Assertions**

994, 977, 989, 1042, 1094, 1105

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

27, 782, 976, 1108, 1123

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

27, 782, 952, 1108, 1123

**Documents That We Are Re-Redacting**

976

IX. Appendix No. 12 (Doc. No. 889 Only)[6]

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

1945-46, 1957, 1958, 2047-48

**Documents for Which the Court Agrees With Our Privilege Assertions**

1944, 2037, 2485, 2486

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

1848-49, 1851-53, 1856, 1877, 1879-84, 1888, 1894, 1910, 1914, 1941, 1942-43,

1943, 1982-83, 1983-84, 1984-85, 1985, 2221, 2258, 2272-73, 2484, 2487, 2488-89, 2489

X. Appendix No. 13

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

None

**Documents for Which the Court Agrees With Our Privilege Assertions**

1239, 1263, 1344, 1370, 1377, 1380

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

1142, 1170, 1237, 1286, 1294, 1372, 1373, 1384

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

1142, 1170, 1237, 1286, 1294, 1373, 1384

[6] Document no. 889 is a compilation of a large collection of emails. Chevron identified only certain specific emails within document no. 889 for review.

XI. Appendix No. 14

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

None

**Documents for Which the Court Agrees With Our Privilege Assertions**

1405, 1406, 1445, 1528, 1543

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

1390, 1458, 1524, 1526, 1529, 1530, 1553, 1574, 1589

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

1458, 1524, 1526, 1530, 1553, 1574, 1583, 1589

**Documents That We Are Re-Redacting**

1401

XII. Appendix No. 15

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

None

**Documents for Which the Court Agrees With Our Privilege Assertions**

1594, 1595, 1624, 1677, 1919, 1920

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

1666, 1682, 1725, 1881, 1894, 1897, 2049, 2058

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

1666, 1682, 1695, 1725, 1881, 1894, 1897, 2049

XIII. Appendix No. 15 (Doc. No. 1602 only)

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

None

**Documents for Which the Court Agrees With Our Privilege Assertions**

272, 284, 371, 372, 373, 479

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

275, 283, 288, 289, 367-68

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

275, 283, 288, 289, 367-68

XIV. Appendix No. 16

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

2320

**Documents for Which the Court Agrees With Our Privilege Assertions**

2178, 2193, 2682, 4366

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

2130, 2265, 2319, 2323, 2327, 2391, 2711, 3201, 4357, 4403

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

2130, 2265, 2319, 2327, 2391, 2711, 4351, 4403

**Documents That We Are Re-redacting**

2323, 2711, 3201

**Documents the Court has Identified as Not Relevant**

2132

XV. Appendix No. 17

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

1813, 3766, 3120, 3417

**Documents for Which the Court Agrees With Our Privilege Assertions**

935, 999, 1388, 1434, 1811, 1818, 1833, 1842, 2320, 3424, 3686

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

66, 1356, 1468, 1503, 1809, 1832, 1503, 1518, 1835, 1849, 2111, 2142, 2152, 2340, 2341, 2351, 2352, 2356

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

None.

**Documents That We Are Re-redacting**

3420, 1518, 1367, 1819

XVI. Appendix No. 18

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

None

**Documents for Which the Court Agrees With Our Privilege Assertions**

1018, 1092, 1134, 1140, 2398, 3069, 4957[7], 5010

[7] The Court agreed that this document was subject to the protections of the work-product doctrine. We maintain our assertion of the attorney-client privilege as well.

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

1899, 1902, 2398, 2994, 4661

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

2994

**Documents That We Are Re-Redacting**

1899, 1905, 2994

XVII. Appendix No. 19

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

931, 1557, 1626, 1627

**Documents for Which the Court Agrees With Our Privilege Assertions**

None

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

13, 978, 1057, 1549, 1579, 4382, 4384, 4385

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Work-Product Privilege Assertions**

1057, 1579, 4382, 4384, 4385

**Documents That We Are Re-Redacting**

978

XVIII. Appendix No. 20[8]

Attachments from Appendices 1-4

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

1119

**Documents for Which the Court Agrees With Our Privilege Assertions**

765, 809, 820

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Deliberative Process Privilege Assertions**

816 (over entire draft decision), 819 (over entire draft decision), 850

Attachments from Appendices 5-9

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

1472, 1505, 1507, 1550, 1551, 2392

**Documents for Which the Court Agrees With Our Privilege Assertions**

1472, 1486, 1507, 2286

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Attorney-Client Privilege Assertions**

1808

Attachments from Appendices 10-11

**Documents for Which We Withdraw Our Privilege Assertions Consistent with the Court's Assessments**

3126, 3426, 3709

---

[8] Court Appendix No. 20 provides the Court's review of attachments to documents reviewed by the Court in appendices 1-11. These attachments were not originally produced to the Court. The document numbers identified in Court Appendix No. 20 refer to the originally reviewed document to which the attachment attached.

**Documents for Which the Court Agrees With Our Privilege Assertions**

3801, 3946, 3954, 3956,

**Documents for Which We Disagree with the Court's Assessments and Maintain Our Deliberative Process Privilege Assertions**

3819, 3946, 3964, 3970, 3978

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

s/ Anuj Vohra________________
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 8012
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

August 3, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of August, 2007, a copy of the foregoing DEFENDANT'S STATUS REPORT IN RESPONSE TO COURT APPENDICES NOS. 5-20 was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Anuj Vohra
ANUJ VOHRA