# In the United States Court of Federal Claims

No. 04-1365C

Filed: August 6, 2007

*************************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************

**SCHEDULING ORDER**

Pursuant to the parties' request, the July 19, 2007 Scheduling Order is hereby amended as follows:

Plaintiff will file a response to Defendant's August 3, 2007 Memorandum of Law in support of its attorney-client and work product privilege designations by August 24, 2007. The Government will file a reply in accordance with the Rules of the United States Court of Federal Claims.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**