IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to RCFC 5.2(b)(1),[1] defendant, the United States, respectfully requests leave of the Court to file "Defendant's Motion For Summary Judgment" dated August 16, 2007, which exceeds by 11 pages the 40-page limit specified by RCFC 5.2(b)(1).[2] The Government's Motion for Summary Judgment raises six distinct legal issues and involves an ongoing dispute between the parties that extends back more than ten years. We have made a diligent effort to limit the length of our motion, but in order to adequately present our legal arguments on these various issues that could potentially dispose of this lawsuit in its entirety, we require the additional 11 pages in our brief.

For these reasons, the Government respectfully requests an order granting its motion for leave to file its August 16, 2007 "Motion for Summary Judgment," which exceeds the RCFC's page limit for filings by 11 pages.

---

[1] Rule 5.2(b)(1) provides that, "[e]xcept by leave of the court on motion, a party's initial brief or memorandum shall not exceed 40 pages . . . ."

[2] In the interest of expediting the briefing and resolution of our Motion for Summary Judgment, we are filing it simultaneously with this motion for leave. Because our Motion for Summary Judgment, inclusive of its appendix, exceeds 100 pages, we are filing it in traditional, hard-copy form, and not in electronic form, in accordance with the Court's September 27, 2006 Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

s/ John E. Kosloske by s/Donald E. Kinner
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

August 16, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of August, 2007, a copy of the foregoing DEFENDANT'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 40 PAGES was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Anuj Vohra
ANUJ VOHRA