# In the United States Court of Federal Claims

**04-1365C**

**Filed: August 17, 2007**

**CHEVRON U.S.A. INC.,**

**v.**

**THE UNITED STATES**

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**(together with a three volume appendix)**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.