# In the United States Court of Federal Claims

No. 04-1365C

Filed: August 28, 2007

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

## ORDER

The court grants Defendant's August 16, 2007 motion to exceed the page limitation of Rule 5.2 of the Rules of the United States Court of Federal Claims by 11 pages.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**