# In the United States Court of Federal Claims

No. 04-1365C

Filed: August 29, 2007

************************************

CHEVRON U.S.A., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************

## ORDER

On August 28, 2007, the court held a telephone conference regarding the Government's Second Motion to Dismiss, filed on August 16, 2007, and the Government's August 17, 2007 Motion for Summary Judgment. After hearing argument and the Government's representation that the court did not need to resolve either motion before adjudicating the Government's pending document privilege claims, briefing and further proceedings regarding these motions are stayed until the court issues a comprehensive interlocutory order regarding these claims. *See* 28 U.S.C. § 1292(d)(2).

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**