IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Defendant, the United States, respectfully requests an enlargement of time of seven days, to and including September 14, 2007, within which to file a reply to "Chevron's Response to Defendant's Memorandum of Law in Support of Its Attorney-Client and Work-Product Privilege Claims" dated August 24, 2007 ("Chevron's Response"). Defendant's reply to Chevron's Response presently is due on September 7, 2007.[1/] This is defendant's first request for an enlargement of time for this purpose. Chevron does not oppose this request for an enlargement of time.

This modest enlargement of time, to and including September 14, 2007, is needed in order that defendant's counsel may have sufficient time to prepare a reply to Chevron's Response. Hands on responsibility for implementing the process established by the Government for responding to the Court's tentative rulings, in connection with the Court's *in camera* review of documents on the Government's privileged documents log, has been assigned to Department of Justice attorney Anuj Vohra. As a result, Mr. Vohra has assumed the lead in the preparation of

[1] The Court's August 6, 2007 Scheduling Order amended its July 19, 2007 Scheduling Order so as to provide that "[p]laintiff will file a response to Defendant's August 3, 2007 Memorandum of Law in support of its attorney-client and work product privilege designation by August 24, 2007," and that "[t]he Government will file a reply in accordance with the Rules of the United States Court of Federal Claims."

the Government's briefs related to the claimed privileges. During the time since the filing of Chevron's Response and the present, Mr. Vohra has been required to devote a substantial amount of time to the preparation of the Government's "Memorandum of Law in Support of Its Deliberative-Process Privilege Claims" filed on September 4, 2007. During that period, Mr. Vohra also was required to prepare and file a dispositive motion in Aeolus Systems, LLC v. United States, No. 07-581C, a bid protest matter, and an informal appellate brief in Calderon v. Nicholson, No. 2007-7275 (Fed. Cir.).

For the foregoing reasons, defendant's unopposed motion for an enlargement of time should be granted and the time for filing defendant's reply to Chevron's Response should be enlarged by seven days to September 14, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

SEPTEMBER 4, 2007

CERTIFICATE OF FILING

I hereby certify that on this 4th day of September, 2007, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske