# In the United States Court of Federal Claims

No. 04-1365C
Filed September 5, 2007

| | |
|---|---|
| *********************************** | |
| | * |
| CHEVRON U.S.A., INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

The Defendant's September 4, 2007 Unopposed Motion for Enlargement of Time is hereby granted. Defendant shall have an enlargement of time of seven days, through September 14, 2007, within which to file Defendant's Reply to Chevron's Response to Defendant's Memorandum of Law in Support of Its Attorney-Client and Work-Product Privilege Claims dated August 24, 2007.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**