IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING DECLARATION

Defendant, the United States, respectfully files the "Declaration of Anuj Vohra" dated September 7, 2007, (Exhibit A to this Notice) in response to the direction of the Court in a note to counsel for plaintiff (Chevron U.S.A. Inc.) and the United States contained in a September 5, 2007 electronic mail message from Joseph Whitehead, the judge's law clerk, to counsel for the parties (Exhibit B to this Notice). The note from the Court acknowledged the Court's receipt of "Defendant's Memorandum of Law in Support of Its Deliberative-Process Privilege Claims" September 5, 2007, and the accompanying "Declaration of Eric J. Fygi" and stated:

> It was my understanding that once the appropriate official from [the Department of Energy] made a certification regarding documents asserted to be subject to the deliberative-process privilege that the Assistant Attorney General or his designee would make an independent assessment, before the [Government] asserted privilege for the court's adjudication. In the last such exercise, David Cohen conducted that review. Perhaps I have missed something, but it appears that the [Government] has decided not to follow that policy here, but has simply adopted Mr. Fygi's assessment in toto or conducted a rather cursory review over the holiday weekend. At any rate, before the [Government's] 9/4/07 Memorandum is deemed filed, the court expects a Declaration that such an independent assessment has been made and the name and title of the official who conducted that examination. Chevron's time to respond will not commence until that Declaration is received by the court.

The Declaration required by the Court to be filed as a condition of the Court's consideration of the Government's deliberative-process privilege claims is appended to this Notice at Exhibit A.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W., Room 8012
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

SEPTEMBER 7, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of SEPTEMBER, 2007, a copy of the foregoing "NOTICE OF FILING DECLARATION" and related exhibits were filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel