# EXHIBIT B

## Kosloske, John (CIV)

**From:** Joseph_Whitehead@ao.uscourts.gov
**Sent:** Wednesday, September 05, 2007 4:48 PM
**To:** ldrosenberg@jonesday.com; Kosloske, John (CIV)
**Cc:** Joseph_Whitehead@ao.uscourts.gov
**Subject:** Chevron (4-1365): Note from Judge Braden

Counsel,

Judge Braden wanted me to forward the note below to you. Thank you.

Joe Whitehead
Law Clerk for The Honorable Susan G. Braden
U.S. Court of Federal Claims
Phone: 202/357-6519 Fax: 202/357-6522

**This afternoon the court received a Memorandum from the Gov't asserting deliberative-process privilege for documents identified in Mr. Fygi's 8/31/07 Declaration. It was my understanding that once the appropriate official from DOE made a certification regarding documents asserted to be subject to the deliberative-process privilege that the Assistant Attorney General or his designee would make an independent assessment, before the Gov't asserted privilege for the court's adjudication. In the last such exercise, David Cohen conducted that review. Perhaps I have missed something, but it appears that the Gov't has decided not to follow that policy here, but has simply adopted Mr. Fygi's assessment in toto or conducted a rather cursory review over the holiday weekend. At any rate, before the Gov't's 9/4/07 Memorandum is deemed filed, the court expects a Declaration that such an independent assessment has been made and the name and title of the DOJ official who conducted that examination. Chevron's time to respond will not commence until that Declaration is received by the court.**

**- Judge Braden**