IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION TO CORRECT JUNE 14, 2007 TRANSCRIPT

Pursuant to the direction of the Court,[1/] counsel for plaintiff, Chevron U.S.A. Inc., and defendant, the United States, have conferred and identified the following errors contained in, and proposed corrections to, the transcript of the June 14, 2007 telephone conference between the Court and counsel for the parties prepared by Heritage Reporting Corporation:

| Page: Line | Error | Proposed Correction |
|---|---|---|
| 2: 13 | Lewis | Louis |
| 2: 14 | Freed | Fried |
| 3: 1 | Nether Lasool | Netherland Sewell |
| 3: 7 | Giamora | Giumarra |
| 3: 8 | late | place |
| 3: 24 | document | documents |
| 4: 1 | Edgar | Egger |
| 4: 4 | Tt | At |
| 5: 1 | Edgar | Egger |
| 5: 1 | Igena | Gena |
| 5: 6 | Tully Damner | Tony Dammer |
| 5: 8 | Smit | Smits |

[1] On August 6, 2007, the Court contacted counsel for the parties by electronic mail and directed that the parties prepare a corrected version of the June 14, 2007 transcript of a telephonic conference that is attached to the government's August 3, 2007 "Memorandum Of Law In Support Of Its Attorney-Client And Work-Product Privilege Claims" as Exhibit 8. (A copy of the Court's August 6, 2007 email is attached hereto as Exhibit A. A copy of the original June 14, 2007 transcript is attached hereto as Exhibit B). Pursuant to that direction, the parties have conferred and identified the following errors and proposed corrections for that transcript.

| Page: Line | Error | Proposed Correction |
|---|---|---|
| 5: 10 | Virgil | Burzlaff |
| 5: 11 | Cripowicks | Kripowicz |
| 5: 11 | Gerard | Jarrett |
| 5: 12 | Norv Cross | Nordhaus |
| 5: 14 | Leo Scrigaman | Lee Liberman Otis |
| 5: 19 | Edgar | Egger |
| 5: 20 | Rehnquist | Renwick |
| 5: 25 | Gregor | Breger |
| 6: 2, 6, 8, 12, 19 | Kosloske | Rosenberg |
| 6: 3 | Gregor | Breger |
| 6: 3 | Western | Catholic |
| 6: 5 | Dukes | Do |
| 8: 20 | compensated | contemplated |
| 9: 17 | decouple | decoupling |
| 11: 21 | privileged | privilege |
| 12: 23 | produce | product |
| 14: 4 | side | sides |
| 15: 17 | Edgar | Egger |
| 16: 25 | Nordhouse | Nordhaus |
| 16: 25 | Legerend | Lieberman |
| 17: 6 | Edgar | Egger |
| 18: 3-4 | the parties caused the case and we've | with respect, the Court should let the parties try the case. We've |
| 18: 9 | receive | received |
| 20: 22 | Edgar | Egger |

The parties respectfully request that the Court direct Heritage Reporting Corporation, the entity responsible for the preparation of the original June 14, 2007 transcript, to prepare a corrected transcript of that telephone conference which reflects the changes enumerated above.[2]

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

---

[2] It is the Government's understanding that Heritage Reporting Corporation may not alter a previously-prepared transcript of a Court of Federal Claims proceeding without a court order directing it to do so.

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

s/Lawrence D. Rosenberg
LAWRENCE D. ROSENBERG
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Tele: (202) 879-3939
(fax) (202) 626-1700

Attorney for Plaintiff

s/John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

September 7, 2007

CERTIFICATE OF FILING

I hereby certify that on this 7th day of September, 2007, a copy of "JOINT MOTION TO CORRECT JUNE 14, 2007 TRANSCRIPT" and related exhibits were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske