# EXHIBIT A

## /o=USDOJ/ou=CIVIL/cn=Recipients/cn=Mailboxes/cn=avohra

**From:** Matthew_Spengler@ao.uscourts.gov
**Sent:** Monday, August 06, 2007 6:07 PM
**To:** Kosloske, John (CIV); ldrosenberg@JonesDay.com
**Cc:** Vohra, Anuj (CIV); Ohta, Leslie (CIV)
**Subject:** Fw: Chevron

Below are comments from Judge Braden regarding the Government's August 3, 2007 Memorandum of Law.

Matthew Spengler

Law Clerk for The Honorable Susan G. Braden
U.S. Court of Federal Claims
Phone: 202/357-6519 Fax: 202/357-6522

----- Forwarded by Matthew Spengler/DCA/CFC/USCOURTS on 08/06/2007 06:01 PM -----

**Susan Braden/DCA/CFC/USCOURTS**
**(Fed Cl Judge)**

08/06/2007 05:57 PM

To Matthew Spengler/DCA/CFC/USCOURTS@USCOURTS
cc
Subject Chevron

I reviewed the Government's August 3, 2007 Memo this afternoon and have two comments for you to share with the parties.

First, Exhibit 8 is a transcript of a 6/15/07 digital recording of a conference call that contains numerous errors--for example, at page 5, I sincerely doubt that plaintiff designated Rehnquist or Roberts as potential deponents-- and the person speaking at page 6 was Mr. Rosenberg--not Mr. Kosloske. If the Government wants to use the transcript, it needs to be accurate. A good place to start is to have the parties review Mr. Rosenberg's letter dated December 6 and compare the names to those in the transcript. There are numerous name/spelling errors. I would suggest that the Gov't work with Plaintiff's counsel to produce a corrected transcript in its entirety--not just errata pages. I would like to review the parties view of the transcript before it is finalized by the reporter, in the event I see any errors in my statements. I will allow the Government to substitute a corrected version, but Exhibit 8, as it is far from an accurate transcript.

Second, I understand the Gov't's request regarding the work-product assertions listed on page 15, but on page 21, the Gov't lists other documents that seem to request the same consideration (some, but not all, are listed on page 15). In addition, the documents on page 15 are not in order. This makes it very confusing for me to be certain that I have a comprehensive ruling. As for the attorney-client assertions, the same problem is presented on page 24-25, top of page 27 ( where some documents are listed on 24, but others are not). May I suggest that rather than having the Gov't redo their memo, that the Government submit a Supplement to Clarify, listing in numerical order two comprehensive lists that separately state those documents for which they continue to assert W/P and A/C privilege. No argument, just 2 comprehensive lists. That way, the Plaintiff can decide which ones they still want, before I rule.

Please forward tonight.