# In the United States Court of Federal Claims

No. 04-1365
Filed September 10, 2007

| | |
|---|---|
| ************************************ | |
| | * |
| CHEVRON U.S.A., INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| ************************************ | |

**ORDER**

On August 6, 2007 the court contacted the parties regarding errors in the transcription of a June 14, 2007 hearing and instructed to the parties to submit joint corrections. Accordingly, the court orders all changes identified in the September 7, 2007 Joint Motion to Correct June 14, 2007 Transcript to be made.

**IT IS SO ORDERED.**

**s/Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**