IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, v. THE UNITED STATES, Defendant. | ) ) ) ) ) ) ) ) ) | No. 04-1365 (Judge Braden) |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW VOLUME I OF THE APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO RE-FILE VOLUME I OF THE APPENDIX WITH PORTIONS OF IT FILED UNDER SEAL

Defendant, the United States, respectfully requests leave of the Court to withdraw Volume I of the Appendix to "Defendant's Motion for Summary Judgment," filed on August 16, 2007, and to re-file Volume I of the Appendix with the materials at Tabs B, D, and E of Volume I of the Appendix filed under seal. A proposed Order is appended hereto. Plaintiff does not oppose this motion.

Volume I of the Appendix to Defendant's Motion for Summary Judgment contains the declaration of Gregory B. Thorpe, an attorney with the law firm of O'Melveny & Myers, L.L.P. ("OMM"), which was retained by the United States Department of Energy ("DOE") to assist in issues related to the disposition of the United States' interests in Naval Petroleum Reserve Numbered 1 ("Elk Hills"). Mr. Thorpe's declaration refers to the contracts between OMM with DOE for legal services relating to Elk Hills and certain modifications to those contracts, copies of which appear at Tabs B, C, D, and E of Volume I of the Appendix to the Defendant's Motion for Summary Judgment. Certain pages of Tabs B, D, and E include confidential billing information for OMM attorneys and staff working on behalf of DOE that is subject to the Court's January 22, 2007 "Protective Order Regarding Discovery Of Confidential Information Contained In

Documents Relating To O'Melveny & Myers LLP."[1] As such, those pages should have been filed under seal pursuant to that protective order. The Government inadvertently did not do so when it originally filed its Motion for Summary Judgment and we seek to correct that error now.

To correct its error, the Government requests that it be permitted to withdraw Volume I of the Appendix to "Defendant's Motion for Summary Judgment" filed on August 16, 2007, and to re-file Volume I of the Appendix with the materials at Tabs B, D, and E of Volume I filed under seal, in accordance with ¶ 5 of the Court's January 22, 2007 Protective Order.

For the foregoing reasons, defendant's unopposed motion should be granted and the Court should allow defendant to withdraw Volume I of the Appendix to "Defendant's Motion for Summary Judgment" filed on August 16, 2007, and to re-file Volume I of the Appendix with the materials at Tabs B, D, and E of Volume I of the Appendix filed under seal.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

[1] Those pages containing OMM's confidential billing information are as follows: Tab B - 42, 43, 45, 56; Tab D - 83, 85, 86, 87, 89, 90, 91; Tab E - 126, 127, 129. Pursuant to paragraph 1 of the Court's January 22, 2007 Protective Order, those pages were stamped "CONFIDENTIAL" (but for Tab D, page 86, which was not stamped).

| | |
|---|---|
| | /s/ John E. Kosloske |
| OF COUNSEL: | JOHN E. KOSLOSKE |
| | Senior Trial Counsel |
| PAUL T. MICHAEL | LESLIE OHTA |
| ADA L. MITRANI | ANUJ VOHRA |
| Trial Attorneys | Trial Attorneys |
| Office of General Counsel | Commercial Litigation Branch |
| Department of Energy | Department of Justice |
| Washington, D.C. | 1100 L Street, N.W., Room 8012 |
| | Washington, D.C. 20530 |
| October 17, 2007 | Attorneys for Defendant |

CERTIFICATE OF FILING

I hereby certify that on this 17th day of October, 2007, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO WITHDRAW VOLUME I OF THE APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND TO RE-FILE VOLUME I OF THE APPENDIX WITH PORTIONS OF IT FILED UNDER SEAL" and related proposed Order were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske