IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT LEAVE TO WITHDRAW VOLUME I OF APPENDIX TO MOTION FOR SUMMARY JUDGMENT AND TO RE-FILE VOLUME I WITH PORTIONS OF VOLUME I FILED UNDER SEAL**

Defendant's October 17, 2007 "Unopposed Motion for Leave to Withdraw Volume I of the Appendix to Defendant's Motion for Summary Judgment and to Re-File Volume I of the Appendix with Portions of it Filed under Seal" is, hereby, GRANTED. Accordingly, defendant shall withdraw the previously-filed Volume I of the Appendix to Defendant's Motion for Summary Judgment and re-file Volume I of the Appendix with the materials at Tabs B, D, and E, which contain confidential material subject to the Court's January 22, 2007 Protective Order, filed under seal.

**IT IS SO ORDERED**.

SUSAN G. BRADEN
Judge