# In the United States Court of Federal Claims

No. 04-1365C
Filed October 18, 2006

*************************************
CHEVRON U.S.A., INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
*************************************

**ORDER**

On October 17, 2007, the court held a telephone conference regarding the Government's October 10, 2007 Motion *In Limine*. After hearing argument from counsel, the court has determined that briefing and further proceedings regarding this motion is stayed until the court issues a comprehensive interlocutory order regarding the Government's pending document privilege claims. *See* 28 U.S.C. § 1292(d)(2).

Additionally, the Government's October 17, 2007 Unopposed Motion for Leave to Withdraw Volume I of the Appendix to Government's Motion for Summary Judgment and to Re-File Volume I of the Appendix with Portions of it Filed under Seal is granted. Accordingly, the Government shall withdraw the previously-filed Volume I of the Appendix to Defendant's Motion for Summary Judgment and re-file Volume I of the Appendix with the materials at Tabs B, D, and E, which contain confidential material subject to the Court's January 22, 2007 Protective Order, filed under seal.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**