IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE PROTECTIVE ORDERS GOVERNING ACCESS TO CONFIDENTIAL BUSINESS INFORMATION OF SI INTERNATIONAL AND NETHERLAND, SEWELL AND ASSOCIATES

Defendant, the United States, respectfully requests an order modifying the October 17, 2006, November 2, 2006, and February 12, 2007 Protective Orders (collectively, the "protective orders") to allow the law firm of O'Melveny & Myers LLP ("OMM") access to the materials subject to the protection of those orders. The protective orders govern the parties' access to the confidential business information of SI International Engineering, Inc. ("SI International") and Netherland, Sewell & Associates, Inc. ("NSAI"). Plaintiff, Chevron U.S.A. Inc. ("Chevron") does not oppose the Government's motion. Nor does SI International or NSAI object to the requested modification of the protective orders. A copy of the Government's proposed order is appended hereto.

OMM was retained by the United States Department of Energy ("DOE") to provide legal services to DOE with respect to matters related to the disposition of the United States' interests in Naval Petroleum Reserve Numbered 1 ("Elk Hills"). In that capacity, OMM attorneys are currently assisting DOE on Chevron's appeal to the DOE Office of Hearings and Appeals ("OHA") concerning the Assistant Secretary for Fossil Energy's February 27, 2007 decision finalizing equity participation percentages for the Stevens Zone. As such, OMM has requested

access to all of the documents produced in this action in case any such documents prove to be relevant to any issues raised by Chevron before OHA. The confidential business information of SI International and NSAI is amongst the materials that have been produced in this litigation, but is subject to the protective orders, and, therefore, the Government cannot currently provide that material to OMM.

For the foregoing reasons, defendant respectfully requests that its unopposed motion be granted and that the Court adopt the proposed order appended hereto modifying the October 17, 2006, November 2, 2006, and February 12, 2007 protective orders to allow OMM access to the material subject to their protection.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W., Room 8012
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

November 26, 2007

CERTIFICATE OF FILING

I hereby certify that on this 26st day of November, 2007, a copy of "DEFENDANT'S UNOPPOSED MOTION TO EXPAND THE SCOPE OF PROTECTIVE ORDERS GOVERNING ACCESS TO CONFIDENTIAL BUSINESS INFORMATION OF SI INTERNATIONAL AND NETHERLAND, SEWELL AND ASSOCIATES" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ John E. Kosloske