IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant's November 14, 2007 "Unopposed Motion To Modify The Protective Orders Governing Access To Confidential Business Information Of SI International and Netherland, Sewell And Associates" is **GRANTED**. Accordingly, the Court's Protective Orders dated October 17, 2006, November 2, 2006, and February 12, 2007 are modified to allow O'Melveny & Myers, LLP access to material subject to those protective orders for the purpose of representing the United States Department of Energy during any proceedings concerning Chevron U.S.A. Inc.'s, appeal of the Assistant Secretary for Fossil Energy's February 27, 2007 decision finalizing equity participation percentages for the Stevens Zone, Naval Petroleum Reserve No. 1 ("Elk Hills"), to the United States Department of Energy's Office of Hearings and Appeals. This order grants O'Melveny & Myers LLP access to the material subject to the protected orders for the purpose stated herein, but does not modify any of the provisions of those protective orders with regards to the disclosure and use of such material.

**IT IS SO ORDERED**.

SUSAN G. BRADEN
Judge