IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S FILING IN RESPONSE TO THE
COURT'S DECEMBER 19, 2007 REQUEST

Defendant, the United States, respectfully submits this filing in response to the Court's request in a December 19, 2007 telephonic conference with the parties for a listing of the corresponding bates-numbers for each document we identified in "Defendant's Supplement To Clarify Its August 3, 2007 Memorandum Of Law In Support Of Its Attorney-Client And Work-Product Privilege Claims" ("Defendant's Supplement"), dated August 8, 2007. A copy of Defendant's Supplement is attached hereto as Exhibit A. A listing of the corresponding bates-numbers for the documents identified at page 2 of Defendant's Supplement, over which we maintain our work-product privilege assertions, is attached hereto as Exhibit B. A listing of the corresponding bates-numbers for the documents identified at page 3 of Defendant's Supplement, over which we maintain our attorney-client privilege assertions, is attached hereto as Exhibit C. The document identification numbers in our August 8, 2007 Supplement are taken from our February 16, 2007 Privileged Documents Log.

As to the concern the Court raised in today's telephonic conference, regarding the propriety of the Government's assertion of privilege over documents already in Chevron's possession and/or part of the "public domain," we respectfully refer the Court to the arguments in

"Defendant's Memorandum Of Law In Support Of Its Attorney-Client And Work-Product Privilege Claims," dated August 3, 2007, at pp. 17-21, and "Defendant's Reply In Support Of Its Attorney-Client And Work-Product Privilege Claims," dated September 14, 2007, at pp. 13-16.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner by Martin F. Hockey, Jr.
DONALD E. KINNER
Assistant Director

s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

December 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of December, 2007, a copy of the foregoing "Defendant's Filing In Response To The Court's December 19, 2007 Request" was filed electronically. I understand notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

s/ John E. Kosloske