**EXHIBIT B**

DEFENDANT'S AUGUST 8, 2007 SUPPLEMENT:
DOCUMENTS IDENTIFIED AT PAGE 2 AND CORRESPONDING BATES RANGE

Documents Over Which We Maintain Our Work-Product Privilege Assertions

| ID | Bates Range |
|---|---|
| 13 | CBG003 0623-0626 |
| 27 | CME022 2210-2214 |
| 65 | CME009 0447-0447 |
| 202 | CME016 2590-2596 |
| 570 | CBG002 0371-0373 |
| 626 | CBG002 0883-0886 |
| 631 | COM006 0009-0014 |
| 634 | COM006 2479-2484 |
| 782 | CME011 2240-2254 |
| 811 | CME011 1924-2003 |
| 889 (1848-1849) | CBG011 1848-1849 |
| 889 (1851-1853) | CBG011 1851-1853 |
| 889 (1856) | CBG011 1856-1856 |
| 889 (1877) | CBG011 1877-1877 |
| 889 (1879-1884) | CBG011 1879-1884 |
| 889 (1888) | CBG011 1888-1888 |
| 889 (1894) | CBG011 1894-1894 |
| 889 (1910) | CBG011 1910-1910 |
| 889 (1914) | CBG011 1914-1914 |
| 889 (1941) | CBG011 1941-1941 |
| 889 (1942) | CBG011 1942-1942 |
| 889 (1943) | CBG011 1943-1943 |
| 889 (1982-1983) | CBG011 1982-1983 |
| 889 (1983-1984) | CBG011 1983-1984 |
| 889 (1985) | CBG011 1985-1985 |
| 889 (1984-1985) | CBG011 1984-1985 |
| 889 (2221) | CBG011 2221-2221 |
| 889 (2258) | CBG011 2258-2258 |
| 889 (2272-2273) | CBG011 2272-2273 |
| 889 (2484) | CBG011 2484-2484 |
| 889 (2487) | CBG011 2487-2487 |
| 889 (2488) | CBG011 2488-2488 |
| 889 (2489) | CBG011 2489-2489 |
| 952 | CAS005 1280-1288 |
| 953 | CBG003 0663-0679 |
| 954 | CME003 1668-1678 |
| 978 | CBG003 0307-0331 |
| 993 | CDE003 7511-7511 |
| 1025 | CBG003 0773-0773 |
| 1027 | CSI004 0954-0954 |
| 1057 | CBG004 0120-0135 |
| 1060 | CSI004 0938-0953 |
| 1071 | CME013 0191-0191 |
| 1072 | CME013 0192-0192 |
| 1073 | CME013 0193-0193 |
| 1074 | CME013 0194-0194 |
| 1075 | CME013 0195-0195 |
| 1076 | CME013 0196-0196 |
| 1077 | CME013 0224-0224 |

DEFENDANT'S AUGUST 8, 2007 SUPPLEMENT:
DOCUMENTS IDENTIFIED AT PAGE 2 AND CORRESPONDING BATES RANGE

Documents Over Which We Maintain Our Work-Product Privilege Assertions

| ID | Bates Range |
|---|---|
| 1079 | CME013 0226-0226 |
| 1080 | CME013 0227-0227 |
| 1081 | CME013 0228-0228 |
| 1082 | CME013 0229-0229 |
| 1083 | CME013 0230-0230 |
| 1084 | CME013 0231-0231 |
| 1085 | CME013 0232-0232 |
| 1086 | CME013 0233-0233 |
| 1087 | CME013 0234-0234 |
| 1090 | CME013 2115-2136 |
| 1108 | CSI004 0687-0688 |
| 1123 | CDE003 4102-4103 |
| 1142 | CDE003 9304-9304 |
| 1145 | CBG009 0669-0683 |
| 1154 | CBG004 0073-0086 |
| 1170 | CBG012 8431-8431 |
| 1237 | CDE003 7577-7578 |
| 1243 | CSI003 1233-1234 |
| 1255 | CSI004 0686-0686 |
| 1286 | CDE003 12417-12417 |
| 1294 | CME011 2352-2356 |
| 1372 | CBG003 1080-1081 |
| 1373 | CDE003 4407-4408 |
| 1384 | CDE003 4416-4418 |
| 1458 | CDE003 7147-7148 |
| 1524 | CDE003 3219-3219 |
| 1525 | CDE003 3556-3556 |
| 1526 | CDE003 7909-7910 |
| 1530 | CME013 1270-1271 |
| 1550 | COM002 1289-1289 |
| 1551 | COM002 1293-1293 |
| 1552 | CSI006 0187-0189 |
| 1553 | CDE003 2715-2716 |
| 1555 | CBG003 0994-0994 |
| 1556 | CSI006 0190-0193 |
| 1562 | CBG003 0584-0592 |
| 1563 | CBG003 0986-0993 |
| 1564 | CSI002 0534-0541 |
| 1565 | CSI003 1082-1089 |
| 1574 | CME014 0797-0797 |
| 1575 | CME011 2064-2069 |
| 1579 | CME014 1120-1136 |
| 1582 | CME011 2050-2054 |
| 1583 | CDE003 7529-7530 |
| 1586 | CSI002 0020-0022 |
| 1589 | CDE003 9382-9382 |
| 1593 | CSI002 0411-0416 |
| 1596 | CME011 2034-2039 |
| 1602 (0275) | CBG011 0275-0275 |

DEFENDANT'S AUGUST 8, 2007 SUPPLEMENT:

DOCUMENTS IDENTIFIED AT PAGE 2 AND CORRESPONDING BATES RANGE

Documents Over Which We Maintain Our Work-Product Privilege Assertions

| ID | Bates Range |
|---|---|
| 1602 (0283) | CBG011 0283-0283 |
| 1602 (0288) | CBG011 0288-0288 |
| 1602 (0289) | CBG011 0289-0289 |
| 1602 (0367-0368) | CBG011 0367-0368 |
| 1639 | CME008 0116-0116 |
| 1666 | CDE003 7731-7732 |
| 1682 | CDE003 7246-7248 |
| 1695 | CDE003 7455-7456 |
| 1721 | CSI004 1053-1063 |
| 1725 | CBG004 0611-0616 |
| 1881 | CME013 0526-0534 |
| 1884 | CSI004 1074-1082 |
| 1897 | CME022 2218-2219 |
| 1898 | CSI004 1005-1009 |
| 1933 | CBG006 0071-0074 |
| 1944 | CBG005 1457-1458 |
| 2049 | CSI004 0966-0966 |
| 2130 | CDE003 4468-4469 |
| 2195 | CBG012 4105-4121 |
| 2196 | CME013 0346-0363 |
| 2265 | CDE003 4342-4344 |
| 2319 | CDE003 7651-7652 |
| 2327 | CDE003 4247-4248 |
| 2391 | CDE003 1506-1506 |
| 2711 | CBG007 1194-1195 |
| 2730 | CBG012 5240-5242 |
| 2731 | CBG012 5243-5253 |
| 2732 | CBG012 5254-5264 |
| 2733 | CBG012 5265-5280 |
| 2734 | CBG012 5281-5296 |
| 2735 | CBG012 5297-5301 |
| 2736 | CBG012 5302-5320 |
| 2737 | CBG012 5321-5356 |
| 2738 | CBG012 5357-5366 |
| 2739 | CBG012 5367-5384 |
| 2740 | CBG012 5391-5402 |
| 2741 | CBG012 5403-5413 |
| 2742 | CBG012 5414-5423 |
| 2743 | CBG012 5443-5446 |
| 2994 | CBG009 0075-0120 |
| 3339 | CDE001 4606-4607 |
| 3512 | CBG010 0036-0037 |
| 4347 | CBG012 7547-7550 |
| 4348 | CBG012 7551-7556 |
| 4349 | CBG012 7557-7563 |
| 4350 | CBG012 7564-7567 |
| 4351 | CBG012 7967-7968 |
| 4354 | CBG012 8123-8127 |
| 4357 | CBG012 8215-8215 |

DEFENDANT'S AUGUST 8, 2007 SUPPLEMENT:
DOCUMENTS IDENTIFIED AT PAGE 2 AND CORRESPONDING BATES RANGE

Documents Over Which We Maintain Our Work-Product Privilege Assertions

| ID | Bates Range |
|---|---|
| 4361 | CBG012 8415-8422 |
| 4378 | CBG013 1067-1073 |
| 4382 | CBG013 1639-1639 |
| 4384 | CBG013 1696-1696 |
| 4385 | CBG013 1710-1710 |
| 4403 | CBG013 8732-8732 |
| 4613 | CBG012 5424-5430 |
| 4614 | CBG012 5431-5437 |
| 4619 | CBG012 6148-6151 |
| 4636 | CBG012 8148-8150 |
| 4651 | CBG012 12291-12293 |
| 4652 | CBG012 12294-12314 |
| 4655 | CBG012 13293-13301 |
| 4656 | CBG012 13302-13308 |
| 4657 | CBG012 13309-13316 |
| 4658 | CBG012 13317-13327 |
| 4659 | CBG012 13328-13330 |
| 4660 | CBG012 13331-13337 |
| 4667 | CBG012 13409-13413 |
| 4675 | CBG012 13568-13577 |
| 4676 | CBG012 13578-13587 |
| 4681 | CBG012 13621-13627 |
| 4688 | CBG012 13682-13685 |
| 4689 | CBG012 13686-13688 |
| 4690 | CBG012 13689-13708 |
| 4718 | CBG013 8654-8671 |
| 4758 | CDE001 0048-0052 |
| 4760 | CDE001 0080-0080 |
| 5082 | CSI004 0077-0078 |