# EXHIBIT C

DEFENDANT'S AUGUST 8, 2007 SUPPLEMENT:
DOCUMENTS IDENTIFIED AT PAGE 3 AND CORRESPONDING BATES RANGE

Documents Over Which We Maintain Our Attorney-Client Privilege Assertions

| ID | Bates Range |
|---|---|
| 13 | CBG003 0623-0626 |
| 14 | CBG003 0611-0622 |
| 27 | CME022 2210-2214 |
| 66 | CAS002 0835-0835 |
| 262 | CBG005 0817-0823 |
| 626 | CBG002 0883-0886 |
| 631 | COM006 0009-0014 |
| 634 | COM006 2479-2484 |
| 733 | CBG011 0917-0937 |
| 782 | CME011 2240-2254 |
| 953 | CBG003 0663-0679 |
| 954 | CME003 1668-1678 |
| 968 | CBG003 0153-0154 |
| 976 | CBG003 0289-0297 |
| 978 | CBG003 0307-0331 |
| 993 | CDE003 7511-7511 |
| 1000 | CBG003 0780-0781 |
| 1025 | CBG003 0773-0773 |
| 1027 | CSI004 0954-0954 |
| 1057 | CBG004 0120-0135 |
| 1071 | CME013 0191-0191 |
| 1072 | CME013 0192-0192 |
| 1073 | CME013 0193-0193 |
| 1074 | CME013 0194-0194 |
| 1075 | CME013 0195-0195 |
| 1076 | CME013 0196-0196 |
| 1077 | CME013 0224-0224 |
| 1079 | CME013 0226-0226 |
| 1080 | CME013 0227-0227 |
| 1081 | CME013 0228-0228 |
| 1082 | CME013 0229-0229 |
| 1083 | CME013 0230-0230 |
| 1084 | CME013 0231-0231 |
| 1085 | CME013 0232-0232 |
| 1086 | CME013 0233-0233 |
| 1087 | CME013 0234-0234 |
| 1088 | CAS002 1260-1261 |
| 1089 | CLC001 4589-4590 |
| 1090 | CME013 2115-2136 |
| 1108 | CSI004 0687-0688 |
| 1123 | CDE003 4102-4103 |
| 1133 | CBG004 0087-0114 |
| 1142 | CDE003 9304-9304 |
| 1145 | CBG009 0669-0683 |
| 1154 | CBG004 0073-0086 |
| 1170 | CBG012 8431-8431 |
| 1237 | CDE003 7577-7578 |
| 1243 | CSI003 1233-1234 |
| 1255 | CSI004 0686-0686 |

DEFENDANT'S AUGUST 8, 2007 SUPPLEMENT:
DOCUMENTS IDENTIFIED AT PAGE 3 AND CORRESPONDING BATES RANGE

Documents Over Which We Maintain Our Attorney-Client Privilege Assertions

| ID | Bates Range |
|---|---|
| 1286 | CDE003 12417-12417 |
| 1294 | CME011 2352-2356 |
| 1312 | CBG006 1001-1005 |
| 1356 | CAS002 1161-1165 |
| 1372 | CBG003 1080-1081 |
| 1373 | CDE003 4407-4408 |
| 1384 | CDE003 4416-4418 |
| 1390 | CME016 2657-2663 |
| 1458 | CDE003 7147-7148 |
| 1468 | CDE013 10261-10262 |
| 1503 | CDE013 8311-8311 |
| 1518 | CDE013 32928-32928 |
| 1524 | CDE003 3219-3219 |
| 1525 | CDE003 3556-3556 |
| 1526 | CDE003 7909-7910 |
| 1529 | CME011 2058-2063 |
| 1530 | CME013 1270-1271 |
| 1549 | CME011 0834-0837 |
| 1553 | CDE003 2715-2716 |
| 1555 | CBG003 0994-0994 |
| 1562 | CBG003 0584-0592 |
| 1563 | CBG003 0986-0993 |
| 1564 | CSI002 0534-0541 |
| 1565 | CSI003 1082-1089 |
| 1574 | CME014 0797-0797 |
| 1575 | CME011 2064-2069 |
| 1579 | CME014 1120-1136 |
| 1582 | CME011 2050-2054 |
| 1586 | CSI002 0020-0022 |
| 1589 | CDE003 9382-9382 |
| 1593 | CSI002 0411-0416 |
| 1596 | CME011 2034-2039 |
| 1602 (0275) | CBG011 0275-0275 |
| 1602 (0283) | CBG011 0283-0283 |
| 1602 (0288) | CBG011 0288-0288 |
| 1602 (0289) | CBG011 0289-0289 |
| 1602 (0367-0368) | CBG011 0367-0368 |
| 1666 | CDE003 7731-7732 |
| 1682 | CDE003 7246-7248 |
| 1699 | CBG005 0314-0320 |
| 1721 | CSI004 1053-1063 |
| 1725 | CBG004 0611-0616 |
| 1727 | CBG004 0577-0585 |
| 1808 | CDE013 32934-32934 |
| 1808 (Attachment) | CLC001 02287-02287 |
| 1809 | CLC001 2286-2287 |
| 1826 | CAS005 1713-1713 |
| 1832 | CLC001 2253-2253 |
| 1835 | CDE013 32854-32854 |

DEFENDANT'S AUGUST 8, 2007 SUPPLEMENT:
DOCUMENTS IDENTIFIED AT PAGE 3 AND CORRESPONDING BATES RANGE

Documents Over Which We Maintain Our Attorney-Client Privilege Assertions

| ID | Bates Range |
|---|---|
| 1849 | CDE013 8259-8261 |
| 1881 | CME013 0526-0534 |
| 1884 | CSI004 1074-1082 |
| 1889 | CBG005 1006-1010 |
| 1894 | CME011 2746-2748 |
| 1897 | CME022 2218-2219 |
| 1898 | CSI004 1005-1009 |
| 1899 | CAS005 0027-0028 |
| 1902 | CAS005 1674-1675 |
| 1905 | CAS003 0967-0968 |
| 2049 | CSI004 0966-0966 |
| 2058 | CDE013 8443-8443 |
| 2111 | CAS005 0046-0046 |
| 2130 | CDE003 4468-4469 |
| 2142 | CME013 0315-0315 |
| 2152 | CFO001 1154-1155 |
| 2195 | CBG012 4105-4121 |
| 2196 | CME013 0346-0363 |
| 2260 | CDE007 7900-7900 |
| 2261 | CDE007 17648-17648 |
| 2265 | CDE003 4342-4344 |
| 2266 | CDE007 7729-7729 |
| 2267 | CDE007 7730-7730 |
| 2319 | CDE003 7651-7652 |
| 2323 | CAS005 1158-1158 |
| 2327 | CDE003 4247-4248 |
| 2340 | CDE009 1079-1079 |
| 2341 | CDE009 1308-1308 |
| 2351 | CDE007 1696-1696 |
| 2352 | CDE007 1697-1697 |
| 2356 | CDE007 1930-1930 |
| 2391 | CDE003 1506-1506 |
| 2392 | CDE007 6371-6371 |
| 2398 | CDE007 6780-6781 |
| 4347 | CBG012 7547-7550 |
| 4348 | CBG012 7551-7556 |
| 4349 | CBG012 7557-7563 |
| 4350 | CBG012 7564-7567 |
| 4354 | CBG012 8123-8127 |
| 4357 | CBG012 8215-8215 |
| 4361 | CBG012 8415-8422 |
| 4382 | CBG013 1639-1639 |
| 4384 | CBG013 1696-1696 |
| 4385 | CBG013 1710-1710 |
| 4403 | CBG013 8732-8732 |
| 4636 | CBG012 8148-8150 |
| 4651 | CBG012 12291-12293 |
| 4652 | CBG012 12294-12314 |
| 4655 | CBG012 13293-13301 |

DEFENDANT'S AUGUST 8, 2007 SUPPLEMENT:
DOCUMENTS IDENTIFIED AT PAGE 3 AND CORRESPONDING BATES RANGE

Documents Over Which We Maintain Our Attorney-Client Privilege Assertions

| ID | Bates Range |
|---|---|
| 4656 | CBG012 13302-13308 |
| 4657 | CBG012 13309-13316 |
| 4658 | CBG012 13317-13327 |
| 4659 | CBG012 13328-13330 |
| 4660 | CBG012 13331-13337 |
| 4661 | CBG012 13371-13371 |
| 4676 | CBG012 13578-13587 |
| 4681 | CBG012 13621-13627 |
| 4688 | CBG012 13682-13685 |
| 4689 | CBG012 13686-13688 |
| 4690 | CBG012 13689-13708 |
| 4773 | CDE001 4464-4464 |
| 2711 | CBG007 1194-1195 |
| 2993 | CDE009 1305-1305 |
| 2994 | CBG009 0075-0120 |
| 3201 | CME016 0838-0840 |
| 3339 | CDE001 4606-4607 |
| 3423 | CDE003 1627-1627 |
| 3715 | CDE001 1444-1444 |
| 3767 | CDE007 6758-6759 |
| 3779 | CDE007 6986-6987 |
| 3820 | CDE001 0395-0395 |
| 4826 | CDE006 1719-1720 |
| 5082 | CSI004 0077-0078 |