# In the United States Court of Federal Claims

No. 04-1365C
Filed January 29, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| CHEVRON U.S.A., INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**SCHEDULING ORDER**

The court's July 30, 2007 Scheduling Order is superceded and the February 4-15, 2008 trial is postponed until a future date to be determined by the court.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**