# In the United States Court of Federal Claims

No. 04-1365C
Filed February 13, 2008

```
***********************************
                                  *
CHEVRON U.S.A., INC.,             *
                                  *
        Plaintiff,                *
                                  *
v.                                *
                                  *
THE UNITED STATES,                *
                                  *
        Defendant.                *
                                  *
***********************************
```

**ORDER**

On February 13, 2008, the court held a telephone status conference where counsel represented that they did not oppose deferring ruling on the Government's February 1, 2008 Motion to Compel. Therefore, further proceedings regarding the Government's February 1, 2008 Motion to Compel are stayed, until the court issues a scheduling order regarding pending motions and briefing.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**