# EXHIBIT A

367

DATE: 5/19/98

U.S. Department of Energy
Naval Petroleum Reserve in California
1601 New Stine Road, Suite 240
Bakersfield, CA 93309

# FACSIMILE (FAX) TRANSMITTAL SHEET

TO: Mary H. Egger, GC-61 Phone: (202) 586-2440

Location: Headquarters FAX: (202) 586-0325

FROM: Wayne Kaufman ~~O. Jay Williams,~~ FE-65 Phone: (805) 283-5005

Location: NPRC FAX: (805) 283-5003

Total Number of Pages, Including Cover Sheet: 2

[redacted]

 368

Department of Energy
Naval Petroleum Reserve in California
1601 New Stine Road, Suite 240
P.O. Box 12041
Bakersfield, CA 93389-2041

MAY - 6 1998

Mr. Don Romine
Occidental of Elk Hills
28950 Highway 119
P.O. Box 10001
Tupman, CA 93276

Dear Mr. Romine:

The U.S. Department of Energy requests digital copies of the log values from the 1989 SSI study report titled "31S Structure Stevens Reservoir Description." This report presents a detailed petrophysical analysis and geological model of the 31S Structure reservoirs. Please provide to us, on a Jazz drive, a copy of SSI's digital files of normalized, corrected input data and output curves. These data are needed by the IPE on the Stevens equity finalization. If you have any questions, please do not hesitate to contact either Butch Gangle or Jim Murphy of my staff at (805) 283-5000.

Sincerely,

O. Jay Williams
Director
Naval Petroleum Reserves
in California

cc:
Brian Casey, Oxy
Harley Pinson, Oxy
Sharon Cash, Oxy