# EXHIBIT C

1601 New Stine Road, Suite 190
Bakersfield, California 93309

**Department of Energy**
**Naval Reserves in California**

# Fax

| | | | |
|---|---|---|---|
| **To:** | DOE Equity Team | **From:** | Butch Gangle |
| **Fax:** | 661-283-5089 | **Pages:** | 3 Including Cover Sheet |
| **Phone:** | 661-283-5002 | **Date:** | 10/20/99 |
| **Re:** | Carneros EHEC Record Dated 6/9/76 | **CC:** | Mary Egger, Greg Thorpe, Alan Burzlaff |

☐ **Urgent** ☑ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

[redacted]

# ADDENDUM AND MODIFICATION OF RESERVOIR ENGINEERING AND CORRELATION SUBCOMMITTEES REPORT ON 29R CARNEROS ZONE

June 9, 1976

## Introduction

At the 117th Elk Hills Engineering Committee Meeting, the Reservoir Engineering and Correlation Subcommittees submitted a report on the 29R Carneros Zone. As requested by the Engineering Committee, Estimated Limiting Line of Commercial Productivity and hydrocarbons originally in place have been changed to include only lands within the Unit boundaries of NPR #1. Also, as requested, the Subcommittees have determined the weighted acre feet and reserves for the 29R Carneros based upon data available as of February 1, 1976.

## Estimated Limiting Line of Commercial Productivity

The attached map, Exhibit 1, shows the Estimated Limiting Line of Commercial Productivity based upon data available as of February 1, 1976.

## Commercially Productive Weighted Acre Feet

Table 4 of the February, 1976, report has been modified to include only pay within the Estimated Limiting Line of Commercial Productivity as shown on Exhibit 1 of this report. Data available at this time do not warrant weighting factors for determining relative recoveries from different portions of the reservoir. Therefore, the total acre feet determined by volumetric methods equals the commercially productive weighted acre feet.

## Reserves

Due to the fact that the pressure in the Elk Hills Carneros has already declined approximately 500 psi, probably due to production from nearby fields, there is no significant production history for the Elk Hills Carneros, and the aquifer extent and activity is unknown, precise reservoir calculations are not warranted at this time. Based upon engineering judgment and experience, a recovery factor of 75% of the original gas in place was assigned. Condensate recovery is estimated to be 50 barrels per MMSCF. Accordingly, reserves are estimated to be:

| | 1st Carneros | 2nd Carneros |
|---|---|---|
| Gas Reserves | 27.4 ($10^6$ MSCF) | 63.1 ($10^6$ MSCF) |
| Condensate | 1,370,000 Bbls. | 3,155,000 Bbls. |

M. D. Fishburn
M. D. FISHBURN

W. H. FAIRFIELD

L. E. Eyraud
L. E. EYRAUD

K. L. Shepherd
K. L. SHEPHERD

Attachments

TABLE 4
(Modified from February, 1976, Report)

SUMMARY OF ORIGINAL GAS IN PLACE CALCULATION

CARNEROS ZONE - ELK HILLS

| | | 1st Carneros | 2nd Carneros |
|---|---|---|---|
| 1. | Weighted Acre Feet | 40,700 | 87,300 |
| 2. | Porosity % | 16.2 | 16.5 |
| 3. | Water Saturation % | 44 | 41 |
| 4. | Bg, SCF/RCF | 227 | 227 |
| 5. | Original Gas In Place MCF/AF | 897 | 963 |
| 6. | Original Gas In Place $10^6$ MCF | 36.5 | 84.1 |

********************
*** RX REPORT ***
********************

RECEPTION OK

| | |
|---|---|
| TX/RX NO | 8666 |
| CONNECTION TEL | |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 10/20 19:26 |
| USAGE T | 00'52 |
| PGS. | 3 |
| RESULT | OK |