IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT AND MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COURT'S JANUARY 31, 2008 ORDER

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests that this Court allow it an additional 21 days, to and including April 8, 2008, within which to notify the Court of the Government's intent regarding certification of the Court's January 31, 2008 "Memorandum Opinion and Orders Regarding Privilege Assertions Made By The United States" ("Order"). Pursuant to the Court's Order, we are to indicate the Government's views as to whether we intend to request certification of the Order for interlocutory appeal on or before March 18, 2008.[1] We request this modest enlargement of time so that we may adequately respond to this specific direction in the Court's Order. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that plaintiff intends to oppose the Government's request.

This request is necessary because the Department of Justice attorneys assigned to this matter have recommended that the Government seek interlocutory appeal of certain legal issues

[1] The Court's Order also requires that on March 18, 2008, if the Government decides not to request certification, that it produce those documents withheld on the basis of privilege. We request that the deadline to produce those documents also be enlarged by 21 days for the reasons set forth herein.

upon which the Court ruled in its Order. After obtaining the concurrence of the United States Department of Energy that interlocutory appeal should be pursued, that recommendation has been extensively reviewed within the Department of Justice's Civil Division. Following approval by the Department of Justice's Civil Appellate Division, the Deputy Assistant Attorney General and the Assistant Attorney General, our recommendation has been forwarded for the consideration of the Department of Justice's Office of the Solicitor General. The Solicitor General's Office is aware of the Order's March 18, 2008 deadline, but has represented that it is unable to complete its review of our recommendation within that time frame, and has specifically requested an additional 21 days in which to do so. Until the Solicitor General's Office completes its review, we are simply unable to represent the Government's position with regards to certification of the Court's Order, and therefore will be unable to do so on March 18, 2008.

For the foregoing reasons, defendant respectfully requests that the Court grant its motion for an enlargement of time of 21 days, to and including April 8, 2008, in which to notify the Court's of the Government's intent to request certification of the Order for interlocutory appeal.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ John E. Kosloske by Anuj Vohra
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W., Room 8012
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

March 13, 2008

CERTIFICATE OF FILING

I hereby certify that on March 13, 2008, a copy of the foregoing "Defendant's Status Report And Motion For Enlargement Of Time To Respond To The Court's January 31, 2008 Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra