**Filed Electronically on March 17, 2008**

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:04cv1365 |
| vs. | ) | |
| | ) | Judge Susan G. Braden |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**CHEVRON'S RESPONSE TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COURT'S JANUARY 31, 2008 ORDER**

Plaintiff Chevron U.S.A. Inc. ("Chevron") hereby responds to the Government's motion for an additional three weeks, beyond the nearly seven weeks already provided by the Court, to decide whether to seek interlocutory review of the Court's January 31, 2008 privilege decision. While Chevron does not wish to unduly burden the Office of the Solicitor General in its review of these issues, Chevron submits that the Government has not adequately justified its apparent delay in presenting a recommendation to the Solicitor General. Absent such justification, Chevron requests that the Government's motion for three additional weeks be denied.

The Court's January 31, 2008 order gives the Government until March 18, 2008 – nearly seven weeks – to advise whether an interlocutory appeal will be sought. This generous time period is consistent with the Court's prior accommodations of the Government's schedule with respect to the privilege issues. The documents at issue are responsive to discovery demands propounded by Chevron in September 2006 – more than eighteen months ago. The Government took more than four months just to produce an initial privilege log. Furthermore, after the Court provided tentative rulings on a document-by-document basis, the Government took several more months to respond to those rulings.

Now, only three business days before the deadline, the Government advises that it is "simply unable" to comply with the Court's order within the nearly seven weeks already provided. But the Government provides no justification for this inability. It appears that an appeal recommendation was not made to the Solicitor General until just last week, and it is unclear why it took the Civil Division more than five weeks to make that recommendation. At the very least, the Government should have anticipated its current predicament and requested relief before putting itself in the position of being "simply unable" to comply with an order of this Court. Without some evidence to the contrary, Chevron believes that the amount of time already provided by the Court should have been more than adequate for the Government to comply.

As the Court is aware, virtually nothing further can happen in this case until the privilege issues are finally resolved. Chevron seeks to complete discovery and proceed to trial as soon as possible. Accordingly, Chevron is opposed to further time extensions resulting from the Government's apparent lack of urgency in complying with the Court's orders.

**CONCLUSION**

Because the Government has not adequately justified its request for an additional three weeks to respond to the January 31, 2008 order, its motion for a three-week extension of time should be denied.

Dated: March 17, 2008

Respectfully submitted,

/s/ Lawrence D. Rosenberg
Donald B. Ayer
Lawrence D. Rosenberg
*Counsel of Record*
Michael S. Fried
Louis K. Fisher
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
Tel.: 202-879-3939
Fax: 202-626-1700

*Counsel for Chevron U.S.A. Inc.*