# In the United States Court of Federal Claims

No. 04-1365C
Filed March 18, 2008

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

The Government's March 13, 2008 Motion For An Enlargement Of Time To Respond To The Court's January 31, 2008 Order is granted. The Government will respond to the Memorandum Opinion and Orders Regarding Privilege Assertions Made By The United States on or before April 8, 2008.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**