ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

FILED
MAR 28 2008
U.S. COURT OF FEDERAL CLAIMS

NOTICE OF APPEAL

Notice is hereby given that defendant, the United States, appeals to the United States Court of Appeals for the Federal Circuit from this Court's January 31, 2008 "Memorandum Opinion And Orders Regarding Privilege Assertions Made By The United States" ("Memorandum Opinion and Orders") and its "Final Order Regarding Documents The Government Asserts Are Subject To The Attorney-Client Privilege," "Final Order Regarding Documents The Government Asserts Are Subject To The Work Product Privilege," and "Final Order Regarding Documents The Government Asserts Are Subject To The Deliberative Process Privilege" (collectively "Final Orders"). The Final Orders were filed under seal on January 31, 2008. A copy of the published Memorandum Opinion and Orders is attached to this Notice of Appeal.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

DONALD E. KINNER
Assistant Director

John Kosloske

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

March 28, 2008

Attorneys for Defendant