# EXHIBIT B

FILED
MAY 29 2007
U.S. COURT OF FEDERAL CLAIMS

# UNITED STATES COURT OF FEDERAL CLAIMS

CHEVRON,
Plaintiff,
v.
UNITED STATES,
Defendant.

Docket No.: 04-1365

Live Tape

(The following transcript was transcribed from a digital recording provided by the U.S. Court of Federal Claims to Heritage Reporting Corporation on May 25, 2007.)

Pages: 1 through 23

Place: Washington, D.C.

Date: May 24, 2007

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHEVRON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>Defendant. | Docket No.: 04-1365 |

Suite 702
National Courts Building
717 Madison Place NW
Washington, D.C.

Thursday,
May 24, 2007

Live Tape

(The following transcript was transcribed from a digital recording provided by the U.S. Court of Federal Claims to Heritage Reporting Corporation on May 25, 2007.)

BEFORE: HONORABLE SUSAN G. BRADEN
Judge

APPEARANCES:

For the Plaintiff:

LAWRENCE DAVID ROSENBERG, Esquire
DON AYER
MIKE FREED
DEBBIE CLAYMAN

For the Defendant:

JOHN EDGAR KOSLOSKE, Esquire
ANUJ VOHRA
DONALD KENNER
U.S. Department of Justice

P R O C E E D I N G S

(4:33 p.m.)

THE CLERK: Good afternoon. This is Matt Spengler, Judge Braden's law clerk. Sorry for interrupting. I'm here with Judge Braden, and we'd like to go ahead and get started. If I could have or if we could have each party introduce themselves, each person on the call introduce themselves and the name of the party they represent.

MR. ROSENBERG: It's Lawrence Rosenberg for Plaintiff Chevron here.

MR. AYER: And this Don Ayer, Mike Freed, and Debbie Clayman in Washington for Chevron as well.

MR. KOSLOSKE: This is John Kosloske with the Department of Justice. With me is Anuj Vohra. That's A-N-U-J, V-O-H-R-A, and Donald Kenner.

THE COURT: Good afternoon. It's Judge Braden. You should now have one, two, and three of my appendices. Is that correct?

MR. ROSENBERG: Yes.

MR. KOSLOSKE: We do.

THE COURT: Okay. And I'm working on the fourth now and I'm going to finish it tonight. So that's everything that I was asked to do by the Plaintiff on the deliberative process stuff to date in

But I've tried to give you enough signals about the ones that I really feel may well be privileged. But I think I'm going to do a balancing test, and I'm not sure where I'll come out until I get that done.

MR. ROSENBERG: Right.

THE COURT: But I may decide to order production or I may decide not to order production. In either event, I've set it up for both of you then to seek appellate review. Perhaps even on those, it would narrow the scope of what the Appellate Court might have to do if they want to. They may decide to look at what I've done and say it looks likes she's been thorough to us.

MR. ROSENBERG: Right.

THE COURT: And we're just going to leave it be and we'll deal with it at the end of the trial. But at least I've set it up to protect the government as much as I can.

MR. ROSENBERG: All right. Well, that makes sense. That sort of answers the question I had I think.

THE COURT: I mean, it's like anything else in all of this. I mean, this is an art form. I mean, I've got my little cheat sheet of all the elements for