# EXHIBIT C

# UNITED STATES
# COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHEVRON USA, | ) |
| Plaintiff, | ) |
| v. | ) Docket No. 04-1365C |
| UNITED STATES, | ) |
| Defendant. | ) |

Live Tape

(The following transcript was transcribed from a digital recording provided by the United States Court of Federal Claims to Heritage Reporting Corporation on August 29, 2007.)

Pages: 1 through 27

Place: Washington, D.C.

Date: August 28, 2007

**HERITAGE REPORTING CORPORATION**
*Official Reporters*
1220 L Street, N.W., Suite 600
Washington, D.C. 20005-4018
(202) 628-4888
hrc@concentric.net

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| CHEVRON USA, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 04-1365C |
| | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

Live Tape

(The following transcript was transcribed from a digital recording provided by the United States Court of Federal Claims to Heritage Reporting Corporation on August 29, 2007.)

The parties met, pursuant to the notice of the Court, at 4:30 p.m.

BEFORE: HON. SUSAN G. BRADEN
Judge

APPEARANCES:

For the Plaintiff:

LAWRENCE DAVID ROSENBERG, Esquire
LEWIS FISHER, Esquire
MICHAEL FREED, Esquire

For the Defendant:

JOHN EDGAR KOSLOSKE, Esquire
ANUJ VOHRA, Esquire
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Washington, D.C. 20530
(202) 353-0521

P R O C E E D I N G S

(4:30 p.m.)

THE CLERK: Good afternoon. This is Joe Whitehead, Judge Braden's law clerk. I am here with the Judge. If we can go ahead and get started and have each person state their name and the party they represent. The conference call is being digitally recorded.

Go ahead.

MR. ROSENBERG: This is Lawrence Rosenberg of Jones Day for Plaintiff Chevron. Joining me are: Don Ayer and Lewis Fisher.

MR. KOSLOSKE: This is John Kosloske with the Department of Justice. With me is Anuj Vohra, also with the Department of Justice.

THE COURT: All right. Hi, this is Judge Braden. I gather that the Plaintiffs asked for a telephone conference?

MR. ROSENBERG: Yes, Your Honor. We're somewhat perplexed as to how to deal with the government's motions; and, at the very least wanted to talk about a briefing schedule.

THE COURT: Okay.

MR. ROSENBERG: As I think we've communicated previously, we believe that despositive

THE COURT: Right. Well, you had explained to me that if I didn't do that what you wanted to do was mandamus me.

I believe that's in the transcript some place, and that's something I don't think we're going to give you the opportunity to do.

I don't know what the Solicitor General has to say about this one way or the other.

MR. KOSLOSKE: The government has to request the Court to certify that.

THE COURT: Right.

MR. KOSLOSKE: In order to do so, it needs the approval of the SG.

THE COURT: Right. But if you're not planning to do that, then it would seem to me -- I want to put you in a position where you're not going to be able to do a mandamus, do you see?

I'm not going to give you that opportunity. I'm going to be the one to put this issue forward to the Federal Circuit.

If the Justice Department decides that it's an institutional matter; that they want to go ahead and proceed with the discovery, and, pursuant to whatever order I issue, then that's where we go, okay?

MR. KOSLOSKE: I understand the Court's