# In the United States Court of Federal Claims

No. 04-1365C
Filed: April 28, 2008

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**ORDER**

Pursuant to Rule of the Court of Federal Claims 59(b), the court requests a Response to the Government's February 13, 2008 Motion for Reconsideration on or before May 19, 2008.

**IT IS SO ORDERED**.

**s/ Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**