# DEFENDANT'S SUPPLEMENTAL APPENDIX

NOV 13 1987
USA-WD/OK
FILED
NOV 13 1987
ROBERT D. DENNIS
CLERK, U. S. DISTRICT COURT
BY ________ DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Oklahoma City, Oklahoma

Date November 12, 1987

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No. CIV-83-1805-P

KEN MAR ASSOCIATES, LTD., et al.,

Defendants.

TO ROBERT DENNIS, CLERK OF THE COURT:

Please enter the following minute order in the above entitled case:

The Court has received the affidavit in support of attorney fees filed by counsel for Enterprise Industries of Oklahoma, Inc. Any objections to the reasonableness of the fees or to the imposition of these costs on plaintiff's counsel as a sanction for the untimely filing of plaintiff's Motion to Dismiss shall be filed within ten (10) days of entry of this Order.

LAYN R. PHILLIPS
United States District Judge

Counsel Notified ________

Clerk to Notify XX

RB-cg

| | | | | | | | | | | | Nearest $1,000 | J 8513 / M | | | DEM. | YR. NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1087 | 5 | 83 | 1805 | 7 | 28 | 83 | 1 | 220 | 1 | | | | 40109 | | 83 | 1805 |

CIV-83-1805 P

PLAINTIFFS

(1) UNITED STATES OF AMERICA

DEFENDANTS

out ID-30 (1) KEN MAR ASSOCIATES, LTD.

Addl Dfts Added Per 1st Amendmt Compl See Sheet "A"

Closed 10-27-87

CAUSE

(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28 USC 1345: Suit re enforement of a lien upon real estate. bl

ATTORNEYS

PLAINTIFF

WILLIAM S. PRICE
Eleanor D. Thompson & Robert A. Bradford
AUSA
4434 U.S. Courthouse
200 N.W. 4th St.
Okla. City, OK 73102
405) 231-5281

DEFENDANT

~~David M. Harbour, Receiver~~ ~~2300 First Place~~
~~1304 First National Center West~~ 511 Couch Driv #201
~~Okla. City, Okla.~~ 73102-2297
~~405-232-0118~~ out

Robert H. Macy, DA
Phullis L. Walta, ADA
518 County Office Building
Okla. City, OK 73102
405-235-5522 Ext 658 (22)(23)

~~Wayne Campbell~~
~~MERSON & CAMPBELL~~
~~132 West Commerce~~
~~Okla. City, OK~~ 73109 (7) out

Charles E. Malson
7300 N.W. 23rd St, Suite 210
Bethany, OK 73008
405-787-4144 (8)(9)

James A. Jennings
P.O. Box 25848
Okla. City, OK 73125
405- (6)
See addl Atty for Dfts Sheet "B"

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | JUL 31 1983 |
| | | | COURTRAN | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET DC-111 (Rev. 9

CIV-83-1805 R P

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7-28-83 | | COMPLAINT |
| 7-28-83 | | PRAECIPE for & issued 1 summons |
| 07-28-83 | | ORDER Appointing Receiver: that David M. Harbour of Okla City, OK is appt recvr; bond in the amt of $95,000.00 to be filed w/clk; a rept of his receipts & disbursm to be filed at the conclus of 90 days following his apptm, at 3 months intervals t/a as set out(RUSSELL)rs |
| 08-01-83 | | OATH of Receiver re David M. Harbour |
| 08-03-83 | | BOND of Receiver w/Farmers Alliance Mutual Insurance Company as surety for $95,000.00 |
| 09-02-83 | | RETURN Of Service re summons UNEXECUTED on Raymond T. Black. |
| 09-02-83 | | PRAECIPE For Alias Summons issued 1. |
| 09-13-83 | | MARSHALS Return re summ, compl & order appt rec EXECUTED on Raymond T. Black 9-9-83 |
| 10-28-83 | | RECEIPTS & Disbursements by Recvr David M. Harbour for Aug., 1983-w/s |
| 10-28-83 | | RECEIPTS & Disbursements by Recvr David M. Harbour for Sept., 1983 -w/s |
| 11-22-83 | | ~~OBJECTION To Dfts' Amnded Mtn to Dism or in the Alt to Quash Return of Service of Summs by plf~~ IN ERROR |
| 11-23-83 | | RECEIPTS & Disbursements by Recvr, David M. Harbour for Oct., 1983-w/s |
| 12-11-83 | | STATUS & Dispos. Dkt-STATUS CHK: Wens., 12-21-83 9:00 a.m. (RUSSELL)ve |
| 12-20-83 | | RECEIPTS & Disbursements Nov 83 - w/s |
| 12-21-83 | | ENTER Status Check/or/Disp Hrg - Ct advised that Bankruptcy Ct has lifted stay & judg will be filed by 12/30/83 (RUSSELL) ve |
| 01-27-84 | | RECEIPTS & Disbursements, by David M. Harbour-w/s |
| 02-03-84 | | STATUS & DISPOSITION: February 27, 1984 - 9:00 a.m. (RUSSELL) ne |
| 02-27-84 | 1 | ENTER STATUS & DISPO HRG: Plf advised Ct. they intend to amend the Compl (RUSSELL) |
| 02-29-84 | 2 | RECEIPTS & Disbursements of Willows Apartments for January-w/s |
| 04-03-84 | 3 | RECEIPTS & Disbursements of Willosa Apts for February, 1984-w/s |
| 04-17-84 | | STATUS CHECK, 4-30-84, 9:30 a.m. (WEST)rw |
| 04-20-84 | 4 | RECEIPTS & Disbursements for March, 1984 by Recvr, David M. Harbour-w/s |
| 04-30-84 | 5 | FIRST Amendmt to Compl by plf-w/s LV grtd to file 1st Amendmt to add dfts. (RUSSELL) |
| 04-30-84 | 6 | DISPOSITION Dkt, plf cnsl adv court amend compl would be fld w/i 1 week. (RUSSELL) ne |
| 06-28-84 | 7 | RECEIPTS & Disbursements by Receiver-w/s (April, 1984) |
| 06-28-84 | 8 | RECEIPTES & Disbursements May, 1984, by Receiver-w/s |
| 07-23-84 | 9 | PRAECIPE for & issued 23 summons |
| 08-01-84 | 10 | SEPARATE Ans of Dfts Co Treas of OK Co & Board of Co Commrs of OK Co-w/s |
| 08-01-84 | 11 | ANSWER & Disclaimer of dft Super Rig, Inc-w/s |
| 08-02-84 | 12 | ANSWER Of Dfts Rock Doctor, Inc & D.J. Leasing, Inc to plf's compl & 1st Amendmt to compl-w/s |
| 08-13-84 | 13 | ANSWER Of Dft, Capitol Roofing Co, Inc by dft Capitol Roofing, Inc-w/s |
| 08-13-84 | 14 | ENTRY Of Appr of James A. Jennings as cnsl for dft Liberty Natl Bk & Trust Co of OKC-w/s |
| 08-14-84 | 15 | ANSWER or First Amended Compl by Dfts, Ross, Pauly, Lunt,Jr.,Nevis-w/s |
| 08-15-84 | 16 | ANSWER & Cross-Petition of Dft, State of Ok. Ok. Tax Commn to Plf's Peti-w/s |
| 08-14-84 | 17 | ANSWER of Dft, William E. Davis & Sone,Inc.-w/s |
| 08-20-84 | 18 | RETURN of Service re Summons & Acknowldgmt |
| | 19 | EXECUTED on New West Group,Inc.,8-10-84, serv B. Hammonds |
| | 20 | EXECUTED on Super Rig, Inc,7-30-84, serv Wayne Campbell |
| | 21 | EXECUTED on D.J. Leading, Inc. serv Charles E. Molson |
| | 22 | EXECUTED on Western Trust & Savings Co., serv J.D. Evans, 7-27-84 |
| | 23 | EXECUTED on Okla. Tax Comm, serv Robert B. Stuble,7-25-84 |
| | 24 | EXECUTED on Liberty Nat'l Bank, servJames A. Jennings,7-25-84 |
| | 25 | EXECUTED on Mid-Continent 1981-1 Drilling, serv Richard(illegible),7-26-84 |
| ~~08-24-84~~ | ~~26~~ | ~~PRAECIPE for & issued 1 alias summons~~ ERROR |

3

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| USA | Ken Mar Associates, Ltd, et al | 83-1805-R |
| | | PAGE A OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|

1ST
ADDITIONAL DEFENDANTS ADDED PER/AMENDMENT COMPLAINT

(1) ENTERPRISE INDUSTRIES OF OK, INC.
(2) ~~FRANCES, DONALD R.~~ substituted by William N. Webb, Trustee 1/14/85 - out 3/26/86
(3) ENTERPRISES III, LTD. out 10-30-86
(4) HOMAC OF AMERICA INC. out 10-30-86
(5) COMMERCE BANK out 10-30-86
(6) LIBERTY NATIONAL BANK & TRUST COMPANY out 10-30-86
(7) SUPER RIG, INC. out 10-30-86
(8) ROCK DOCTOR, INC out " " "
(9) D.J. LEASING, INC. out " " "
(10) WILLIAM E. DAVIS & SONS, INC out 10-30-86
(11) MID-CONTINENT 1981-1 DRILLING PROGRAM out 10-30-86
(12) GARRETT AND COMPANY INSURANCE " " "
(13) WESTERN TRUST & SAVINGS COMPANY " " "
(14) NEW WEST GROUP, INC. " " "
(15) ROSS, WAYNE D. " " "
(16) PAULY, JAMES W. out 10-30-86
(17) LUNT, CHARLES JR. out 10-30-86
(18) NEVIS, JAMES W., Individually out 10-30-86
and as general partners of
Monterey-Oklahoma, a limited
partnership, d/b/a Pebble Tree Inn
(19) STATE OF OKLAHOMA ex rel. out 10-30-86
Oklahoma Tax Commission
(20) CERTIFIED FURNITURE RENTAL out 10-30-86
(21) CAPITOL ROOFING CO., INC. out 10-30-86
(22) COUNTY TREASURER out 10-30-86
(23) BOARD OF COUNTY COMMISSIONERS of out 10-30-86
Oklahoma County, Oklahoma

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE B OF ____ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|

ADDITIONAL ATTORNEYS FOR DEFENDANTS

Barney W. Miller
MILLER GLOVER & HAIL
2600 First City Place
Okla. City, OK 73102
405-239-7707 (21)
out

David Harbour
511 Couch Dr. #201
Oklahoma City, OK 73102-2207

David Pomeroy
Fuller, Tubb & Pomeroy
306 Fidelity Plaza
Oklahoma City, Ok. 73102
405-235-2575 (15) ~~(16)~~ ~~(17)~~ ~~(18)~~
out

Rodney Hayes
CHEEK, CHEEK & CHEEK
311 North Harvey
Oklahoma City, Ok. 73102
405-272-0621 (10)
out

Richard A. Nelson
~~4509 Classen Blvd.~~ 5101 Classen Blvd #303
Oklahoma City, OK 73118-4416
405 848-0592 (11)
out

Dennis C. Roberts
P.O. Box 54978
Oklahoma City, OK 73154
405 843-5550 (2)
out 3-25-85

Robert B. Struble
2501 Lincoln Blvd.
Oklahoma City, OK 73194-0011
405 521-3141 (19)
out

still in
R. T. Black, President
Enterprise Industries of OK, Inc.
P.O. Box 2705
Edmond, OK 73083
405 348-2312 (1)

Gary L. Richardson
~~7030 S. Yale, Suite 601~~ 9525-B East 51st Street
Tulsa, OK ~~74136~~ 74145
918 492-7674 (1) (for Enterprise Industries of OK, In.)
out

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 83-1805-R |
|---|---|---|
| United States of America | Ken Mar Associates, Ltd. | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 08-20-84 | 26 | EXECUTED on Board of County Commrs,serv Sharon Kelly,7-25-84 |
| | 27 | EXECUTED on Garrett & Company Ins. serv Steve Klopp,7-25-84 |
| | 28 | EXECUTED on Okla. Coutny Treasurer, serv Esther Gape, 7-25-84 |
| | 29 | EXECUTED on Rock Doctor, Inc.,serv Charles E. Malosn,7-26-84 |
| | 30 | UNEXECTUED on William E. Davis & Sons, Inc. |
| | 31 | UNEXECUTED on James W. Pauly |
| | 32 | UNEXECUTED on Charles Lunt, Jr. |
| | 33 | UNEXECUTED on James W. Nevis |
| | 34 | UNEXECUTED on Wayne D. Hoss |
| | 35 | UNEXECUTED on Capitol Roofing Co. |
| | 36 | UNEXECUTED on HOMAC of America, Inc. |
| 08-20-84 | 37 | PRAECIPE for & issued 3 summs (alias). |
| 08-24-84 | 38 | PRAECIPE for & issued 1 alias summons |
| 09-05-84 | 39 | ANSWER, by dft Mid Continent 1981-1 Drilling Program-n/s |
| 09-10-84 | 40 | RETURN of Serv re summs: ACKNOWLEDGMENT of Receipt by Linda Jones, Admin Asst. for Secretary of State of Oklahoma, serv. agent for HOMAC of America, Inc. (20 days) |
| 09-27-84 | 41 | U.S. MARSHAL'S Return of Serv re summs: UNEXECUTED on Donald R. Francis (not found) |
| 10-12-84 | 42 | PRAECIPE for and issued 1 alias summs |
| 10-29-84 | | U.S. MARSHAL'S Return of Serv re summs: |
| | 43 | UNEXECUTED on Enterprise III, Ltd., an Okla. Ltd. Ptnrshp (Not found) |
| | 44 | UNEXECUTED on Enterprise Industries of Oklahoma, Inc. |
| 10-31-84 | 45 | RECEIPTS & DISBURSEMENTS, AUGUST, 1984, by David M. Harbour-w/s |
| 10-31-84 | 46 | RECEIPTS & DISBURSEMENTS, July, 1984, by David M. Harbour-w/s |
| 10-31-84 | 47 | RECEIPTS & DISBURSEMENTS, Sept., 1984, by David M. Harbour-w/s |
| 10-31-84 | 48 | RECEIPTS & DISBURSEMENTS, June 1984, by David M. Harbour-w/s |
| 11-01-84 | 49 | MOTION to Vacate Ord Appointing Receiver & Brf in Support Thereof, by plf-w/s |
| 11-13-84 | 50 | ORDER grtg plf's mtn to vacate the Order of 07-28-83 appointing David M. Harbour as Receiver (RUSSELL) jh |
| 11-21-84 | 51 | MOTION to Amend Order, by plf-w/s |
| 11-27-84 | 52 | PRAECIPE for & issued 2 alias summons |
| 12-03-84 | 53 | AMENDED Order: that the Ct's Ord filed 07-28-83 & appointing David Harbour as Receiver is vacated & the Dept. of Housing & Urban Development is placed in control of the property as Mortgagee in possession effective 11-30-84; fur that the Receiver shall file his final report with the Ct w/in 30 days of the termination of the receivership estate (RUSSELL) jh |
| 12-04-84 | 54 | PRAECIPE for and issued 1 Alias summs |
| 12-05-84 | 55 | PRAECIPE for and issued 2 Alias summs |
| 12-05-84 | | RETURN of Serv re summs: |
| | 56 | UNEXECUTED on Donald R. Francis (mailed 1st class w/notice - acknowledgment not returned) |
| | 57 | UNEXECUTED on Commerce Bank (summs mailed 1st class w/notice - acknowledgment not returned) |
| | 58 | UNEXECUTED on Certified Furniture Rental (summs mailed 1st class w/notice - acknowledgment not returned) |
| | 59 | UNEXECUTED on Enterprise Industries of OK, Inc. (summs mailed 1st class w/notice acknowledgment not returned) |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE ___ OF ___ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12-05-84 | 60 | UNEXECUTED on Donald R. Francis (summs mailed 1st class w/notice; acknowledgment not returned) |
| 12-05-84 | 61 | UNEXECUTED on Enterprise III, Ltd., an Oklahoma Limited Partnership;(summs/compl mailed 1st class w/ notice; acknowledgment not returned) |
| 12-06-84 | | U.S. MARSHAL'S Return of serv re summs: |
| | 62 | EXECUTED on Enterprise Industries of Oklahoma, Inc. by serv Raymond T. Black on 11-27-84 (20 days) |
| | 63 | EXECUTED on Enterprise III, Ltd by serv Raymond T. Black on 11-27-84 (20 days) |
| 12-17-84 | 64 | MOTION to Dism, by dft Enterprise III, Ltd.-w/s |
| 12-17-84 | 65 | MOTION to Dism, by dft Enterprise Industries of OK, Inc.-w/s |
| 12-17-84 | | U.S. MARSHAL'S Return of Serv re summs: |
| | 66 | UNEXECUTED on Certified Furniture Rental (not found) |
| | 67 | EXECUTED on Commerce Bank by serv Doug Morris on 12-14-84 (20 days) |
| 12-21-84 | 68 | PRAECIPE for and issued 1 alias summs |
| 12-28-84 | 69 | ACKNOWLEDGMENT of Receipt of Summs and Compl by Donald R. Francis on 12-10-84 (20 days) |
| 01-02-85 | 70 | ANSWER of the Dft, Donald R. Francis-w/s |
| 01-02-85 | 71 | RESPONSE to Dft Enterprise III, Ltd. & Dft Enterprise Industries of OK's Mtns to Dismiss, by plf-w/s |
| 01-03-85 | 72 | U.S. MARSHAL'S RETURN of Serv re summs: (Alias) EXECUTED on Certified Furniture Rental on 01-02-85 (20 days) |
| 01-09-85 | 73 | MOTION to Substitute Pty Dft, by plf-w/s |
| 01-11-85 | 74 | APPLICATION for Lve to File Out of Time, by Commerce Bank-w/s |
| 01-11-85 | 75 | ORDER Grtg Lve to File Ans out of Time: that Commerce Bank is hereby grtd lve of Ct to file its ans to plf's 1st Amendment to Compl out of time (RUSSELL) cg |
| 01-11-85 | 76 | ANSWER of Dft Commerce Bank Ans to Original Compl, with Cntr-clm and cross-claim against each dft -w/s |
| 01-14-85 | 77 | ORDER that William N. Webb, Trustee be substituted for dft Donald R. Francis (RUSSELL) ap |
| 01-14-85 | 78 | PRAECIPE for & issd Summs |
| 01-18-85 | 79 | ANSWER of Dft William E. Davis & Sons, to Cross-Petn Filed by Dft Commerce Bank January 11, 1985-w/s |
| 01-21-85 | 80 | COMBINED Rebuttal & Brf in Support to Resp of Plf-w/s |
| 01-22-85 | 81 | ORDER that the Mtn to dismiss of Enterprise II, Ltd. and Enterprise Ind. of America, Inc.'s will be heard at the end of our mtn dkt to begin at 9:30 a.m. on 01-31-85 (RUSSELL) ne |
| 01-31-85 | 82 | HEARING on dfts' Mtn to Dismiss: no cnsl for dfts Enterprise Ind. and Enterprises III, L2D appeared; mtn to dism over-ruled; dft to ans w/in 10 days (RUSSELL) ne |
| 02-11-85 | 83 | MOTION to Reconsider, by dft Enterprise Industries of Oklahoma, Inc.-w/s |
| 02-13-85 | 84 | RECEIPTS & Disbursements, October, 1984, by Receiver-w/s |
| 02-13-85 | 85 | RECEIPTS & Disbursements, November, 1984, by Receiver-w/s |
| 02-15-85 | 86 | ORDER that a hrg on Final Report & bond exoneration is set for 03-08-85 at 9:30 a.m.; that clerk furnish notice to interested ptys ; (RUSSELL) ne |
| 2-19-85 | 87 | FINAL report by David Harbour-ws |
| 02-28-85 | | HEARING ON DFT ENTERPRISE INDUSTRIES MTN TO RECONSIDER & HRG ON FINAL REPORT AND BOND EXONERATION, 9:30 a.m. 03-08-85 (RUSSELL) ne |
| 03-06-85 | 88 | ORDER that the hrg on final report & bond exoneration set 03-08-85 is stricken & reset for 04-03-85 at 9:30 p.m. (RUSSELL) ne |
| 03-20-85 | 89 | MOTION to DIsm Pty Dft From Compl, by plf-w/s |
| 03-20-85 | 90 | RETURN of Serv re summs |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| United States of America | Ken Mar Associates, LTD et al | CIV-83-1805-R KP<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 03-22-85 | | HEARING ON FINAL REPORT & BOND EXONERATION: 04-03-85, 9:30 a.m. (RUSSELL) ne |
| 03-26-85 | 91 | ORDER Dism Pty Dft; that dft William N. Webb is hereby dismissed from this action for reasons stated in plf's mtn; fur that the name of said dft be omitted from all pleadings filed hereafter in this cause (RUSSELL) bm |
| 03-28-85 | 92 | MOTION for Continuance, by dft Ken Mar Associates, Ltd. et al-w/s |
| 04-3-85 | 93 | HEARING On Dfts Mtn To Reconsider & On Final Report & Bond Exoneration; Ct approve Final report & bond exoneration; cnsl for dft to prepare ord for bond to be exonerated; dfts mtn to reconsider is denied. (RUSSELL) ne |
| 04-09-85 | 94 | ORDER Approving Receiver's Final Report & Exonerating Bond: that the Final Report of David M. Harbour, Receiver is hereby accepted & approved; fur that Ct's previous Ord of 11-13-84, as amended by Ord of 11-30-84 is confirmed as in discharge of David M. Harbour, effective 11-30-84; that the bond of David M. Harbour, Receiver, filed on 08-01-84 is exonerated this date (RUSSELL) jh |
| 04-17-85 | 95 | MOTION for Enlargement of Time to File Ans, by Ken Mar-w/s |
| 04-19-85 | 96 | OBJECTION to Enlargement of Time to File Ans, by plf-w/s |
| 04-19-85 | 97 | ORDER that Ken Mar's Mtn for Enlargement of Time to File Ans is denied for failure to comply w/Local Rule 14(h) (RUSSELL) ne |
| 8-20-85 | 98 | ORDER:case transferred to Judge Alley. dates set by Judge Russell may or may not be changed(RUSSELL)ne |
| 09-04-85 | 99 | APPLICATION to Ent Dflt Judg, by plf -w/s |
| 09-04-85 | 100 | AFFIDAVIT in Supp of Dflt Judg, by plf -w/s |
| 09-09-85 | -- | HEARING on Plf's Appl for Dflt Judg on Tues., 9-17-85 (ALLEY) ly |
| 09-17-85 | 101 | HEARING on Plf's Appl for Dflt Judg agnst Ken Mar Assoc., Inc. & Enterprise Industries: Plf to submit proposed judg & ord to Ct for consideration along w/aff re payments since compl filed. Mtn grtd (ALLEY) ly |
| 10-04-85 | 102 | ANSWER & Cntrclm of Dft Enterprise Industries of OK, Inc., -w/s |
| 10-04-85 | 103 | MOTION to File Ans Out of Time, by dft Ken Mar Associates, Ltd. -w/s |
| 10-07-85 | 104 | LETTER to Mr. Richardson fm Judge Alley re decision on the mtn for dflt that the decision is final as stated fm the bench. |
| 10-07-85 | 105 | ORDER: the Ans & Cntrclm filed by dft Enterprise Industries, of OK, on 10-4-85, is hereby stricken in that an ord of dflt was made af hrg on 9-17-85 (ALLEY) ly |
| 10-07-85 | 106 | ORDER: the Mtn to ifle out of Time on 10-4-85, by dft Ken Mar Assoc., Ltd. is stricken in that an ord of dflt was made af the hrg on 9-17-85 (ALLEY) ly |
| 10-17-85 | 107 | MOTION to Set Aside Dftl Judg, by dft, Ken Mar Assoc., Ltd. -w/s |
| 10-29-85 | 108 | ORDER that dft Ken Mar Associates' Mtn to Set Aside Dflt Judg is stricken for failure to comply w/Local Rules (ALLEY) ly |
| 11-18-85 | 109 | MOTION to Set Aside Dflt Judg, by dft, Enterprise Industries of OK, Inc, -w/s |
| 11-18-85 | 110 | BRIEF in Supp of Dft Enterprise Industries of OK, Inc. Mtn to Set Aside Dflt Judg -w/s |
| 01-03-86 | 111 | ORDER that dft Enterprise Industries of OK, Inc.'s Mtn to Set Aside Dflt Judg is deemed confessed (ALLEY) ly |
| 01-24-86 | 112 | MOTION to Vac Ord Setting Aside Dflt Judg & Brf in Supp Thereof, by plf |
| 02-05-86 | 113 | ANSWER & Cntrclm of dft Enterprise Industries of OK, Inc. -w/s |
| 02-14-86 | 114 | DEFENDANT Enterprise Industries Of OK, Inc., Resp to Plf's Mtn to Vac Ord Setting Aside Dflt Judg -w/s |
| 02-14-86 | 115 | BRIEF in Supp of Dft Enterprise Industries of OK, Inc;s Resp to Plf's Mtn to Vac Ord Setting Aside Dflt Judg -w/s |
| 02-28-86 | 116 | MOTION to Strike Pldgs & Brf in Supp Thereof, by plf -w/s |
| 03-11-86 | 117 | MOTION to File Resp out of Time & Brf in Supp Therof to Plf's Mtn to Vac Ord, by dft Enterprise Industries Of OK, Inc. -w/s |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. ______ PAGE ___ OF ___ PAGES |
|---|---|---|
| | | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 03-11-86 | 118 | DEFENDANT Enterprise Industries of Of OK, Inc.'s Resp to Plf's Mtn to Strike Pldgs. & Brf in Supp Thereof -w/s |
| 04-07-86 | 119 | ANSWER to the Cntrclm of Dft ENterprise Industries of OK, Inc., by plf -w/s |
| 06-12-86 | 120 | ORDER dir plf to resp no later than 6-27-86, to dft Enterprise's mtn to set aside the dflt judg, which may be done by informing the Ct in a report filed w/Clk of Ct by that date that plf stands on its brf of 1-24-86. No later than 7-7-86; dft Enterprise will reply to plf's resp. Within the stated time periods cnsl Thompson & Richardson will ea personally file the resp & reply respectively & personally deliver a copy to the opponet cnsl, so certifying on the filed orig. (ALLEY) bg |
| 06-27-86 | 121 | PLAINTIFF'S supplemental resp to mtn to set aside dflt judgment-ws |
| 07-08-86 | 122 | DEFENDANT Enterprise Industries of OK, Inc's Suppl Reply to Plf's Suppl Resp to Mtn to Set Aside Dflt Judg & Brf in Supp -w/s |
| 07-08-86 | 123 | DEFENDANT Enterprise Industries of OK, Inc's Reply to Plf's Ans to Cntrclm -w/s |
| 7-22-86 | 124 | RETURN of service re Marshal EXECUTED on Gary RIchardson, Attorney, 6-27-86, |
| 8-5-86 | 125 | ORDER: plfs mtn to vacate ord is denied & action is to proceed(ALLEY)bm |
| 09-11-86 | -- | PT CONF: Thursday, Oct. 9, 1986 at 11:15 am (ALLEY) ly |
| 10-01-86 | 126 | COPY of Letter to dfts re proposed PT Ord, by plf |
| 10-09-86 | 127 | PT CONF: Cs to be tried jury; trial dkt July 1987; deadlines set are disc 5-4-87; dispo mtns 5-11-87; mtns in limine 6-29-87; trial brfs 6-29-87; PT ord apprvd 7-6-87. (ALLEY) ly |
| 10-09-86 | 128 | LETTER to Judge Alley re PT conf to be held 10-9-86, w/attached letter to plfs cnsl, by cnsl Charles E. Malson for Rock Doctor, Inc. & D.J. Leasing, Inc. |
| 10-30-86 | 129 | PARTIAL Judg agnst dft Ken Mar Associates in the sum of $2,719,920.70, Fur Ord for special exec & ord of sale (ord more fully set out) (ALLEY) (MICRO-OCTOBER '86) lj |
| 11-07-86 | 130 | PRAECIPE for Special Exec & Ord of Sale, by plf |
| 11-07-86 | -- | BILL of Costs agnst Ken Mar Associates, Ltd. for plf in the sum of $20.00 |
| 11-07-86 | | BILL of Costs taxed agnst Ken Mar Associates in the sum of $20.00 for plf |
| 12-15-86 | 131 | AFFIDAVIT of Mailing copy of Notice of USM's Sale to all ptys, by US Atty |
| 01-20-87 | 132 | PUBLISHER'S Aff |
| 03-18-87 | -- | HEARING ON MTN TO ~~CONFIRM SALE OF REAL ESTATE:~~ Monday, April 20, 1987 at 3:15 pm (ALLEY) ly |
| 03-19-87 | 133 | MOTION to Confirm Sale of Real Estate, by plf -w/s |
| 03-19-87 | 134 | AFFIDAVIT of Mailing & Non-Mailing, by plf |
| 03-19-87 | 135 | NOTICE of Hrg on Mtn to Confirm Sale of Real Estate is set on 4-20-87 at 3:15 pm before Judge Wayne Alley, by plf |
| 03-19-87 | 136 | MARSHAL'S Ret |
| 04-03-87 | 137 | PUBLISHER'S Aff |
| 04-24-87 | -- | HEARING ON MTN TO CONFIRM SALES OF PROPERTY: Monday, May 11, 1987 at 3:15 pm (ALLEY) ly |
| 04-22-87 | 138 | ALIAS Notice of Hrg on Mtn to Confirm Sale of RE on 5-11-87 at 3:15 pm, by plf |
| 04-22-87 | 139 | AFFIDAVIT of Mailing & Non-,Mailin, by plf |
| 05-07-87 | 140 | PLAINTIFF'S Contentions -w/s |
| 05-11-87 | 141 | PUBLISHER'S Aff |
| 05-11-87 | 142 | MOTION for SJ & Brf in Supp Thereof, by plf -w/s |
| 05-11-87 | 143 | HEARING ON MTN TO CONFIRM SALES OF PROPERTY: Ct grts Mtn & Exec Ord. (ALLEY) ly |
| 05-11-87 | 144 | ORDER Confirm USM;S Sale of Real Estate (more fully set out) (ALLEY) ly |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| UNITED STATES OF AMERICA | KEN MAR ASSOCIATES, LTD, et al | CIV-83-1805-A<br>PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 05-21-87 | 145 | RESPONSE to Plf's Mtn for SJ, by dft Enterprise Industries of OK -w/s |
| 05-26-87 | 146 | DEFENDANT'S Contentions -w/s |
| 05-26-87 | 147 | DEFENDANT'S Exh List -w/s |
| 06-22-87 | 148 | ENTER ORDER: This cs is transf to Judge Layn Phillips (ALLEY) ly |
| 07-16-87 | 149 | **HEARING ON PENDING MTNS FRIDAY, AUGUST 7, 1987 at 8:00 a.m. (PHILLIPS)wf** |
| 08-04-87 | 150 | MINUTE ORDER: Plf's mtn for SJ is denied (PHILLIPS)wf |
| 08-01-87 | | **Civil Trial Docket, September 14, 1987 - 9:30 a.m. (PHILLIPS)wf** |
| 08-07-87 | 151 | LETTER Re: Settlm Conf set before the Honorable Pat Irwin at 1:00 P.M 8-20-87 (PHILLIPS)wf |
| 08-17-87 | 152 | DISCLAIMER ByBoard of Cnty Commissioners of OK -w/s |
| 09-03-87 | 153 | ENTRY Of Appearance of Plf through cnsl William S. Price & Robert A. Bradford |
| 09-03-87 | 154 | MOTION To Dism & Brf In Supp Thereof by plf -w/s |
| 09-03-87 | 155 | MOTION To Excuse Dft Fm Settlm Conf -w/s |
| 09-09-87 | 156 | PRAECIPE For & issd 4 summs |
| 09-09-87 | 157 | MINUTE ORDER: Cnsl for all ptys proceeding to trial in this matter must submit in affidavit form an item-by-item acctg, stating whether they complied w/latest schedul ord & the date of schedul ord relied upon. As to those itmes for which compliance is claimed, the actual filing date of the pldg or doc in quest should be set forth in affidavit. Non-compliance items are admitted, justification and/or mitigation for non-compliance should be set forth. Plf to bring affidavits to hrg set on 9-11-87 at 10:00 a.m. (PHILLIPS)wf |
| ~~09-11-87~~ | ~~158~~ | ~~AFFidavit Of Robert H. Mitchell~~ ERROR |
| 09-15-87 | 158-61 | RETRUN of Serv Re 4 subps |
| 09-15-87 | 162 | AFFIDAVIT Of Ron D. McKenzie |
| 09-17-87 | 163 | AFFIDAVIT of Roger Girffith |
| 09-17-87 | 164 | AFFIDAVIT Of Eleanor Darden Thompson |
| 09-17-87 | 165 | RESPONSE To Mtn To Dism & Brf In Supp Thereof by Enterprises Ind, dft -w/s |
| 09-21-87 | 166 | PLAINTIFF'S Reply To Dfts' Resp To Mtn To Dism -w/s |
| 10-06-87 | 167 | SUPPLEMENTAL Resp To Mtn To Dims by dft; enterprise Industries of OK -w/s |
| 10-7-87 | 168 | PLAINTIFF'S Mtn to File a Supplmntl Reply to dft's supplmnt rspns-ws |
| 10-14-87 | 169 | ORDER that plf's mtn to file suppl reply to dfts' suppl resp is grtd (PHILLIPS)bt |
| 10-16-87 | 170 | PLAINTIFF'S Suppl Reply To Dfts' Suppl Resp To Mtn To Dism -w/s |
| 10-27-87 | 171 | ORDER that cnsl for Enterprise Industries provide an affidavit on or before 11-16-87, showing fees & costs incurred in resp to plf's Mtn to Dism for Lack of Subject Matter Jurisdiction; The Ct dirs cnsl for Enterprise Industries, Gary L. Richardson & Ron D. McKenzie, & cnsl for USA, Eleanor D. Thompson may be retrieved w/respect to this cs in the event any of these persons are delinquent or sanctionable in any cs in the future. (PHILLIPS) MICRO/OCTOBER'87 |
| 11-6-87 | 172 | AFFIDAVIT In Supp of Atty Fees |
| 11-4-87 | 173 | TRANSCRIPT of Proceedings had on 9-11-87, rpt by Sue Lawrence CSR |
| 11-12-87 | 174 | MINUTE Order that Ct has received aff in supp of atty fees filed by cnsl for Enterprise Ind of OK, Inc. any objs to reasonableness of fees or imposition of costs on Plf's Cnsl as sanction for untimely filing of plf's Mtn to Dism shall be filed w/i 10 days of this Order (PHILLIPS)wf |
| 11-23-87 | 175 | PLAINTIFF'S Obj to Imposition of Sanctions & Atty Fees - w/s |
| 12-18-87 | 176 | ORDER that governments obj to atty fees of dft's cnsl is sustained in part;fur that it is Ct's view that fur sanctions ar unwarranted, Plf's objs to reasonableness of oppos cnsl's fee affidavit are rendered moot (PHILLIPS)wf |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. CIV-83-1805-P<br>PAGE ___ OF ___ PAGES |
|---|---|---|

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 06-16-88 | 177 | MOTION to w/drw as Cnsl of Record, for dft Ken Mar Assoc., et al, by Gary L. Richardson -w/s |
| 6-23-88 | 178 | ORDER that Richardson, Meier, McKenzie & Assoc, P.C. are permitted to w/draw as attys for Ken Mar Assoc., Ltd, et al (PHILLIPS)wf |