IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365C |
| v. | ) | |
| | ) | (Judge Braden) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE COPY OF DISTRICT COURT ORDER IN UNITED STATES v. KEN MAR ASSOCIATES, LTD., No. CIV-83-1805-P (W.D. OKLA.)

Defendant, the United States, respectfully requests leave of the Court to file a copy of the unpublished Order filed on December 18, 1987, in United States v. Ken Mar Associates, Ltd., et al., No. CIV-83-1805-P (W.D. Okla.). In "Defendant's Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss in Part" dated June 30, 2008, at 18 n.12, the Government advised the Court that we had requested a copy of this district court Order from a district court records center in Fort Worth, Texas, and that, upon receipt of the Order, we would file a copy of it in this case so that the Court could confirm what Docket Entry # 176 in Ken Mar plainly reflects about that Order. For the Court's convenience, a copy of the Order is appended to this motion for leave to file it.

As the district court's December 18, 1987 Order in Ken Mar reflects, contrary to Chevron's representation in its opposition to defendant's motion to dismiss in part, the district court in Ken Mar did *not* order the United States to pay the fees and costs of opposing counsel in Ken Mar as a sanction for non-compliance by the Government with a judicially-imposed deadline for the filing of dispositive motions. In its December 18, 1987 Order, the Ken Mar court, upon review of the Government's objection to the imposition of sanctions and the reasonableness of

opposing counsel's attorney fees-and-costs affidavit, found that "no monetary sanctions shall be imposed," Order, at 2, concluding:

> The Court finds that Mr. Bradford (government's new trial counsel) was not responsible for the government's previous noncompliance with the scheduling orders of this Court; that the untimely filing, although late, contributed to judicial efficiency in that the motion was dispositive of the case; and that the government's noncompliance with the scheduling orders was not substantially different from opposing counsel's noncompliance, for which no monetary sanctions were imposed. Accordingly, ***it is this Court's view that further sanctions are unwarranted***. Plaintiff's objections to the reasonableness of opposing counsel's fee affidavit are rendered moot.

Order, at 2-3 (emphasis added).

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624
Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

JULY 7, 2008

CERTIFICATE OF FILING

I hereby certify that on this 7th day of JULY, 2008, a copy of "DEFENDANT'S MOTION FOR LEAVE TO FILE COPY OF DISTRICT COURT ORDER IN UNITED STATES v. KEN MAR ASSOCIATES, LTD., No. CIV-83-1805-P (W.D. OKLA.)" and related appendix were filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske