# In the United States Court of Federal Claims

No. 04-1365C
Filed July 8, 2008

***********************************
*
CHEVRON U.S.A., INC., *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
***********************************

**SCHEDULING ORDER**

The Government's July 7, 2008 Motion For Leave To File Copy Of District Court Order is granted. The Government will separately file the Order on or before July 18, 2008.

**IT IS SO ORDERED.**

s/**Susan G. Braden**
**SUSAN G. BRADEN**
**Judge**