IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 04-1365 |
| v. | ) | (Judge Braden) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING DECEMBER 18, 1987 DISTRICT COURT ORDER IN UNITED STATES v. KEN MAR ASSOCIATES, LTD., No. CIV-83-1805-P (W.D. OKLA.)

Pursuant to the Court's July 8, 2008 Scheduling Order, defendant, the United States, files a copy of the December 18, 1987 Order filed in United States v. Ken Mar Associates, Ltd., et al., No. CIV-83-1805-P (W.D. Okla.).

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Department of Justice
1100 L Street, N.W., Room 8012
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

JULY 8, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of JULY, 2008, a copy of the foregoing "NOTICE OF FILING DECEMBER 18, 1987 DISTRICT COURT ORDER IN UNITED STATES v. KEN MAR ASSOCIATES, LTD., No. CIV-83-1805-P (W.D. OKLA.)" and related exhibit were filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel