IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CHEVRON U.S.A. INC., Plaintiff, | ) | No. 04-1365C |
| v. | ) | (Judge Braden) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S MOTION TO UNSEAL ORDERS FILED UNDER SEAL

Defendant, the United States, respectfully requests that the Court unseal the following documents filed under seal: "Final Order Regarding Documents The Government Asserts Are Subject To The Deliberative Process Privilege" filed on January 31, 2008; "Final Order Regarding Documents The Government Asserts Are Subject To The Attorney-Client Privilege" filed on January 31, 2008; and "Final Order Regarding Documents The Government Asserts Are Subject To The Work Product Privilege" filed on January 31, 2008.

These Orders accompany the Court's published decision upon the privileges asserted by the Government. See Chevron U.S.A. Inc. v. United States, 80 Fed. Cl. 340, 342 (2008). There is no reason that these Orders should be filed under seal. The Orders, which reflect the Court's rulings upon its *in camera* review of documents, do not reveal the contents of the documents that the Government has asserted are exempt from disclosure based upon the deliberative-process privilege, the attorney-client privilege, and/or the work-product doctrine. The plaintiff, Chevron U.S.A. Inc., has received complete copies of the Orders. We are not aware of any basis upon which the Orders might be withheld from the general public. Unsealing these Orders, moreover, will facilitate the process of appellate review.

CONCLUSION

For the foregoing reasons, defendant's motion to unseal the Court's January 31, 2008 Orders filed under seal should be granted.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Donald E. Kinner
DONALD E. KINNER
Assistant Director

/s/ John E. Kosloske
JOHN E. KOSLOSKE
Senior Trial Counsel
LESLIE OHTA
ANUJ VOHRA
Trial Attorneys
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., Room 8012
Washington, D.C. 20530
Tele: (202) 307-1438
(fax) (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

PAUL T. MICHAEL
ADA L. MITRANI
Trial Attorneys
Office of General Counsel
Department of Energy
Washington, D.C.

JULY 16, 2008

CERTIFICATE OF FILING

I hereby certify that on this 16th day of JULY, 2008, a copy of "DEFENDANT'S MOTION TO UNSEAL ORDERS FILED UNDER SEAL" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/John E. Kosloske